**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| JUAN ISIDRO ITZEP *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. |
| v. ) | SA-06-CA-0568-XR |
| ) | |
| TARGET CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT TARGET CORPORATION'S MOTION TO FILE CORRECTED APPENDICES AND EXHIBITS OUT OF TIME

Defendant Target Corporation moves the Court to file corrected appendices to its motions for summary judgment and to file its corresponding exhibits out of time. In support of this motion, defendant asserts the following:

1. The dispositive motion deadline was December 17, 2007. Defendant filed a motion for summary judgment as to plaintiffs' FLSA claims and a separate motion for summary judgment as to its cross-claims against defendant Jim's Maintenance on December 17, 2007, in accordance with the deadline.

2. While in the process of filing the appendices to each motion and attaching exhibits thereto, defendant encountered computer difficulties. In addition, while in the process of filing said appendices and exhibits, the PACER system apparently "rebooted" or otherwise logged defendant off of its system prior to the filing being completed. As there are a significant number of exhibits to both summary judgment motions, defendant was unable to complete its filing of the appendices with exhibits prior to midnight, despite beginning the filing process nearly seven (7) hours earlier.

3. Defendant proceeded to file the appendices themselves but was unable to attach the numerous exhibits prior to the expiration of the filing deadline.

4. Defendant expects to complete its filing of the exhibits on December 18, 2007. As the Court previously extended the response deadline to January 14, 2008, defendant does not anticipate that plaintiffs or defendant Jim's Maintenance will be prejudiced by the brief delay in filing the exhibits.

Wherefore, defendant respectfully requests that it be allowed to file corrected appendices to its motions for summary judgment, to include the exhibits referenced therein.

> Respectfully submitted,
>
> s/ David T. Wiley
> Thomas A. Davis
> davist@jacksonlewis.com
> David T. Wiley
> wileyd@jacksonlewis.com
> Shannon L. Miller
> millers@jacksonlewis.com
>
> JACKSON LEWIS LLP
> First Commercial Bank Building
> 800 Shades Creek Parkway, Ste. 870
> Birmingham, Alabama 35209
> Tel:   (205) 332-3101/3102/3104
> Fax:   (205) 332-3131
>
> **Counsel for Target Corporation**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 17, 2007, a copy of the foregoing has been served upon all counsel of record via the CM/ECF System:

> William H. Beardall, Jr.
> Victoria Gavito
> EQUAL JUSTICE CENTER and
> TRANSNATIONAL RIGHTS CLINIC
> 510 S. Congress Ave., Ste. 206
> Austin, TX 78704
>
> B. Craig Deats
> DEATS, DURST, OWEN & LEVY, PLLC
> 1204 San Antonio Street, Ste. 203
> Austin, TX 78701
>
> Joseph P. Berra
> LAW OFFICE OF JOSEPH P. BERRA
> 214 Avant Avenue
> San Antonio, TX 78210
>
> Richard A. Pizzo
> The Pizzo Law Firm
> 1515 South Denver Avenue
> Tulsa, Oklahoma 74119-3828

        *s/ David T. Wiley*
        Counsel of Record

# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

|  |  |  |
|---|---|---|
| JUAN ISIDRO ITZEP *et al.*, | ) | |
| Plaintiffs, | ) | |
|  | ) | Civil Action No. |
| v. | ) | SA-06-CA-0568-XR |
| TARGET CORPORATION *et al.*, | ) | |
| Defendants. | ) | |

## **ORDER**

On this day, the Court considered the motion of the defendant Target Corporation to file corrected appendices to its motions for summary judgment, with attached exhibits, out of time. After reviewing the motion, and for good cause shown, it is the conclusion of the Court that the motion is due to be, and hereby is, **GRANTED**. Defendant Target Corporation shall have until December 19, 2007 to file its corrected appendices and exhibits to its motions for summary judgment.

SIGNED this the ____ day of _____, 2007.

_____
THE HONORABLE XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

4