Plaintiffs' Appendix of Summary Judgment Evidence

# Exhibit 1




Target Brand — Great-Looking Stores

Target the Brand

F5092.33 Rev. 2/05



## Brand Maintenance Guide

## Brand Maintenance Scorecard Survey



The goal of the Brand Maintenance Guide is to provide you with information supporting each area of the Target Store Brand and how to achieve and maintain the Brand.

The Brand Maintenance Guide is comprised of the following four sections:

**Exterior Brand**
**Interior Brand**
**Housekeeping**
**Equipment**

Building Services is responsible for managing all building, equipment, and property maintenance needs including contracted service providers, vendors, and internal team members used to perform maintenance services and repairs.

**Contact Us - Brand Maintenance Needs:**

Communicate issues if your store is not meeting brand with building, equipment, or property maintenance needs:

- **SBS - Store Building Specialist:** Contact SBS via Blue Cards for all non-emergency maintenance repairs. Involve SBS in store team meetings/huddles.

- **BSOC - Building Services Operations Center:** Contact BSOC 24/7 at **(888) 888-0304** or e-mail BSOC@target.com for all contractor/vendor/developer issues and escalated maintenance/repair needs.

- **Emergencies:** Contact Alert One 24/7 at **(800) 633-1609** for all disaster recovery, life safety issues, and emergencies.

- **Supervisor/STL Meetings:** Building Services Supervisors conduct feedback meetings each month to clarify brand scorecard issues, identify opportunities, review open work orders, and provide overall Building Services support. Action plans and/or work orders are created as needed to address all outstanding issues.

**Brand Maintenance Scorecard Survey:**

The Brand Maintenance Scorecard Survey is a simple online tool for stores to give feedback, gain partnership, and get "green" on meeting the Great Looking Store objective!

The Brand Maintenance Guide should be used in conjunction with the monthly scorecard survey. The survey questions are centered on viewing the store over a 30-day period through the eyes of the guest.

Stores complete the online scorecard survey each month to ensure that the four key areas outlined in the Brand Guide (Exterior Brand, Interior Brand, Housekeeping, and Equipment) are being consistently assessed in each store. Receiving store feedback each month is an invaluable tool for Building Services to address issues quickly and keep Stores "Living in the Green." When scoring a category "Red" be sure to indicate with comments the specific opportunities that need to be addressed.

**Brand Maintenance Ratings:**

| | |
|---|---|
| Green<br>Target Brand | • Both results and how they are achieved consistently meet and often exceed Brand.<br>• Exceptional guest impressions. |
| Yellow<br>Average | • Both results and how they are achieved often meet and sometimes exceed brand.<br>• Acceptable guest impressions. |
| Red<br>Below Standard | • Does not or inconsistently meets Brand.<br>• Strong probability of guest disappointment. |

**Note:** The Brand Maintenance Scorecard is not intended as the vehicle to report day to day maintenance needs. Please ensure you use the reporting tools spelled out on the previous page.













**Exterior Brand · Great-Looking Store**

## Landscaping



Your **Landscaping** is meeting Target Brand if:

- It is healthy, trees/shrubs/grass are mowed and trimmed regularly. All landscaped beds and islands are well tended and free of weeds and debris.

**Building Services Responsibility:**
- Building Services is responsible for the overall maintenance of the exterior and common mall area. This includes monitoring Brand standards and the performance of the Contractors and Developers that perform services on our behalf.

**Contractor/Developer Responsibility:**
- Mow as needed to maintain a 1.5" to 4" height.
- Perform tree trimming for safety and accessibility, as needed.
- Perform tree pruning as necessary, to preserve health and aesthetic appearance of the plantings.
- Maintain landscape beds with appropriate ground cover (e.g., mulch, gravel, or organic material).
- Fertilize as needed, to maintain healthy turf, plants, trees and to prevent weed growth.
- Ensure all landscaped areas are trash and debris fee prior to store opening each day.

**Store Team Responsibility:**
- Maintain Brand throughout the day by picking up trash and debris from landscaped areas.

## Parking Lot/Sidewalk Cleanliness



Your **Parking Lot/Sidewalk Cleanliness** is meeting Target Brand if:

- Parking lot (including rear of building) and entrance is clean and free of debris.
- Parking lot and sidewalks are swept regularly.

