Plaintiffs' Appendix of Summary Judgment Evidence

# Exhibit 5a

## Target Corporation Contractor Handbook

- Handbook cover page
- Index
- Tab: GENERAL TARGET CORPORATE INFO



# TARGET CORPORATION

# ⊙ TARGET

# mervyns

# *Marshall Field's*

## CONTRACTOR HANDBOOK

*Trent Smith*
*Jim's Maintenance*

HOUSEKEEPING CONTRACTOR MEETING, June 11-13, 2002

 *Building* the BEST COMPANY EVER


EXHIBIT
P/f 5
10/2/07   N. Gisch

# Contractor Handbook Index                    Page #'s

## 1) General Target Corporation Information:

**General Information:**

| | |
|---|---|
| Target Stores at a Glance | 1 |
| Mervyn's Stores at a Glance | 2 |
| Marshall Field's Stores at a Glance | 3 |
| The Target BRAND | 4 |
| Target Terminology / Lingo | 4 - 5 |
| Communications (general) | 6 |
| E-mail (general) | 6 |
| Accountability (overview) | 6 |
| Contractor New Hires (important to know) | 7 |

**Store Hours**                                8 - 10
**Stores Flowchart Overview**                  11

## 2) Contract:

**English Version:**

| | |
|---|---|
| Contractor Terms & Conditions | 1 - 5 |
| Contractor Procedural Regulations | 6 - 9 |
| Contractor Security Regulations | 10 - 12 |
| Contractor Scope of Work | 13 - 28 |

**Spanish Version:**

| | |
|---|---|
| Contractor Procedural Regulations | 29 - 33 |
| Contractor Security Regulations | 34 - 36 |
| Contractor Scope of Work | 37 - 53 |

**Invoices Over & Above Contract**             54

# Contractor Handbook Index — Page #'s

## 3) Communication Process:

**BSOC:**
- Housekeeping Issues / Resolutions Flow Process — 1 - 3
- Work Order Action Plan Process — 4 - 5

**Housekeeping Brand Measurement Tools Overview** — 6 - 9

**Brand Maintenance Guides:**
- Target (English & Spanish)
- Mervyn's (English & Spanish)
- Marshall Field's (English & Spanish)

**Housekeeping Checklist (English / Spanish)**

**Restroom Checklist**

**BMG Poster (English / Spanish)**

## 4) Best Methods:

**Housekeeping Top 10:**
1. Entrances
2. Restrooms
3. Sales Floor – Hard Surface
4. Sales Floor – Carpet
5. Food Service
6. Fitting Rooms
7. Leased Business
8. General Housekeeping / Detail Cleaning
9. Elevators – Escalators
10. Team Break Room

**Other Cleaning Processes:**
- Mats - Entrance & Chemical Aisle
- Window Washing Above 7 Feet Inside & Out
- Vermaports
- Stockroom Floors

**Project Teams / Schedules**

# Contractor Handbook Index                               Page #'s

## 4) Best Methods continued:

**Other Processes:**
- Maintenance Room / Day Closet
- False Alarm Prevention/Payment Process
- Propane Storage
- Damage
- One Hour Photo

## 5) Training:

**In-store crew (including lead)**

**Contractor Mgmt. Team - Interaction with Store Mgmt. & HQ**

**Product, Equipment, and Chemicals**

## 6) Supply Order Process:

| | |
|---|---:|
| Target Order Line (T.O.L.) Overview | 1 |
| T.O.L. Order Process Q & A | 2 |
| 2002-2003 Contractor Order Calendar | 3 - 5 |
| 2002 Order Guide - English | 6 - 8 |
| T.O.L. Order Instructions - Bilingual | 9 - 10 |

## 7) New Stores Info:

| | |
|---|---:|
| New Store Schedule: | |
|     July 2002 | 1 - 7 |
|     October 2002 | 8 - 17 |
|     March 2003 | 18 - 23 |
| New Store Pre-Opening Program | 24 |
| New Store Initial Tile Floor Care | 25 - 26 |
| Construction Clean-Up Overview | 27 - 37 |