**Building Services Responsibility:**
- Building Services is responsible for the overall cleanliness of the parking lot and sidewalks. This includes monitoring Brand standards and the performance of the Contractors and Developers that perform services on our behalf.

**Contractor/Developer Responsibility:**
- Lot is swept daily to ensure all paved surfaces are clean and free of trash, debris, and sand before opening.
- Exterior trash cans (on sidewalk near entrance) and cigarette urns are emptied prior to store opening.
- Power wash sidewalk/entrance as needed, to remove dirt, gum, and soda spills.

**Store Team Responsibility:**
- Maintain sidewalk during the day to ensure area is free of trash and debris.
- Empty exterior trash cans throughout the day.
- Inspect parking area and back of store daily to ensure Brand is maintained.
- Remove trash and spillage from loading dock area.

**Note:** Trash spillage resulting from the compactor box (rear of store), while being hauled away, is the responsibility of the trash hauler.

**Note:** Developer maintained sites may vary slightly from the above specifications.

 

## Parking Lot/Sidewalk Safety



Your **Parking Lot/Sidewalk Safety** is meeting Target Brand if:

- Surface of the entire Target parking lot is free of slip and trip hazards (e.g., potholes and large cracks).
- Surface of entire Target parking lot is free of snow and ice.
- Surface is striped and clearly marked.

**Building Services Responsibility:**
- Building Services is responsible for the overall maintenance of the parking lot and sidewalks as it relates to safety. This includes monitoring the Brand standards and the performance of the Contractors and Developers that perform services on our behalf.

**Contractor/Developer Responsibility:**
- Snow/ice markets: All paved surfaces are free of slip and trip hazards.
- Parking lot striping and markings.
- Snow and ice removal is performed when it exceeds 1.5" in a timely fashion with minimal disruption to team members and guests.
- Parking lot repairs (e.g., potholes and cracks).

**Store Team Responsibility:**
- Remove carts from the lot in a timely fashion each day to facilitate lot sweeping and snow removal.
- Inspect paved surfaces on a daily basis to ensure guest and team member safety.
- Snow/ice markets: Inspect sidewalk throughout the day to ensure guest and team safety, use ice melt (as needed) and remove snow that has accumulated on sidewalks, up to 1.5" of snow and ice.

**Note:** Developer maintained sites may vary slightly from the above specifications.

## Parking Lot Lighting and Signage



Your **Parking Lot Lighting and Signage** are meeting Target Brand if:

- Parking lot lighting is working properly.
- Exterior signage is working properly.

**Building Services Responsibility:**
- Repair or replace unlit parking lot lights in a timely fashion to ensure safety.
- Repair or replace broken and unlit sign panels on pylon, monument, and building signs as soon as possible.
- Repair or replace canopy and building security lighting.

**Store Team Responsibility:**
- Ensure lighting is set with proper time limits (on and off times appropriate for season and store needs).
- Inspect all lighting and signage (including back of store) daily to ensure brand is maintained.

**Note:** For Developer maintained sites the developer is responsible for repairing and replacing parking lot lights.

   




## Indoor Comfort (HVAC)



Your **Indoor Comfort** is meeting Target Brand if temperature is maintained at the following Corporate Guidelines:

- Sales Floor and Offices – Between 70 and 74 degrees.
- Check Lanes – Between 70 and 72 degrees.
- Stock Rooms – Between 68 and 76 degrees.

**Note:** Indoor temperatures may vary when outdoor conditions are extreme.

**Building Services/Contractor Responsibility:**
- Perform repairs to all HVAC related equipment.
- Perform three Preventive Maintenance Inspections per year (Spring, Mid-Summer, Fall).
- Change HVAC air filters (air filters are shipped to each store automatically three times per year).

**Store Team Responsibility:**
- Check your store's temperature panel to verify indoor temperature.

## Automatic Entrance Doors



Your **Automatic Entrance Doors** are meeting Target Brand if:

- All doors open and close smoothly, with minimum noise and at a moderate pace.

**Building Services Responsibility:**
- Repair, tune, and safety check malfunctioning doors in a timely manner.
- Ensure all monthly preventative maintenance (PM) checks are complete.

**Store Team Responsibility:**
- Test all auto doors each morning to ensure safe and proper functioning.
- Train store team members on proper use of cart pusher (no more than 25 carts on the pusher at one time) and freight moving equipment to avoid damaging the doors.
- Ensure carts are returned through cart doors to minimize damage to automatic doors.