# Contractor Handbook Index                               Page #'s

### 8) Remodel Store Info:

**Remodel Schedule:**

| | |
|---|---|
| Cycle II 2002 (Full Remodel) | 1 - 4 |
| Cycle III 2002 (Full Remodel) | 5 - 12 |
| Cycle I 2003 (Full Remodel) | 13 - 18 |
| **Remodel Initial Tile Floor Care** | **19 - 22** |

### 9) Holiday Strategy:

**2002/2003 Holiday Strategy:**

| | |
|---|---|
| Target | 1 - 4 |
| Mervyn's | 5 - 17 |
| Marshall Field's | 18 |
| **Holiday Action Plan Checklist** | **19** |

### 10) Notes:

GENERAL TARGET CORP
INFO

# GENERAL INFORMATION

## TARGET STORES AT A GLANCE:



explore Target online
and visit target.com

You'll find that we're an upscale discount chain with stores across the country, providing quality merchandise at low prices in guest-friendly environments — stores where you can always Expect More, Pay Less.

### Merchandise Focus
The Target emphasis is on basic merchandise -- staple, everyday items that consumers use and need most. Combined with an aggressive fashion strategy, this foundation in basics enables Target to compete as a life-style trend merchandiser in all merchandise categories, from apparel to personal care, home decor to automotive.

### Stores
The first Target store opened on May 1, 1962 in Roseville, Minnesota, a suburb of St. Paul. Target stores are usually on one level, averaging 126,000 square feet, freestanding or in major community or regional shopping centers. Target stores provide employment for approximately 214,000 team members.

Target operates over 1,000 stores in 46 states. States with the largest store count include California, Michigan, Minnesota, Florida and Texas, though the states in the mid-Atlantic and Northeast are the greatest area of growth. Target typically grows its square footage annually in the range of 8% - 10%.

### SuperTarget
Target also operates 37 SuperTarget stores, which combine grocery and general merchandise in a supercenter format. The focus of SuperTarget is to create a grocery offering and store environment that is as unique, upscale and differentiated as the assortment and presentation in our general merchandise-only discount stores.

### Major Markets

- Greater Los Angeles (78)
- Chicago (39)
- Minneapolis/St. Paul (38)
- S.F. Bay Area (28)
- Detroit (23)
- Dallas/Ft. Worth (25)
- Atlanta (25)
- Houston (20)
- Greater Philadelphia (13)
- Greater Miami (19)
- Phoenix (19)
- Denver/Boulder (15)
- Washington DC (15)
- San Diego (14)
- Seattle/Tacoma (14)
- St. Louis (15)
- Indianapolis (10)
- Sacramento/Yolo (10)
- Tampa/St.Pete (12)
- Greater Cleveland (13)
- Baltimore (11)
- San Antonio (11)
- Orlando (10)
- Milwaukee (10)
- Charlotte (8)
- Louisville (8)

# GENERAL INFORMATION

## MERVYN'S AT A GLANCE:



Explore Mervyn's online and visit mervyns.com

Mervyn's California offers an exciting, fun-to-shop, middle-market promotional department store, emphasizing name-brand and private-label casual apparel and home soft goods. At Mervyn's California, you always come first.

### Merchandise Focus
Mervyn's California carries moderately-priced apparel and home fashions. We are committed to providing the best prices on quality national and owned-brand products.

### Stores
Founded 49 years ago in San Lorenzo, California, Mervyn's first store was 2,800 square feet, had two employees and generated first-year sales of $100,000.

Today, Mervyn's California operates 267 stores in 14 states and provides employment for approximately 29,000 people. Total retail square footage is approximately 24.5 million square feet. Mervyn's stores range in size from 60,000 to 175,000 square feet, depending on the site. An average size is 75,000 square feet. Half of our stores are in regional malls. The rest are in community shopping centers, strip centers and freestanding locations.