## Sales Floor Fixtures and Lighting | Entrance(s) and Front End







Your **Salesfloor Fixtures and Lighting** are meeting Target Brand if:

- Salesfloor light fixtures, neon, product displays, and coolers/freezers are lit and operating properly.
- Salesfloor doors, walls, and gondola kick-plates are crisply painted.

**Building Services Responsibility:**
- Inspect salesfloor walls and touch-up paint as needed.
- Inspect and clean the return air vents for dust build-up.
- Inspect and clean neon accents and hanging signs.
- Inspect ceiling tiles for dust build-up or stains. Dust if necessary, replace stained tiles.
- Ensure lighting in all coolers/freezers is operational.
- Inspect the condition of tiled areas, and replace damaged tile, as needed.
- Inspect kickplates, make repairs or recommend replacement.

**Store Team Responsibility:**
- Inspect and clean all fixture lighting valances, salesfloor displays, and merchandise fixtures.
- Clean salesfloor doors and walls, as needed.
- Ensure product is not touching neon.
- Order replacement fixture parts in support of SBS.

Your **Entrances and Front End** are meeting Target Brand if:

- Entrance glass is free of fingerprints, streaks, and smudges.
- Entrance mat is free of gum, debris, and stains.
- Drinking fountain and pay phones are clean.
- Check lanes and counters are clean.

**Building Services Responsibility:**
- Building Services is responsible for housekeeping services. This includes monitoring Brand standards and the performance of the Contractors that perform services on our behalf.

**Contractor Responsibility:**
- Entrance doors: Clean metal, glass, kick plates, and thresholds inside and out.
- Clean all other entrance glass and metal up to 7' in height inside and out.
- Vacuum all entrance and vestibule entrance mats (extract as necessary to remove dirt, stains, and salt residue).
- Clean interior cart corral, stainless, and cart rail.
- Clean and sanitize drinking fountain and pay phone daily.
- Clean all checklane floors, basedeck edges, and empty trash daily.

**Store Team Responsibility:**
- Maintain cleanliness throughout the day.
- Empty trash at entrance throughout the day.
- Maintain entrance glass throughout the day.
- Ensure all spills are promptly cleaned up.
- Move shopping carts off and back onto entrance mat for contractor to clean area.
- Clean cashier stations, office furniture, guest service counters, and licensed areas.
- Clean stainless steel, column wraps, door kick-plates, and corner guards and wall covering up to 7'.

## Restrooms

## Tile Floors



Your **Restrooms** are meeting Target Brand if:

- Floor and grout are clean.
- Walls, mirrors, and sinks are clean.
- Paper products and soap dispensers are full and operational.
- Partitions are clean and dust free.
- Door locks, hardware, and fixtures are working properly.
- Smells clean.

**Building Services Responsibility:**
- Building Services is responsible for housekeeping services. This includes monitoring Brand standards and the performance of the Contractors that perform services on our behalf.

**Contractor Responsibility:**
- Clean and sanitize toilets, urinals, and sinks.
- Sweep, mop, scrub, and sanitize floor.
- Spot wash walls, partitions, and doors (thoroughly scrub where necessary).
- Clean and refill all paper product, soap, and air freshener dispensers.
- Empty trash receptacles and replace liners.
- Clean air vents and diffusers monthly.

**Store Team Responsibility:**
Check restrooms hourly and complete the following, as necessary, using "Charlie Cart" supplies:
- Ensure any and all spills are promptly cleaned up.
- Wipe down sinks.
- Ensure soap dispensers are full.
- Wipe down changing station.
- Check and fill paper products.
- Complete restroom checklist hourly.

Your **Tile Floors** are meeting Target Brand if:

- VCT/Terrazzo has bright, "wet look."
- Spills are cleaned up immediately.
- Floor is free of trash and debris.

**Building Services Responsibility:**
- Building Services is responsible for housekeeping services. This includes monitoring Brand standards and the performance of the Contractors that perform services on our behalf.

**Contractor Responsibility:**
- Remove gum, stickers, and stains.
- Dust mop and auto-scrub, VCT/Terrazzo.
- Burnish VCT/Terrazzo to maintain "wet look."
  o Burnish sales floor concrete monthly.
- Apply floor finish to VCT/Terrazzo for "wet look."
  o Finish is not applied to sales floor concrete.
- Deep-scrub/recoat VCT/Terrazzo to maintain "wet look."
- Full strip-out once per year.
- Remove floor finish and stripper residue from kick-plates, and stainless steel wraps and guards.
- Auto-scrub main stockroom aisles weekly.
- Floor finish and sealer are not applied in stockroom.
  o Apply concrete sealer, as needed, (max. monthly) in stores built prior to 1994.