### Major Markets

- Greater Los Angeles (48)
- Detroit (9)
- San Francisco Bay Area (29)
- Minneapolis/St. Paul (9)
- Dallas/Ft. Worth (12)
- Seattle/Tacoma (9)
- San Diego (12)
- Greater Salt Lake City (8)
- Phoenix (11)
- Denver/Boulder (6)
- Houston (9)

# GENERAL INFORMATION

## MARSHALL FIELD'S AT A GLANCE:



Marshall Field's is dedicated to providing guests with great service, exciting, distinctive merchandise, fashion leadership and a convenient shopping environment. Our commitment is to be "the best store in town."

### Merchandise Focus
Fashion leadership is at the core of the Marshall Field's business. Our trend experts identify, research, and predict the latest fashion and home trends to ensure the widest assortment of current trends.

### Stores
With the joining of the department stores under one name, Marshall Field's will operate 64 stores in eight states, comprising approximately 14,000,000 square feet. Approximately 35,000 team members are employed by the department stores.

Marshall Field's was founded in 1852, Dayton's in 1902, and Hudson's in 1881. Dayton's and Hudson's combined to become one department store company in 1984; six years later, Marshall Field's joined the Dayton Hudson Corporation, which became Target Corporation in 2000. In 2001, the three department stores are becoming one, operating under the well-established and well-regarded name of Marshall Field's.

### Major Markets

- Chicago (16)

- Minneapolis/St. Paul (10)

- Detroit (11)

# GENERAL INFORMATION

## THE TARGET BRAND:

We must understand what the customer expectations are. TARGET expectations include daily detailing and focus cleaning beyond the usual clean floors and bathrooms required by most other retailers. There are no scheduled annual or quarterly strips/scrubs, no specifications directing an annual extraction or scheduled spot cleaning frequencies. The Target brand is to provide our guest with the Clean Shiny floors, clean Restrooms and carpets and overall an easy to shop store with trend right merchandise. It is your responsibility to maintain _consistency_ at all times. If we utilize the detailed Building Services Brand Maintenance Guide and stay committed to our Brand will remain the benchmark others look to.

See the INSIDE TARGET, which is included in your handbook. This is a monthly newsletter sent to all Target Corp. Team Members every other month. This issue contains statements from some of our key Senior Management and their expectations on Brand.

## TARGET TERMINOLOGY:

Target has a language all their own. The following acronyms represent the most commonly used terms as they pertain to our services. Please familiarize yourself with these acronyms:

| Acronym | Common Term | Relationship |
|---|---|---|
| Team Member | Employee | Every worker is a member of their TEAM |
| Guest | Customers | Shoppers are referred to and treated as guest |
| DTL – District Team Leader | District Manager | Responsible for entire District, usually consist of 6-12 stores |
| STL - Store Team Leader | Store Manager | Responsible for the entire store, the person all other Team Leads report to. |
| LOG - Logistics | Operations Manager | Responsibilities usually include building maintenance, oftentimes our _primary_ contact. |
| LOD – Leader On Duty | Manager on Duty | A TEAM LEADER who is responsible for the store at any given time. |
| OFTL – Overnight Flow Team Leader, or MFTL | Night stocking crew chief | Directs the unloading and stocking of merchandise during the overnight. They are the key communicators to our night supervisor to coordinate areas to be cleaned. |
| BSTS– Building Services Team Supervisor | Building maintenance supervisor | BSTS, together with the (SBS) Store Building Specialist, oversees maintenance within a group of stores in a district. Usually meets regularly with Building Services Area Manager. |
| BSAM – Building Services Area Manager | Area maintenance manager | Is responsible for building services within a certain geographical area, usually several Districts. |
| APTL – Assets Protection Team Leader | Security | Enforces all security within the store. Responsible for keys, locks, alarms and sign in procedures |