**Store Team Responsibility:**
- Block off and clean up spills immediately.
- Pick up trash and debris throughout the day.
- Dust mop racetrack and front lanes twice daily (AM and PM) using "Charlie Cart" supplies.
- Clean-up after flow process.
- Sweep stockroom daily.
- Partner with cleaning crew to ensure periodic access to all sections of sales floor VCT/Terrazzo.

*Great-Looking Store ◎ Housekeeping*

## Food Service



Your **Food Service** area is meeting Target Brand if:

- Floors in Food Service seating area and prep areas are clean.
- Tables, chairs, and counters are wiped down and clean.
- Trash receptacles are clean and emptied regularly to avoid overflow.
- Areas around greasetraps and receptacles for cooking oil are clean and the surrounding floor is free of stains.

**Building Services Responsibility:**
- Building Services is responsible for housekeeping services. This includes monitoring Brand standards and the performance of the Contractors that perform services on our behalf.

**Contractor Responsibility:**
Guest seating, food prep, and storage areas:
- Mop/auto-scrub and sanitize entire floor, inside trash compartment, and drink station.
- Clean grout, as needed, to maintain appearance.
- Empty all trash receptacles, disinfect inside and out, and replace liners.
- Grease vendor is responsible for pumping and maintaining grease traps and recycling cooking oil.

**Store Team Responsibility:**
Guest seating, food prep, and storage areas:
- Clean and sanitize all counters, sinks, and utensils.
- Clean tables, chairs, and counters throughout the day.
- Clean vents, food prep equipment, walls, and trash cans.
- Sweep and mop throughout the day as necessary.
- Empty all trash receptacles throughout the day.
- Clean all mats behind counter.
- The contractor will deep clean the kitchen area, as needed. Team members should move all equipment away from the wall to allow contractor to thoroughly clean.
- Keep area around grease traps and cooking oil recycling containers clean and odor free.

**Note:** Floor finish is not applied to Food Service flooring.

**Note:** Hood, vent, and duct cleaning are contracted out to a third party, as needed.

## Carpets



Your **Carpet** is meeting Target Brand if:

- Carpet is clean and free of gum, stickers, debris, and spots.
- Carpet edges are free of wax build up and burn marks.
- Carpet transition strip is free of wax.

**Building Services Responsibility:**
- Building Services is responsible for housekeeping services. This includes monitoring Brand standards and the performance of the Contractors that perform services on our behalf.

**Contractor Responsibility:**
- Vacuum all traffic lanes daily.
- Vacuum all carpet weekly, including licensed areas.
- Spot clean all carpeting daily as spots appear, including removal of gum and debris.
- Fully extract, as needed, to maintain clean bright carpet.
- Office area: Traffic lanes vacuumed daily and offices vacuumed weekly.
- Empty trash receptacles located in spill stations.

**Store Team Responsibility:**
Maintain a distraction free environment throughout the day, which includes:
- Clean up spills as they occur (blot the spill with a paper towel).
- Empty trash receptacles located in spill stations, as needed.
- Pick up any debris throughout the day.
- Move racks out of way and back into position in order to facilitate full extraction by the contractor, as needed.
- Maintain proper supplies in spill stations (e.g., paper towels, "wet floor" signs).

*Great-Looking Store ○ Housekeeping*





## Elevators and Escalators

## Fitting Rooms




Your **Elevators and Escalators** are meeting Target Brand if:

- Escalators are wiped down and free of grease, dust, and dirt.
- Elevators are free of dirt, debris, and fingerprints.

**Building Services Responsibility:**
- Building Services is responsible for housekeeping services. This includes monitoring Brand standards and the performance of the Contractors that perform services on our behalf.

**Contractor Responsibility:**
*Escalators:*
- Wipe down escalator rails and walls.
- Clean treads.
- Clean and wipe shopping cart escalator stainless steel, glass, and track.

*Elevators:*
- Clean floor and walls of elevators to remove dirt, debris, and fingerprints.
- Clean elevator ceiling and vents.