# GENERAL INFORMATION

| Acronym | Common Term | Relationship |
|---|---|---|
| TSC – Team Service Center | Employee entrance | The primary entrance and exit to be used by any TEAM Members and cleaning personnel |
| NRCC | Non Retail Trailer | This is a weekly delivery to each Target Store through Target Corp.'s warehouse. |
| ESOP | Supplies from Warehouse | A means by which LOG, or designee, orders store supplies including bags & paper products. |
| Hard lines | Gondola area of store | The tiled area of store that where merchandise is displayed on gondolas. |
| Worlds | Area designated by color of signage | Each section of the store is identified by the color of the signage either yellow, red, blue, or green is very useful when coordinating cleaning routines with the Overnight Flow Team.( N/A in some locations) |
| Soft lines | Clothing and accessories | Area of store that is carpeted including clothing, shoes, and accessories. |
| Prototype | Type of store | G store – Greatland, 2 entrances, P – Typical, S Smaller, U-Unique |
| Food Avenue | Snack bar | Usually located in front of store |
| Guest Services | Customer service | Usually near the entrance, area designated for returns and service. |
| OSR – (Owners Site Representative) | Construction supervisor | A Target on site representative that oversees the entire construction project. |
| Turnover | Store takeover for merchandising | When construction is completed and store Team Members begin merchandising. |
| Pre opening | Set up time for merchandising | Service time between turnover and grand opening when the store is stocking the shelves and staffing is minimal. |
| VIG night (Very Important Guest) | Opening ceremonies | Scheduled ribbon cutting ceremonies with all Team Members and invited Guest, Tuesday night prior to Grand Opening |
| Quiet Opening | Open for business | The store is unofficially open for business the day after the VIG activities. |
| Grand Opening | Advertised grand opening | Always on a Sunday |
| Cycle | When new stores open | New stores open only in March. July, and October, |

# GENERAL INFORMATION

**COMMUNICATIONS:**
Our overnight crews must be capable of working together with the overnight flow teams to ensure maximum efficiency. Daily issues should be communicated directly to the crew leader, all other issues should be directed BSOC at 1-888-888-0304.

**E-MAIL:**
Is utilized extensively from within TARGET. At the corporate level it is our most practical means of communicating. T1188.STL@target.com is an example of how simple the E-mail addresses are. The store # preceded by T, and then followed by (.) dot, followed by title acronym of Team member, @target.com (example: john.doe@target.com). Other examples:

| Email address: | Title |
|---|---|
| Txxxx.APTL | ASSETS PROTECT TEAM LEAD |
| Txxxx.BLDG | STORE BUILDING SPECIALIST (SBS) |
| Txxxx.FLOW | MERCHANDISE FLOW |
| Txxxx.GSTL | GUEST SERV EXEC TEAM LEAD |
| Txxxx.HL | HARDLINES EXEC TEAM LEAD |
| Txxxx.HL2 | HARDLINES2 EXEC TEAM LEAD |
| Txxxx.LOG | MERCHANDISE LOGISTICS |
| Txxxx.SL | SOFTLINES EXEC TEAM LEAD |
| Txxxx.SL2 | SOFTLINES2 EXEC TEAM LEAD |
| Txxxx.STL | STORE TEAM LEAD |
| Txxxx.TRL | TEAM RELATIONS LEAD |

\* Enter the store # in place of the xxxx
\*\*LOD stands for Lead on Duty and they do not have an email address.
Alarm Center – do not use 'LOD' when writing Work Orders – Contractors do not know who to reply back to.

**ACCOUNTABILITY:**
Within the organization there are two distinct departments that we must satisfy; the Store Team and Building Services Team.

**The STL** is responsible for the total operations of the store; the **LOG** is usually our primary executive contact within the store. The OFTL interacts throughout the evening with our cleaning crew thus, their relationship and ability to communicate is the key to our success.