**Store Team Responsibility:**
*Escalators:*
- Clean up spills using damp rag -- do not spray liquid on treads.
- Wipe down railing a minimum of twice daily using rag and general purpose cleaner.

*Elevators:*
- Clean up spills that occur in the elevator cab throughout the day.
- Keep elevator interior clean throughout the day.

Your **Fitting Rooms** are meeting Target Brand if:

- Carpet is clean and free of large spots and stains.
- Walls, doors, and mirrors are free of dust and fingerprints.
- No pins, needles, hangers on floor or benches.
- Door locks, hardware, and fixtures are working properly.

**Building Services Responsibility:**
- Building Services is responsible for housekeeping services. This includes monitoring Brand standards and the performance of the Contractors that perform services on our behalf.

**Contractor Responsibility:**
- Vacuum daily, carpet is clean and free of pins, clips, stains, and debris.
- Spot clean carpet, as needed.
- Doors are wiped down and free of dirt and dust.
- Mirrors and benches are wiped down and free of dirt, dust, and debris.

**Store Team Responsibility:**
- Clean up spills and debris as they occur throughout the day.
- Maintain the cleanliness of mirrors and benches.
- Pick up clothes, clips, and hangers.
- Wipe down mirrors and benches and ensure they are free of dirt, dust, and debris throughout the day.

## Offstage



Your **Offstage Areas** are meeting Target Brand if:

- Tables, chairs, counters, and sink are clean.
- Locker area is clean and neat.
- Hallways, breakroom, and training room are distraction free.
- Carpet and tile are maintained to the same standards as the salesfloor.

**Building Services Responsibility:**
- Building Services is responsible for housekeeping services. This includes monitoring Brand standards and the performance of the Contractors that perform services on our behalf.

**Contractor Responsibility:**
- Mop the VCT floor throughout the locker, TSC, training room, and breakroom daily.
- Vacuum matting at TSC, and office traffic lanes daily.
- Vacuum offices, weekly.
- Empty all trash throughout the break room/office areas.

**Store Team Responsibility:**
- Keep locker area clean and neat.
- Clean refrigerator, microwave, sink, counter, and utensils, as needed.
- Clean walls and trash receptacles, as needed
- Clean displays, fixtures, furniture, tables, and chairs, as needed.

## Carts



Your **Shopping Carts** are meeting Target Brand if:

- They are clean and dry.
- They are in good repair and have child safety straps.
- Upper frames around handles and child seat are free of rust. Less than 25% rust on frame.

**Building Services Responsibility:**
- The store's SBS is responsible for repairing carts as part of the monthly cart repair PM.
- Spot clean carts as part of the monthly preventative maintenance process.
- Power wash carts, as needed.
- Order the most commonly replaced parts, (e.g., wheels, casters, child safety straps) from eOrder. It is recommended the stores keep a supply of the child safety straps on hand to be replaced, as needed.

**Store Team Responsibility:**
- Cart attendants are responsible for daily cleaning of carts as they are retrieved from the lot (e.g., soda, ice spills, crumbs, etc.).
- Communicate any cart repair/cleaning needs to the SBS via the "Blue Card" program.

**Note:** If the cost to repair the cart is in excess of the cart's value, it should be recycled. Stores will not automatically receive new carts to replace carts sent to be recycled.



## Great-Looking Store ⊙ Equipment

### Refrigeration/Equipment



Your **Refrigeration and Equipment** are meeting Target Brand if:

- Coolers/Freezers are maintaining the proper temperature, all lighting is working properly and no condensation is forming on the outside of the doors.
  o Sales Floor: Frozen Food Cases (low temp): -15 to -5 Degrees.
  o Sales Floor: Dairy Cases (medium temp): +33 to +39 Degrees.
  o Backroom Walk-in Freezer: -15 to -5 Degrees.
  o Walk-in Dairy Cooler: +33 to +39 Degrees.
- Backroom Equipment (e.g., pallet jacks, lifts, wave baler and compactor) are maintained and operate properly.
- Food service/grocery area equipment is maintained and operates properly.

**Building Services Responsibility:**
- Complete Preventative Maintenance checks per schedule to ensure all equipment is operating properly.

**Store Team Responsibility:**
- Use material handling equipment only in authorized areas (e.g. keep the "WAVE" out of light duty areas).
- Clean the Coolers/Freezers when the SBS is performing the Preventative Maintenance checks.
- After a trash compactor haul is requested, keep compactor chute and chamber empty.