**Target Corporation Contract Services** negotiates all Housekeeping Contracts. The BSAM's (Building Services Area Managers) and their team will frequently visit our stores and conduct a thorough inspection on several key areas: Life Safety Issues, General Building Maintenance as well as Contract Service Issues, including Housekeeping, Landscaping, Lot Sweeping, etc.

They will visit stores and do their own inspections. Some times the STL's standards and expectations may not be up to par with the BSAM, and at other times they may be beyond BRAND expectations. In either case, each contractor must work to meet the standards and expectations as set forth in the Contract as well as the Building Services Brand Maintenance Reference Guide.

**Assets Protection** (AP Team) maintains a very comprehensive and sophisticated system of security cameras, door locks, and alarms throughout the entire store. It is imperative that no shopping is done during the hours of service including "window shopping".

# GENERAL INFORMATION

**CONTRACTOR NEW HIRES:**
AP must be notified of all new cleaning personnel to review and sign the **Housekeeping Security Regulations** form prior to working. In many locations AP will take Polaroid picture of each crewmember and attach it to the sign in book.

** **Reference: (TARGET Contractor Handbook under Exhibits)**

- **TSC** - store policy dictates that all contract services personnel shall enter and exit through this door and be checked in & out by the LOD.

- **Keys** -AP will provide keys to the maintenance closet lock, supply closet and bathroom dispensers. The overnight cleaning supervisor, or day porter, will sign in a set of keys upon arrival and sign out when leaving.

- **Radios** – a radio may be available for the overnight supervisor to communicate with the FTL, a great tool in high volume stores, Requires sign in and sign out each evening.

- **Log Book** – Available at TSC desk for all personnel to sign in and out at all times. A copy of the weekly work schedule should be kept there for reference.

- **LOD check in** – Overnight cleaners must wait at TSC desk for LOD to check in-check out at all times.

- **Lockers** - are available for free, nothing is to be brought into the backroom. A refrigerator is available in the break room for lunches and cold drinks.

- **Alarms** - The receiving doors, when locked, have motion detectors, the trash compactor, Guest Services, and the vestibule area are alarmed during the overnight. Often time at 4 am the **LOD** will disarm the perimeter to allow crews outside access. There is a $100.00 fine for setting off alarms.

- **Propane** – There is a $ 1000 fine if your crew leaves a propane tank in our store when your crew has left for the day. Contractor must provide propane lock up (cage) in designated area on the exterior of the building. No Storage of propane should occur in those stores with exterior Lawn and Garden Centers, must be in back of building near dock (unless specified differently by local code)

# Target 2002 Store Hours

| REGULAR HOURS | DAY | TARGET | SUPER TARGET |
|---|---|---|---|
| | Monday – Saturday | 8 am – 10 pm | 8 am – 11 pm |
| | Sunday | 8 am – 9 pm | 8 am – 9 pm |

| HOLIDAY | DAY, DATE | TARGET | SUPER TARGET |
|---|---|---|---|
| Easter | Sunday, March 31st | CLOSED | CLOSED |
| Memorial Day | Monday, May 27th | 8 am – 10 pm | 8 am – 11 pm |
| 4th of July | Thursday, July 4th | 8 am – 10 pm | 8 am – 10 pm |
| Labor Day | Monday, September 2nd | 8 am – 10 pm | 8 am – 11 pm |
| Week before Thanksgiving | November 25 – November 27 | 8 am – 11 pm | 8 am – 11 pm |
| Thanksgiving | Thursday, November 28th | CLOSED | CLOSED |
| Day After Thanksgiving | Friday, November 29th | 7 am – 11 pm | 7 am – 11 pm |
| After Thanksgiving | November 30th – December 23rd | 8 am – 11 pm Mon – Sat / 8 am – 10 pm Sun | 8 am – 11 pm Mon – Sat / 8 am – 10 pm Sun |
| Holiday Shopping Event (8 AM – 10 AM) | Tuesday, December 3rd | 8 am – 11 pm | 8 am – 11 pm |
| Christmas Eve | Tuesday, December 24th | 7 am – 6 pm | 7 am – 6 pm |
| Christmas Day | Wednesday, December 25th | CLOSED | CLOSED |
| Day After Christmas | Thursday, December 26th | 7 am – 10 pm | 7 am – 11 pm |
| New Year's Eve | Tuesday, December 31st | 8 am – 10 pm | 8 am – 10 pm |
| New Year's Day | Wednesday, January 1, 2003 | 8 am – 10 pm | 8 am – 11 pm |

| SUNDAY BLUE LAW STORES | SUNDAY HOURS |
|---|---|
| R100: ND- Super Target T1783 | |
| R100: ND-T61, T81, T85; R300: MS-T754; R400: TN-T367, T1302 | 12 noon – 9 pm |
| R400: SC-T1198, T1199, T1310, T1349, T1371, T1452 | 1:30 pm – 9 pm |
| R400: RI- T1188, T1404 | 8 am – 8 pm |
| R400: NJ- T1263, T1330 | CLOSED |

| SPECIAL HOURS | DAYS | HOURS |
|---|---|---|
| R200: T0320 Colma CA | Monday – Saturday | 8 am – 11 pm |
| R200: T1407 Daly City, CA | Sunday | 8 am – 10 pm |
| R400: T1076 Alexandria VA | Sunday – Saturday | 8 am – 11 pm |
| R100: T1375 Minneapolis, MN | Monday – Saturday | 8 am – 8 pm |
| | Sunday | 11 am – 6 pm |

# Mervyn's 2002 Store Hours

| REGULAR HOURS | DAY | Mervyn's |
|---|---|---|
| | Monday – Sunday | 9 am – 10 pm |

| HOLIDAY | DAY, DATE | Mervyn's |
|---|---|---|
| Easter | Sunday, March 31st | CLOSED |
| Memorial Day | Monday, May 27th | 9 am – 10 pm |
| 4th of July | Thursday, July 4th | 9 am – 7 pm |
| Labor Day | Monday, September 2nd | 9 am – 10 pm |
| Thanksgiving | Thursday, November 28th | CLOSED |
| Day After Thanksgiving | Friday, November 29th | 7 am – 11 pm |
| Saturday After Thanksgiving | Saturday, November 30th | 8 am – 11 pm |
| Week before Christmas | December 16th – December 23rd | 8 am – 11 pm |
| Christmas Eve | Tuesday, December 24th | 8 am – 6 pm |
| Christmas Day | Wednesday, December 25th | CLOSED |
| Day After Christmas | Thursday, December 26th | 7 am – 10 pm |
| New Year's Eve | Tuesday, December 31st | 9 am – 6 pm |
| New Year's Day | Wednesday, January 1, 2003 | 9 am – 7 pm |

# Marshall Field's Store Hours

# Effective 1/02/2002

| Days | All stores | Exceptions to All Stores | | | | |
|---|---|---|---|---|---|---|
| | All Stores, Home Stores | FAM, GRF, BMK | MPL, STP | DCM OUTLET STORE | STS | LFR |
| Sunday | 11am-6pm | 12-6pm | 12-6pm | | | 12pm-5pm |
| Monday- Friday | 10am-9pm | | 10am-8pm | | 10am-8pm | 10am-6pm |
| Saturday | 10am-9pm | | 10am-6pm | 10am-6pm | 10am-8pm | 10am-6pm |

Please note following changes to National Hours:

- DCM Outlet Store Saturday closing moves from 9pm to 6pm
- STS Mon-Sat closing hours moves from 7pm to 8pm

# TARGET / MERVYN'S / MARSHALL FIELD'S
## STORES OVERVIEW



Stores Flowchart Overview Contractor Handbook v2.1 – 6/02

Page 11