| SECTION 3: | *Mervyn's* |
|---|---|

# HOUSEKEEPING EXPECTATIONS

**A. EXPECTATIONS OVERVIEW:**

The following will outline what Mervyn's expect from its Housekeeping Contractor. Mervyn's represents Target Corporation's moderate priced division, with trend right merchandise in a bright and clean environment. Your role in maintaining these locations to the highest standard of cleanliness day in and day out is essential for your continued success as a Mervyn's Housekeeping Contractor.

We have developed a Monthly Housekeeping checklist that will focus on these 10 areas and expect that you will be reviewing monthly with the designated store executive on your monthly inspection. *(Form is located on your Workbench; if you do not find this form send an e-mail to BST.Contracts@target.com)*

## DAILY EXPECATIONS

**1) ENTRANCES**

To be certain we make a positive first impression on our Guests the following expectations must be met daily:

- Entrance doors: Clean metal, glass, kick plates, thresholds inside and out (both sets of doors if applicable)
- Clean all other entrance glass and metal up to (7) feet high, inside and out.
- Vacuum all entrance and Vestibule entrance mats (extract as necessary to remove dirt, stains, salt residue)
- Empty trash cans (replace liners), cigarette urns.
- Spot clean EAS towers at each entrance
- Spot clean stroller racks, if applicable

**2) RESTROOMS**

All the restrooms will be thoroughly cleaned and disinfected daily; to include all fixtures, walls, floors, and partitions. Contractor will insure that OSHA safety provisions are followed in the removal or handling of blood borne pathogens. Restroom daily cleaning expectations include:

- Clean and sanitize toilets, urinals and sinks
- Floors; sweep, mop, machine scrub as necessary, sanitize.
- Spot wash walls, partitions, and doors (thoroughly scrub where necessary).
- Clean and refill all dispensers, Soap, Paper products.
- Empty trash and replace liners.
- Once a month: clean air vents / diffusers and replace Good Sense air freshener.

**3) HARD SURFACES FLOORS**

All of the hard surfaces throughout the store will be maintained to the strictest standards. Floor finish will be applied to Vinyl Composition Tile (VCT) flooring as necessary. NO WAX is applied to ceramic or quarry tile. Here is what we expect on a daily basis:

- Sweep and spot mop spills and clean foreign substances on the sales floor
- Sweep and spot mop offices, gift wrap and team member lounge
- Vacuum, spot mop audit room only if directed by and supervised by store management
- Clean escalator floor plates at the base of both floors (where applicable)

## 4)  CARPET
All carpeting will be spot cleaned, as spots appear, this will include all walk-off mats, such as the Entrance Matting.

- Vacuum 50 % of sales floor carpeting.
- Pick, pan and broom the 50 % portion that was not vacuumed or use battery operated wide area vac.
- Clean spills and spots on all carpeting on sales floor.
- Vacuum all fitting rooms
- Pick, pan and broom all no-sales floor carpeting (offices, gift wrap, conference room, audit room)

## 5)  GENERAL HOUSEKEEPING
All areas will be cleaned with an eye for detail. No dirt in corners or along walls and doors, no spots or stains on the carpet, no pins or trash in the fitting rooms, no trash under the register terminals, etc.

- Empty trash from all locations
- Clean all drinking fountains
- Cash Wraps (trash picked up, floor free of dirt and debris)

## 6)  FITTING ROOMS
The appearance of our fitting rooms is very critical to our image as the Upscale Discounter. Pay close attention to the detail vacuuming, glass, mirrors, louvered doors, benches and chairs to make certain our guests know how important cleaning is to our Brand.

- Fully vacuumed each day.
- Mirrors and benches wiped down and free of spots, streaks or stains.
- Pins, clips, strings and lint are removed from the floor.
- Louvers on doors (if applicable) are free of fingerprints
- Walls are kept free of fingerprints, and smudges.

## 7)  ESCALATOR: (If Applicable)
The appearance of the escalators in our stores is a reflection as to how important cleanliness is to our Corporation.  Please make sure we are presenting our best, everyday.  Performing the following on a daily basis will attain this.

- Escalator treads, sides are all clean and free of fingerprints, dirt, and debris.
- Clean floor plates at the base of both floors
- Clean handrails and chrome adjacent to the handrails, spot clean the dividing wall between up and down escalator. Spot clean areas accessible from escalator steps only

## 8)  ELEVATOR: (If Applicable)
The appearance of the elevators in our stores is a reflection as to how important cleanliness is to our Corporation.  Please make sure we are presenting our best, everyday. Performing the following on a daily basis will attain this.

- Elevator doors, walls, rails, thresholds are free of dirt and debris.
- Elevator doors, walls, rails, thresholds are free of dirt, debris and fingerprints.
- Carpet/Tile floor in elevator cab is clean and free of dirt, debris, gum, etc.
- Clean chrome on elevators

## 9)  FOOD SERVICE AREA: (If Applicable)
In the Food Service area the Contractor is responsible for the *FLOORS ONLY.*

- Thoroughly sweep all floors, including under all equipment, tables, food prep room, etc.
- Mop entire floor in the guest seating area, including under tables, inside trash can compartment, etc.
- Mop exposed flooring behind the counter and in storage areas daily.
- Machine scrub, rinse and damp mop ceramic or quarry tile as needed (minimum weekly)
- Empty all trash receptacles, scrub and disinfect inside and out, replace liners
- Deep cleaning of the kitchen area will be coordinated with each location; Mervyn's team members are responsible for moving any and all equipment away from the wall in order to gain access for cleaning the floor.

## 10) <u>BREAK ROOM / TEAM MEMBER LOUNGE (Office Area and Off Stage areas)</u>
The Break room cleanliness is critical to our team members' perception of our dedication to cleanliness. When planning out your staffing levels, please consider this as well as other off stage areas, Lockers, Break Room, Training Room and offices.

- Perform all standard procedures for tile, carpet and trash pickup.
- Wipe down tables, chairs, sinks.
- Counters, sinks are wiped down and sanitized.


# EXPECTATION OF 3 TIMES A WEEK

## HARD SURFACE FLOORS

- Auto Scrub/Buff all vinyl tile flooring Burnish to a shiny appearance
- Auto Scrub ceramic floor (if not a vinyl tile race track)


# WEEKLY EXPECTATIONS

## STORE ENTRANCES

- Clean Brass Thresholds
- Feather dust mini blinds

## CARPET

- Vacuum non-sales floor carpeting (office, audit room, gift wrap, conference room)

## GENERAL HOUSEKEEPING

- Dust Fitting Rooms
- Entrance matting extracted as needed to maintain a clean (salt & stain free) appearance, which is free of gum, sand, debris, etc.


# EXPECTATION: 2 X'S A MONTH

## HARD SURFACE FLOORS

- Buff non-sales floor (office, audit room, gift wrap and employee lounge)

**CARPET**

- Detail all sales floor carpeting – vacuum carpet edge, including corners, risers, and under accessible racks, spot clean and dust baseboards.

## MONTHLY EXPECTATIONS

**STORE ENTRANCES**

- Clean all plate glass and metal up to (16) sixteen feet high, inside and out.

**RESTROOMS**

- Complete wall washing and vent cleaning
- Machine scrub and sanitize tile floors

**HARD SURFACES**

- Scrub and refinish sales floor vinyl tile.
- Scrub and refinish non sales floor vinyl tile (includes stockroom pad)

**CARPET**

- Bonnet or surface clean sales floor carpet
- Detail non sales floor carpet

**GENERAL HOUSEKEEPING**

- Clean all mirror glass, full height
- Wash walls and hard surface partitions in fitting rooms. Spot clean daily.
- Clean Escalator steps with escalator cleaner (Tread master or Cimex preferred)

## QUARTERLY EXPECTATIONS

**STORE ENTRANCES**

- Clean Mall doors, inside and out, spot clean weekly

**CARPET**

- Bonnet or surface shampoo non sales floor carpet

## EXPECTATION: 2 X'S A YEAR

**GENERAL HOUSEKEEPING**

- All High Volume Stores will receive High Level Dusting throughout the Store.

## ANNUAL EXPECTATIONS

**HARD SURFACE FLOORS**

- Strip, reseal and refinish all sales floor vinyl tile, as applicable
- Strip, reseal and refinish non sales floor vinyl tile

**CARPET**

- Full Carpet Extraction for all Stores one time a year.

**GENERAL HOUSEKEEPING**

- All Non-High Volume Stores will receive High Level Dusting throughout the Store.

## REDUCED SCOPE (LIGHT DUTY) DAY

- Clean Restrooms (Daily Full Scope)
- Clean Entrance glass and mat only
- Go over all carpeting, pan and broom large dirt and debris, and clean any large spills or stains
- Empty and clean all trash cans and replace liners.

## REDUCED SCOPE SCHEDULE:

❏ **Stores with (1) Day per week  = Tuesdays**

❏ **Stores with (2) Days per week = Tuesdays and Thursdays**

## *WORK NOT INCLUDED IN THE MERVYN'S EXPECTATIONS*

- Sales Floor wall washing (fitting room and escalator are included in the contract language)
- Stock room and loading dock areas (Stockroom entrance pad is included in the contract)
- Sidewalks
- Carpet repairs (tears, burns, fraying or other defects must be communicated to Store Mgmt. A.S.A.P.)
- Plumbing Repairs including unclogging fixtures
- Moving of large sales floor fixtures
- Cleaning sales floor displays, merchandise fixtures, cashier stations, office furniture and customer service counters, unless specified in Scope of Work.
- Sales floor ceiling, diffusers and light fixtures
- Carpet Platforms, displays and wall vacuuming.

## REGLAMENTOS DE PROCEDIMIENTOS DEL CONTRATISTA

### A: REGLAS

1. El contratista comenzará los servicios en los sitos indicados al principio de la fecha del Termino, como se especifica en la Hoja de Datos. Los servicios se deben ofrecer durante las horas designadas por Target y en los días de la semana como se especifica en la hoja de Datos, al menos que Target lo dictamine de otra manera.

2. El contratista debe de proveer las horas necesarias de trabajo como sea necesario para obtener las metas de Target, como se delinea en los documentos y Libreto del Contratista y Expectativas de Limpieza, y como se provee en los Servicios de Locales de Target y los Equipos de Contratistas de Servicios.

3. Los empleados del Contratista estarán en todo momento bajo el control directo de un supervisor o un líder de grupo, quien será responsable de que los empleados del Contratista cumplan con sus obligaciones de acuerdo con los niveles estipulados en el Acuerdo y el Libreto del Contratista.

4. El contratista debe de poner a disposición un supervisor que hable y lea ingles en la tienda durante todos los turnos (con excepción durante la cobertura de la supervisora de las limpiadoras, donde la supervisión no es necesaria todo el tiempo) y durante la visita mensual (como mínimo) estipulada en la inspección.

5. El contratista debe de remover cualquier y todos los tanques de propano al finalizar su turno y debe de almacenarlos fuera de la vista o bajo candado, en el compartimento proveído y aprobado por la OSHA. El contratista debe de proveer certificación del manejo del propano para todos sus empleados antes de que comiencen a trabajar en cualquier local de Target. La tienda Target requiere que la zona de amortiguamiento del propano sea mantenida bajo las especificaciones del fabricante por emisiones de $CO$ en todo momento.

6. El contratista debe de revisar la lista de obligaciones de mantenimiento mensual con el Líder de Equipo de la Tienda, el Gerente de la tienda o el Representante Designado de la Tienda. Un miembro de la Gerencia del equipo del Contratista efectuará la inspección y documentará las opiniones del equipo de la Tienda.

7. Las inspecciones se llevarán acabo utilizando la Lista de Supervisión de Calidad de Target, la que se entregará a los Servicios de Contratos de Target el día diez de cada mes. La tienda puede guardar una copia.

8. Cualquier solicitud de incremento de precio (por el horario 1 de la Hoja de Datos) debe de ser presentada por escrito a los Servicios de Contrato de Target por correo electrónico (BST.contracts@target.com) a no más tardar que el 15 de Octubre de cada año. Ninguna solicitud que se reciba después del 15 de Octubre será considerada. Target revisará las solicitudes de incremento y aconsejará al Contratista sobre su decisión el 15 de Enero del siguiente año fiscal. Nuestro primer año fiscal comienza el 1 de Febrero y termina el 31 de Febrero, cualquier incremento que se apruebe entrara en vigor al principio del año fiscal.

## B: PROCEDIMIENTOS DE PAGO

1. Los servicios de mantenimiento y limpieza serán cobrados al precio estipulado en las Hoja de Datos.

2. La factura del contratista debe de cumplir con los siguientes requisitos

   a) Todas las facturas se deben de hacer mensualmente. Cada factura mensual debe de incluir una nota, organizada por cada tienda y de manera numerada donde el trabajo se ha completado. Cada nota debe de indicar de manera separada el precio por limpiar el piso y/o alfombra, Servicios Opcionales y cualquier impuesto si es aplicable.

   b) Todas las facturas se deben de efectuar y entregar la primera semana del mes, al mes siguiente después de que el servicio se haya efectuado

   c) Target no aceptará facturas después de cinco meses que se haya completado el trabajo.

   d) En el caso de que la Tienda en la cual el Contratista está trabajando se encuentre en proceso de remodelación, lo que cambiaría los pies cuadrados de la Area de Ventas, los precios del Contratista se ajustarán apropiadamente, utilizado los precios de acuerdo a los pies cuadrados estipulados en el Articulo 1 de la Hoja de Datos.

   e) Tomando en cuenta que el Contratista no a violado este Acuerdo, Target debe de pagar al contratista dentro de treinta días después de que los Servicios del mes se hayan completado

3. Si se hacen algunas demandas contra Target como resultado del trabajo o como resultado de cualquier acción o falta de atención del Contratista, o si Target cree que dichas demandas se harán:

   Target substraerá de la cantidad que se debe de pagar o se pagará bajo este Acuerdo dicha cantidad como Target de manera razonable lo determine para cubrir los gastos que Target de manera razonable anticipe pueden ser incurridas en conexión con la defensa de las demandas. El derecho de detener el pago no debe de ser el remedio exclusivo de Target y debe de ser en adición a otras soluciones, que Target podría estipular en este Acuerdo o bajo ley o equidad.

## C: EQUIPO Y MATERIALES

1) **Equipo**
   a) El Contratista pondrá a disposición el equipo apropiado de limpieza para cada tienda *(no se deben compartir equipos entre las tiendas, al menos que se autorice en los Servicios de Contrato o el Manager de Área de Servicios de Edificios, Ej. en el caso de los Equipos de Proyecto esta regla será excedida)*
   b) Todo el equipo se mantendrá limpio y en condiciones funcionales.
   c) El equipo que se encuentre defectivo o inoperable debe de ser reemplazado o reparado para el siguiente turno.
   d) Los requisitos mínimos del equipo serán delineados en el Libreto del Contratista, y podría variar entre los sitios de la Compañía de Operaciones.

e) Todo el equipo debe de cumplir con los reglamentos y requisitos de seguridad y emisiones Federales, del Estado y la OSHA local.

**Target podría, de manera opcional y a su propio costo, comprar algún o todo el equipo que el contratista necesite para su uso en nuestras tiendas.**

*Si aplicamos esta opción, la deducción apropiada se delineará en la lista 1 de la Hoja de Datos. Cualquier cambio será revisado y acordado por las dos partes. El Contratista debe de notificar a Target en el caso que el equipo que Target haya proveído, se haya descompuesto o se encuentre inoperable. Target debe de hacer los esfuerzos razonables de mantener al nivel más alto, cualquiera y todas, las piezas del equipo que nosotros ponemos a disposición. El contratista le devolverá dinero a Target por algún o todos los gastos que Target efectúe por el abuso y el descuido del Contratista que tengan como resultado el deterioro del equipo. Un técnico calificado determinará si la descompostura o deterioro se debe al abuso, olvido o el simple uso rutinario del equipo.*

2. **Reglamentos del propano**
   a) Los tanques deben de ser almacenados fuera del sitio en posición vertical, bajo llave, a prueba de mal uso, en un gabinete de acero ubicado en el exterior del edificio. El gabinete debe de tener al menos cinco pies de espacio entre el gabinete y la entrada del edificio más próxima (puerta o ventana). Los tanques de propano NUNCA deben de ser almacenados dentro del edificio, son dejados con el equipo cuando no se esté utilizando. Una multa de $1000 se impondrá por cada ocasión que esta violación ocurra cuando un tanque de propano sea encontrado o haya sido descuidado dentro del edificio.

   b) Ninguna maquina que no se especifica para su utilización con combustible de propano son permitidas en las pulidoras.

   c) Como mínimo, los convertidores catalíticos deben de estar presentes en todas las maquinas que operan con propano

   d) Las leyes federales y del estado de California prohiben el violar los Sistemas de Control de Emisiones de cualquier equipo que opere con propano. Si se descubre que los convertidores catalíticos u otros sistemas de control de emisiones del equipo han sido violados, Target podría ejercer algunas de las sanciones estipuladas en este Acuerdo.

   e) La MÁXIMA cantidad de emisiones de monóxido de carbono (CO) permitidas de cualquier escape de cualquier equipo que opere con propano mientras estén "semivacíos," es 500 partes por millón (ppm). Cualquier pieza de equipo que emita más de 500 ppm de CO, o que emita humo azul, debe de ser discontinuada de servicio inmediatamente.

---

[1] La ley federal y la ley del estado de California prohiben los siguientes actos o el causar estos: (1) la remoción o retiro por inoperable por alguna persona otra que no sea por propósitos de mantenimiento, reparación o emplazamiento, de cualquier parte o elemento de diseño incorporado dentro de cualquier máquina con el propósito de controlar las emisiones antes de su venta o entrega a su último comprador o mientras todavía esté en venta, o (2) el uso de cualquier máquina después que dicha parte ha sido removida o juzgada inoperable por cualquier persona. Entre los actos que se juzgan como una violación, son los actos que se mencionan a continuación: No viole la parte original relacionada con la emisión; el carburador y las partes internas; las bujías, el sistema de arranque magnético o electrónico; el elemento de filtro de combustible; los elementos de limpieza de aire; caja de velocidades; las cabezas de los cilindros; la cámara de ventilación y las partes internas; la pipa o tubo de replanificación.

f) Los operadores que trabajan con equipo que se propulsa con propano deben de estar entrenados de manera apropiada de manejar y deben de conocer los procesos de operación (por NFPA Standard #58). EL operador debe de portar un certificado autorizado por su empresario o del supervisor que lo ha entrenado para atestiguar dicho entrenamiento.

g) La ventilación en la tienda debe de permanecer en "manejo manual" cuando sea un salón pequeño (por ejemplo, el salón de receso de los empleados) requiere de ser pelado y pulido con una herramienta que utilice propano. Contacte al personal de la tienda para efectuar el "manejo manual"

h) Las recomendaciones del fabricante para el servicio deben de ser seguidas. Las lecturas de monóxido de carbono deben de ser verificadas para que permanezcan por debajo de 500 ppm antes de que se utilicen de nuevo dentro de cualquier tienda Target.

i) Solamente un Técnico Certificado puede proveer los siguientes servicios
   – Ajuste del sistema de control de combustible
   – Control del sistema de emisiones

j) Los historiales del mantenimiento para cada pulidora que utilice propano deben de estar disponibles cuando Target los requiera.

3) **Materiales**
El contratista proveerá los siguientes materiales (si no los provee Target) para cada tienda de manera suficiente para ejecutar los servicios contemplados en el Acuerdo y el Libreto del Contratista. Todos los materiales se deberán de mantener limpios y en condición funcional. Además todos los químicos embotellados deben tener etiquetas aprobadas por la OSHA y el Contratista debe de mantener Hojas de Datos de Seguridad Requerida por la OSHA en un sitio visible en el cuarto de mantenimiento del Contratista.

a. Todas las esponjas, quitapolvos, trapeadores, cubetas, escurridores, etc.
b. Todos los instrumentos de limpieza y ambientadores de los baños
c. Todos los materiales de limpieza y acabado (pisos de vinilo VCT solamente) para los pisos y alfombras.
d. Todos los materiales de acabado de pisos, deben de ser entregados cerrados, en envases, claramente marcados con las etiquetas de los fabricantes.
e. Todas las tablas, instrucciones, cartas de datos de la OSHA, Hojas de datos de Seguridad de Materiales, programas de trabajo y listas en ingles y en cualquier lenguaje necesario.
f. El Contratista debe de proporcionar todos los materiales para la limpieza contra los Patógenos que se transmiten por medio de la sangre

*Target podría, por su propia opción y a su propio costo, proporcionar los materiales de limpieza, como las almohadillas (pads) de pisos, los trapeadores, ambientadores de aire, etc. para que el Contratista los utilice en la limpieza de la tienda.*

Las partes deben de describir en la Hoja de Datos si es que Target proporcionará dichos materiales. El Contratista le debe de aconsejar a Target si el inventario de dichos productos está bajo o se necesita replanificar. Target debe de hacer el esfuerzo de mantener la cantidad adecuada de productos en la tienda para su uso de parte del contratista.

*Target podría, por su propia opción y a su propio costo, proporcionar los materiales de limpieza de pisos y alfombras para que el contratista los utilice en la limpieza de la tienda.*

Las partes deben de indicar en la Hoja de Datos si Target proporcionará dichos productos. El Contratista le debe de aconsejar a Target si el inventario de dichos productos está bajo o se necesita replanificar. Target debe de hacer el esfuerzo de mantener la cantidad adecuada de productos en la tienda para su uso por parte del contratista; Esto, sin embargo, que el monto máximo que Target este obligado gastar por año está dentro lo designado como "Máximo dentro del Presupuesto de Químicos" en la Hoja de Datos. El contratista debe de pagar por el exceso en gastos de productos para la limpieza en general y de los pisos y alfombras si es más de lo especificado en el Presupuesto Máximo de Químicos.

4.  **Target proporcionará:**

    −   Bolsas para la basura y todos los productos desechables para los baños como el jabón y los productos de papel.
    −   Una área de almacenamiento ** Para los materiales y equipos de limpieza del Contratista (excepto por el área de almacenamiento destinado a los tanques de propano.
    −   Los contratistas son responsables pos sus propias áreas bajo candado para los tanques de propano e incluye el candado.

    **El contratista debe de proporcionar el candado y debe de poner una llave a disposición del TSC en caso de emergencia.

## INSTRUCCIONES
## PARA LOS REGLAMENTOS DE SEGURIDAD DEL CONTRATISTA DE LIMPIEZA

### 1. Firmada por los empleados de limpieza / agentes

Los Reglamentos de Seguridad de Limpieza aquí adheridos (Reglamentos) son aplicables a cualquier empleado del Contratista o agente quien de servicios de limpieza bajo el Acuerdo. El Contratista debe exigir a cada empleado de limpieza o agente asignado al local de Target/Marshall Field's/Mervyn's el leer y firmar la hoja de Reglamentos. Ningún empleado de limpieza o agente del contratista se le dará acceso a ningún local de Target/Marshall Field's/Mervyn's sin que haya firmado una copia de dichos Reglamentos.

La hoja original se le dejará al Líder de Turno o al Gerente de turno en el local de Target/Marshall Field's/Mervyn's el primer día de trabajo. Una copia la mantendrá el Contratista para su archivo, y estará disponible para Target/Marshall Field's/Mervyn's para su inspección cuando se requiera.

### 2. Identificación

El Contratista pondrá a disposición de todos los empleados o agentes de limpieza algún tipo de identificación que será aceptada por Target/Marshall Field's/Mervyn's. Dicha identificación debe de ser mostrada en algún lugar visible del uniforme del empleado a su entrada a la tienda y durante todo el tiempo en que este se encuentre trabajando en la limpieza dentro de la propiedad de Target/Marshall Field's/Mervyn's.

### 3. Recibos

El Contratista debe de mantener recibos de deshonestidad sobre cualquiera de sus empleados que estará en cualquier local de Target/Marshall Field's/Mervyn's durante las horas que la tienda no se encuentre abierta al publico en general, como se estipula en el Acuerdo.

### 4. Reglamentos contra robos

Target/Marshall Field's/Mervyn's no tolerará el mal uso de sus fondos, su mercancía, su propiedad o equipo, la violación de sus Reglamentos, o el abuso a su clientela o a sus empleados. Target/Marshall Field's/Mervyn's se reserva el derecho de investigar, cuestionar, remover de la propiedad, o de referir a las autoridades a cualquier empleado del Contratista.

## REGLAMENTOS DE SEGURIDAD DE LIMPIEZA

Estos Reglamentos son aplicables a todos los empleados del contratista
Por favor lea y firme abajo donde le sea indicado.

1. Los empleados del Contratista deben de usar el uniforme designado que claramente indique en el frente y en la parte trasera el nombre del Contratista (Ejemplo "xyz Limpieza") y claramente inscribe "Equipo de Limpieza" con letras que sean legibles desde lejos. Por favor vístase de una manera limpia y ordenada.

2. Los Todos los empleados de limpieza del Contratista deben de utilizar la entrada de empleados de Target/Marshall Field's/Mervyn's cuando entren o cuando salgan de la tienda. Durante el tercer turno de la noche los empleados deben de entrar a la tienda juntos durante una hora designada, para evitar el activar la alarma más de una vez.

3. Ningún empleado del contratista debe firmar a su entrada o a su salida por otro empleado del Contratista, o marcar la tarjeta de entrada de otro empleado de limpieza del Contratista.

4. Sus pertenencias personales (carteras, bolsas, abrigos y ropa) deben de ser mantenidos en un lugar designado en la entrada de empleados de Target/Marshall Field's/Mervyn's. Cuando usted comience su turno, un ejecutivo de Target/Marshall Field's/Mervyn's registrará su entrada en la lista, le dará acceso a su blusón de trabajo, y mantendrá sus pertenencias personales. Un ejecutivo de Target/Marshall Field's/Mervyn's podría revisar sus pertenencias personales antes de que usted salga de la tienda.

5. Bajo ninguna circunstancia las puertas con alarma deben de abrirse o al personal del tercer turno se le permitirá entrar o salir del edificio sin la presencia de un ejecutivo de Target/Marshall Field's/Mervyn's. Una salida de emergencia puede ser abierta para las autoridades, en caso de emergencia (como en el caso de incendio o emergencia medica)

6. Ninguna mercancía defectuosa o en ningún estado puede ser tomada de las tiendas al menos de que sea debidamente comprada durante las horas de negocio. Ninguna bebida o alimento pueden ser consumidos de la Food Avenue o restaurante al menos de que sean debidamente compradas.

7. Los instrumentos de limpieza de cualquier Target/Marshall Field's/Mervyn's deben de ser peticionados antes de ser utilizados.

8. El uso del teléfono está limitado a llamadas referentes a trabajo solamente.

9. Ninguna persona bajo la influencia del alcohol o drogas será permitida entrar a las instalaciones de Target/Marshall Field's/Mervyn's. No serán permitidas las bebidas alcohólicas, drogas ilegales, armas, o armas de fuego dentro de la propiedad de Target/Marshall Field's/Mervyn's. Fumar está prohibido dentro de estas propiedades.

10. Solamente los miembros del equipo de limpieza y los miembros del equipo de Target/Marshall Fields/ Mervyn's se les permitirá su permanencia dentro de la tienda durante las horas en que la tienda se encuentre cerrada.

*Las tiendas Target/Marshall Field's/Mervyn's no tolerarán el robo, la descompostura de mercancía o propiedad. La violación de dichos reglamentos, el abuso de su clientela o de sus empleados. Target/Marshall Field's/ Mervyn's se reserva el derecho de investigar, cuestionar, o remover de su propiedad, o de referir a las autoridades públicas a cualquier empleado del Contratista.*

*He leído y entendido estos Reglamentos*

Firma _____

Nombre (en letra de molde) _____

Fecha _____

# CERTIFICACIÓN

Yo (el Contratista)_____certifico que todos mis empleados y agentes quienes estarán trabajando dentro de los locales de Target me han proporcionado la documentación apropiada y en la cual se indica que están propiamente autorizados para trabajar en los Estados Unidos.

Yo certifico lo antes mencionado el_____.
Fecha

Por:_____

El:_____

| SECCION 1: | *LAS TIENDAS TARGET* |
|---|---|

## EXPECTATIVAS DE LIMPIEZA

**A. Expectativas:**

Lo siguiente delinea lo que las Tiendas Target tienen como expectativa de los Contratistas de Limpieza. Las tiendas Target "Tiendas de Descuento de Alta Calidad" en el país, y con la reputación de proveer mercancía de calidad y de actualidad en un ambiente limpio.

- ❑ Las 10 Expectativas Diarias de Calidad
  - Completadas diariamente por el equipo designado a la tienda
- ❑ Frecuencia como sea necesario para mantener las expectativas de las Tiendas Target:
  - Completadas por el Equipo de Proyecto/ El equipo designado para esa tienda.

# LAS 10 EXPECTATIVAS PRIORITARIAS DE CALIDAD

**1) ENTRADAS**

Para asegurarnos de dar la Buena impresión a nuestros Clientes, las siguientes expectativas se deben de completar diariamente:

- Las puertas de la entrada: Limpiar la parte metálica, los vidrios, los bordes de entrada, los marcos por dentro y por fuera ( las dos puertas si es necesario)
- Limpiar el metal y el vidrio de todas las otras entradas hasta siete pies de alto, por dentro y por fuera
- Aspirar todas las entradas y los tapetes de los vestíbulos de las entradas (aspire lo necesario para remover la suciedad, manchas y los residuos de sal.

**2) LOS BAÑOS**

Todos los baños deben de ser limpiados y desinfectados completamente, esto incluye todos los instrumentos en el baño, los pisos, y compartimentos. EL Contratista se debe de asegurar de seguir las reglas de seguridad de la OSHA durante la limpieza de patógenos transmitidos por medio de sangre. Las expectativas de la limpieza diaria de baños incluye:

- Limpiar y desinfectar las inodoros, urinarios y lavabos
- Pisos: barrer, trapear, y refregar mecánicamente si es necesario, esterilizar.
- Limpiar las manchas de las paredes, compartimentos, y puertas (refregar completamente cuando sea necesario)
- Limpiar y rellenar los dispensarios con jabón, y papel
- Vaciar la basura y poner bolsas de plástico
- Una vez al mes limpiar las rejillas de ventilación / difusores y reemplazar el ambientador de aire Good Sense.

**3) SUPERFICIES DURAS (incluye VCT, cerámica de terrazo, y concreto de color)**

Todas las superficies duras a lo largo de la tienda deben de mantenerse en un estricto nivel alto. El lustre final del piso será aplicado a las superficies de los Azulejos de Composición de Vinilo (VCT) de los pisos tan frecuente como sea necesario para mantener la ilusión de pisos "mojados".
*Nota : Ningún lustre se aplicará a las superficies de Concreto Coloreado o Pisos de Cerámica dentro de las tiendas Super Target*

- ❑ **(VCT) Pisos de Terrazo**
  - Quitar el polvo a todas las superficies duras
  - Remover las gomas de mascar, brea, calcomanías, etc. de todas las superficies duras
  - VCT y pisos de terrazo

- Refregar mecánicamente y automáticamente todas las superficies duras
- Pulir las superficies duras donde se necesite mantener la ilusión de "pisos mojados"
- Aplicar lustre de acabado en donde se necesite para mantener la ilusión de "pisos mojados"
- Refregar de manera profunda y aplicar de nuevo Lustre de Pisos donde sea necesario
- Restregado de dichas superficies y lustrado una vez al año como máximo

❑ **Concreto (Solamente los pisos de las tiendas Super Target)**
- Refregar mecánicamente y automáticamente diariamente
- Pulir una vez al mes
- Nunca aplique lustre (cera liquida) o sellador a esta superficie
- Removedor de manchas
- Las manchas en el concreto se limpian restregando agresivamente con un Fregador Automático. Casi todas las manchas se limpian con 2 o 3 pasadas. Tal vez se necesitará el restregar la superficie a mano con el centro del disco de restregado negro.
- En las Tiendas Nuevas: Restregar automáticamente con el disco agresivo (fibras negras) todas las superficies de concreto cada noche por 30 días para conseguir el brillo natural. Utilice el disco de fibras rojas o marrón claro después de los 30 días.

❑ <u>Baldosas de Cerámica</u>
- Bárranse y trapéense diariamente
- Refriéguense mecánicamente, automáticamente como sea necesario
- No se pulen estos pisos
- No se debe de aplicar lustre final (cera liquida) a estos pisos
- Limpie las bases de las plataformas y el metal inferior como sea necesario para remover los residuos de cera y otros.

4) <u>ALFOMBRAS</u>
Todas las alfombras deben de estar bien limpias, así como las manchas aparecen, esto incluirá todas las alfombras de los pasillos, como los tapetes de la Entrada. Se espera que todas las alfombras (ambas las que estén y las que no estén en el piso de ventas) estén aspiradas completamente como sea necesario para cumplir con las expectativas aquí descritas.
- Todas los pasillos de tráfico deben de ser aspirados diariamente.
- Todas las alfombras deben de ser aspiradas semanalmente.
- Se deben de aspirar todas las alfombras detalladamente mensualmente (la aspiración se debe de efectuar de acuerdo a un programa de trabajo determinado por el equipo del proyecto)
- Todos los tapetes deben de ser aspirados diariamente así como las manchas aparezcan, incluyendo la remoción de goma de mascar y residuos (esto incluye los tapetes de las oficinas)
- Aspiración completa como se necesite par mantener los tapetes completamente limpios
- Área de oficina: las áreas de tráfico pesado deben de ser aspiradas diariamente y las oficinas semanalmente.

5) <u>SALAS DE PRUEBA</u>
La apariencia de las salas de prueba es bastante critica para nuestra imagen como tiendas de descuento de alta calidad. Ponga atención en detalle al aspirado, vidrios, espejos, puertas apersianadas, bancas y sillas para asegurar que nuestros clientes sepan cuan importante es la limpieza par nuestra marca.
- Aspire diario, la alfombra debe de estar limpia y sin alfileres, seguros, manchas y residuos
- Se necesita que las alfombras estén limpias
- Se necesita que las puertas estén limpias y libres de suciedad o polvo

6) <u>ÁREA DE SERVICIO DE ALIMENTOS</u>
El Servicio de Alimentos variará de tienda en tienda, de la Food Avenue, Food Avenue Express, Taco Bell y Pizza Hut a las tiendas de antojitos, pastelerías, etc. en el prototipo de la Super Target. El Contratista es responsable por la limpieza de los *PISOS SOLAMENTE* en el Área de Servicio de Alimentos.

- El área de comer de la clientela, el área de Preparación de Alimentos y el área de almacenaje:
  - Barra el piso completamente
  - Trapee y desinfecte el piso entero, incluyendo dentro del compartimiento contenedor de las latas de basura y bajo la fuente de bebidas.
  - Aspire y limpie cualquier tapete localizado en el área de recibimiento al cliente.
  - Vacíe las latas de basura, desinféctelas por dentro y por fuera, reemplace las bolsas de plástico.
  - Refriegue mecánicamente o lave a presión, enjuague y desinfecte los pisos (dos veces a la semana)

7) **ARRENDATARIOS / SOCIOS**
Todas las áreas de Negocios Arrendados deben de ser limpiados cumpliendo con las, mismas expectativas como en el resto de la tienda, incluyendo:

- Aspire todas las alfombras
- Trapee/ restriegue todas las superficies
- Vacíe toda la basura

8) **LA LIMPIEZA GENERAL**
Todas las áreas deben de ser limpiadas detalladamente. Por ejemplo, no deben de dejarse manchas de agua y salpicados de químicos en las orillas de las alfombras producto del refregado, suciedad en las esquinas o a lo largo de las paredes o puertas, marcas o manchas en las alfombras, alfileres o basura en los cuartos de prueba, basura en el área debajo de las cajas registradoras.

- Salas de almacenamiento- Auto-Refregado de suelos (como máximo semanalmente), no pulir.
- Tapetes del Pasillo de Químicos- el piso debajo de los tapetes después de que el SBS efectúe la limpieza a presión (mensualmente)
- Las fuentes de agua de beber/ los teléfonos públicos –limpie (diariamente)
- Los pasillos de pago, bandas de pago, las orillas de las bases y la basura (diariamente)
- Vacíe la basura de todas las áreas, incluyendo los canales de derrame, líneas de cobro, las oficinas y la Food Avenue.(diariamente)

9) **LOS ELEVADORES/LAS ESCALERAS AUTOMATICAS:  (Si es aplicable)**
La apariencia de los elevadores y las escaleras en nuestras tiendas es un reflejo de que tan importante es la limpieza para nuestra Corporación. Por favor, asegúrese que estamos dando la mejor presentación todos los días. El hacer lo siguiente continuamente nos ayudará a cumplir con nuestras metas.

- ❑ **Escaleras automáticas**
  - Limpiar las barandas y las paredes de las escaleras diariamente
  - Limpiar cada peldaño con la maquina dedicada exclusivamente a las escaleras automáticas diariamente
  - Limpie y trapee el Vermaport (la escalera de carriolas de compras) el acero y el vidrio- diariamente
  - Limpiar la vía del Vermaport (no use agua) semanalmente

- ❑ **Elevadores**
  - Limpie los pisos y las paredes del elevador y remueva la suciedad, residuos, y huellas dactilares diariamente
  - Limpie los cielos de los elevadores y las ventilas semanalmente

**10) SALA DE DESCANSO/ SALA DE LOS MIEMBROS DE EQUIPO (ÁREA DE OFICINAS Y ÁREAS fuera de vista)**

La limpieza de nuestra sala de descanso es crítica para la percepción de nuestra dedicación para nuestros Miembros de Equipo. Cuando se planee el personal que trabajará en este nivel, por favor sea considerado también con las áreas que se encuentran fuera de vista, los vestuarios (lockers), la Sala de Descaso, las oficinas, y el Centro de Servicio para los Miembros de Equipo (TSC)

- Trapee el piso VCT de los vestuarios, TSC, sala de entrenamiento y salón de descanso diariamente
- Aspire los tapetes del TSC – diariamente
- Vacíe la basura a lo largo del salón de descanso / área de oficina diariamente


## La Frecuencia Necesaria para Cumplir las Metas (Equipo de Proyecto)

### AREAS DE ENTRADA
- Limpie los vidrios y las puertas (las superficies interiores y exteriores)
- La partes de latón, cromo, y las superficies de metal deben de estar limpias y libres de rayones u oxidación
- Los umbrales y las bisagras deben permanecer limpias y libres de sal, arena, y suciedad.
- Los ventanales laterales así como los marcos de las puertas y las chapas se deben de limpiar con las substancias apropiadas para permanecer limpias y libres de suciedad, manchas, rayones, y residuos de sal.

### BAÑOS
- Refriegue mecánicamente con los cepillos nyla-grit, utilizar restaurador de lechada de cemento para paredes si es necesario.
- Refriegue las paredes, los compartimentos y las puertas
- Limpie los difusores y las rejillas de ventilación.
- Debajo de los lavabos guardarropas y urinarios para que permanezcan libres de residuos y moho.
- Limpie las molduras de las bases a lo largo de la pared (donde la pared y el piso se juntan) alrededor de los baños para que permanezcan sin suciedad, manchas de humedad o manchas de agua) especialmente debajo de las paredes de los inodoros suspendidos de la pared.
- El Contratista es responsable de intentar de desatascar los inodoros con una bomba de hule sanitaria. Si no tiene éxito, asegúrese de que el encargado de la tienda (LOD) sea notificado para que este llame al plomero o al personal del BST.

### SUPERFICIES DURAS

#### CONCRETO DE COLOR (SOLAMENTE EN LAS TIENDAS SUPER TARGET), CERAMICA O TERRAZO
- Nuca se debe de aplicar lustre de terminado a estos tipos de pisos.
- La lechada de cemento se debe de limpiar y permanecer con una apariencia consistente, no debe de tener un color opaco a causa del agua sucia que se deja después de la limpieza.
- Se debe de utilizar liquido limpiador Neutral durante los meses de invierno para poder neutralizar la sal y la arena acumulada y que es critico para su apariencia y la duración de esos pesos.
- El uso periódico de cepillos en el fregador mecánico ayudará a mantener una apariencia que cumple con nuestros estándares.
- Las manchas sobre el Concreto de Colores deben de ser removidas utilizando discos de restregado (azules o verdes) con el fregador automático u otra máquina, y liquido limpiador Neutral. Repita esto como sea necesario para remover las manchas tan pronto como sea posible.

PISO DE COMPOSICIÓN DE VINILO (VCT)
- Refriéguese de manera profunda y aplique el lustre de terminado
- Remoción y aplicado del lustre de terminado
- Pulir para obtener la consistencia total "de pisos mojados" por toda la
  sala de ventas
- El piso debe de permanecer libre de marcas de suela de zapatos, rayones, etc.

PISOS DE LAS BODEGAS
- Friegue con el fregador automático o el trapeador (los pasillos principales de la bodega
  solamente) cuando estén desocupados y no haya cargamento.
- La CERA líquida no se debe de usar en los pisos de las bodegas, excepto en las siguientes
  situaciones.
- En las Tiendas Nuevas o Remodeladas CONSTRUIDAS ANTES del Ciclo 1, en Marzo de
  1994, necesitarán la aplicación frecuente de un sellador de concreto con base de agua los
  pisos de las bodegas.
- En todos los pisos de las Bodegas instalados (en Tiendas Nuevas y Remodeladas) después
  del Ciclo 1, en Marzo de 1994 han sido perfectamente sellados y no necesitan cera líquida o
  sellador.

**AREAS CON ALFOMBRA**
- Remueva los tapetes y alfombras cerca de las entradas para que no se desgasten
  solamente de un lado
- Constantemente remueva las alfombras y rótelas regularmente para mantener una alfombra
  limpia.
- En el área de las oficinas, los Negocios Asociados necesitan ser mantenidos al mismo nivel de
  limpieza que la sala de ventas, incluyendo aspirado, limpiado de manchas, etc.
- Los tapetes de la entrada deben de ser aspirados como sea necesario para que
  permanezcan limpios (libres de manchas de sal) y sin residuos de goma de mascar arena y
  otros residuos, etc.

**CUARTOS DE PRUEBA**
- Asegúrese de que los tapetes permanezcan sin manchas, revisando diariamente de que
  estén libres de derramado de líquidos y de manchas.
- Limpie detalladamente cada cuarto de prueba para que estén listos para nuestra clientela,
  por ejemplo: desempolvando las paredes, rejillas de ventilación y puertas
- Limpie las puertas removiendo la suciedad o marcas dejadas por los ganchos de colgar
  ropa.
- Limpie y aspire las sillas en cada cuarto como sea necesario para mantenerlos limpios

**SERVICIO DE ALIMENTOS INCLUYENDO TODAS LAS ÁREAS TRASERAS DE PREPARACIÓN
DE ALIMENTOS EN SUPERTARGET (EXCEPTO POR LA SALA DE CARNES)**
- Limpie bien los mosaicos y ranuras con jabón para trabajos fuertes que corte la grasa. Si se
  necesita limpiar debajo del equipo de cocina, se debe de llamar al equipo de cocina de la
  tienda para que mueva el equipo para poder limpiar debajo, y el mismo equipo de servicio de
  cocina lo colocará de nuevo en su sitio cuando la limpieza sea concluida.
- EL contratista nunca debe de limpiar las superficies destinadas a la preparación de alimentos
  o la Sala de Carnes de un Super Target.
- EL contratista lavará a presión SOLAMENTE LOS PISOS en estas áreas como se coordine
  con el equipo de trabajo de la tienda.

**LAS AREAS ARRENDADAS / NEGOCIOS DE SOCIOS**
- La Óptica, el Estudio Fotográfico, la Farmacia, el Laboratorio de fotográfica de una Hora, el
  Centro E-Trade, Starbucks, son igualmente importantes para mantener una Imagen de
  Limpieza de Marca.
- Todos los zócalos, tapetes, salas de prueba, vidrios de entrada, puertas de entrada, los
  baños limpios desinfectados, las salas de regaderas limpias y desinfectadas, desempolvado
  de alto nivel, limpiado de espejos, rejillas de ventilación, los cielos y lámparas, dentro de las

líneas de las cajas de la joyería (los pisos detrás de los mostradores) *Todos los arrendatarios y socios de negocios son responsables por la limpieza de sus propios instrumentos y vitrinas.*
- Para la limpieza de las superficies duras y las alfombras, vea la sección de arriba para ver las especificaciones de limpieza.
- Los baños: vea el limpiado de baños (arriba) para las especificaciones de limpieza.

## LIMPIEZA GENERAL
- Todos los vidrios que son parte del edificio se conservaran limpios y libres de rayones; esto incluye los vidrios de la entrada, alrededor de las escaleras automáticas, los vidrios sobre las puertas de entrada, los vidrios que encierran los tableros de anuncios que son parte del edificio, etc.
- Las partes alfombradas de intersección entre la pared y el piso se deben de limpiar con un cepillo para alfombras o una herramienta similar para remover la pelusa del polvo.
- El limpiado detallado es necesario para mantener los protectores metálicos de las góndolas libres de manchas, polvo mugre y residuos, incluyendo la transición entre el piso y la góndola.

## TAPETES DE VINILO O HULE: LOS TAPETES QUIMICOS DE LOS PASILLOS, LOS TAPETES DE LA FOOD AVENUE
- Es la responsabilidad de los miembros del equipo de Target de remover los tapetes y de lavarlos, y usted tiene la obligación de limpiar el piso debajo de los tapetes que han sido removidos tan frecuentemente como la tienda los remueva.
- Los tapetes en la zona de laboratorio fotográfico de una Hora, deben de ser trapeadas todos los días tan pronto como los tapetes sean removidos para su limpieza.

## SALAS DE DESCANSO / COMEDOR DE LOS MIEMBROS DE EQUIPO / ÁREA DE LOCKERS/TSC
- Siga todos los pasos para limpiar los mosaicos, alfombras y la colección de basura
- Limpieza profunda de la lechada de los mosaicos de cerámica, o fregadero profundo y recubierto de VCT cuando sea necesario.
- Los mostradores y lavabos son limpiados y desinfectados. Remueva el óxido y el calcio acumulado con líquidos de limpieza y abrasivos apropiados.
- Los refrigeradores deben de ser limpiados y desinfectados (cada mes como mínimo, cada semana como máximo)

# EXPECTATIVAS DE LIMPIEZA NO INCLUIDA EN LAS TIENDAS DE TARGET
- Las paredes de las salas de ventas (salas de pruebas y las escaleras están incluidas en el lenguaje del contrato)
- La limpieza de los tragaluces en las bodegas y las salas de ventas.
- Las reparaciones de las alfombras (roturas, quemadas, frituras u otros defectos deben de ser comunicadas a la Gerencia de la tienda tan pronto como sea posible.)
- Reparaciones de Plomería incluyen trabajos de desatascado (con la excepción del uso de los desatascadores)
- La movilización de muebles grandes de la sala de ventas
- La limpieza de las vitrinas de las salas de ventas, elementos de la mercancía, las estaciones de cobro, los muebles de oficina y los mostradores de servicio al cliente, al menos que se especifique en los detalles del trabajo.
- Los cielos de las salas de ventas, difusores, las balanzas de luminarias, y desempolvado de grandes alturas.

| SECCION 2: | *Marshall Field's* |
|---|---|

# EXPECTATIVAS DE LIMPIEZA

## A. DELINEAMIENTO DE LAS EXPECTATIVAS:

Lo siguiente es un delineamiento de lo que Marshall Field's espera de su Contratista de Limpieza. Marshall Field's representa la más "Alta Moda" de Target y tiene la reputación de proveer la mercancía de más alta calidad en un ambiente de alto nivel y limpieza. Marshall Field's es "La Mejor Tienda de la Ciudad". Su papel de mantener sus locales al más alto nivel de limpieza diariamente es esencial para su éxito continuo como el Contratista de Limpieza de Marshall Field's.

A continuación tiene usted las 10 áreas que Marshall Field's espera que estén limpias en un 100% para la satisfacción de Marshall Field's cada mañana antes de abrir las puertas a nuestra clientela. Usted se dará cuenta de que en el folleto de color hemos incluido las 3 expectativas clave de cada área; lo siguiente añade un poco más de detalle.

Nosotros hemos desarrollado una lista mensual de limpieza que se enfocará en esas 10 áreas y esperamos que usted estará revisando mensualmente con el ejecutivo del local designado en su inspección mensual. *(El formato está localizado en la mesa de trabajo de las tiendas, bajo B.E.S.T. practicas, Logística o mande un correo electrónico a BST.contracts@target.com)*

# LAS 10 EXPECTATIVAS PRIORITARIAS DE CALIDAD

1) **ENTRADAS**
Para asegurarnos que daremos una primera impresión positiva a nuestra clientela, lo siguiente se debe de hacer diariamente:

  - Aspirar los tapetes de la entrada (extráigalas si es necesario para remover la suciedad, y los residuos de sal)
  - Barra y refriegue mecánicamente el vestíbulo o el área de la entrada
  - Limpie los vidrios y los umbrales para que no haya rayas o marcas.
  - Limpie todos los paneles laterales de vidrio, las ventanas superiores de las puertas (por dentro y por fuera de los dos lados)
  - Limpie las huellas dactilares de los marcos de las puertas, las agarraderas, y otras partes que son visibles al cliente.

2) **BAÑOS**
Todos los baños deben de ser limpiados y desinfectados completamente, esto incluye todos los instrumentos en el baño, los pisos, y compartimentos. EL Contratista se debe de asegurar de seguir las reglas de seguridad de la OSHA durante la limpieza de patógenos sanguíneos. Las expectativas de la limpieza diaria de baños incluye:

  - Vaciar los canastos de basura
  - Limpiar y rellenar los dispensarios
  - Limpiar los espejos
  - Limpiar las partes de cromo
  - Limpiar y desinfectar los lavabos, inodoros y urinales
  - Revisar y rellenar los distribuidores de ambientador (si es aplicable)

- Barra, refriegue mecánicamente, desinfecte y enjuague los pisos
- Limpie las manchas de las paredes, los compartimentos, las puertas, refriegue por todas partes cuando sea necesario.

## 3) SUPERFICIES DURAS

Todas las superficies duras a los largo y a lo ancho de la tienda se deben de mantener en el mayor nivel de limpieza. No se debe aplicar pulidor de terminado a mármol, a la cerámica o a los mosaicos de piedra. *EL pulidor de acabado se aplicará a los pisos de vinilo (VCT) cada que se necesite.*

- Barra y desempolve todos los pisos
- Remueva la goma de mascar, brea etc.
- Refriegue los pisos mecánicamente (excepto los pisos de madera)
- Trapee las manchas cuando se necesite
- Pulido de alta velocidad (Solamente los pisos de vinilo)
- Desempolve el área pulida (solamente los mosaicos de vinilo (VCT))
- Los pisos de madera de Perma-grain necesitan ser trapeados con agua (trapeador ligeramente mojado) todos los días así como los pisos de Pergo o cualquier otro piso de madera sintética.
- Los pisos de madera dura natural que están sellados con poliuretano, deben de ser limpiados SIN AGUA, utilice el sistema de limpieza en seco con un trapeador previamente tratado.

## 4) ALFOMBRAS

Todas las alfombras deben de estar limpias y sin manchas, esto incluye los tapetes de las entradas principales, como los de las puertas de la entrada. Se espera que todas las alfombras (ambas, las que están en la sala de ventas y las que no están) estén aspiradas completamente para cumplir con las expectativas que aquí se estipulan.

- Todas las alfombras de 8 pies de los pasillos se deben de aspirar diariamente y deben de estar sin manchas
- Todas las alfombras deben de permanecer sin manchas de goma de mascar, manchas, suciedad o residuos.
- Las esquinas y orillas de las alfombras deben de estar libres de suciedad, polvo, pelusa y residuos
- Extraiga frecuentemente como sea necesario para mantener las alfombras limpias

## 5) CUARTOS DE PRUEBA

La apariencia de los cuartos de prueba es bastante crítica para nuestra imagen de una tienda de Alta Moda. Ponga atención especial al limpiado y aspirado, de vidrios, espejos, puertas apersianadas, bancas y sillas para asegurarse de que nuestra clientela sepa que tomamos con seriedad la limpieza de nuestra tienda.

- El aspirado incluye las orillas, las esquinas, etc.
- Los espejos y bancas deben de estar bien limpios y sin manchas, rayones o mugre.
- Se deben de recoger los alfileres, hilos y pelusa
- Las puertas apersianadas deben de estar limpias de polvo y huellas dactilares
- Las paredes se deben mantener limpias de polvo, marcas dactilares y manchas.

## 6) MERCADO / RESTAURANTE

El restaurante y el Mercado (incluyendo los mosaicos de piedra en el área de preparación de alimentos) serán mantenidos de una manera aceptable para el Ejecutivo de Restaurantes y Alimentos de esa tienda.

- Barra los pisos completamente, incluyendo debajo del equipo, mesas, cuarto de preparación de alimentos, etc.
- Refriegue mecánicamente, enjuague y limpie con agua los mosaicos de cerámica o piedra.

- Vacíe todas las latas de basura, límpielas y desinféctelas por dentro y por fuera, cambie las bolsas de basura.
- La limpieza de profundidad de la cocina será un esfuerzo coordinado en cada local. Por ejemplo, el equipo de la Marshall Field's acuerda mover el equipo para limpiarlo el segundo martes de cada mes, etc.

7) **SOCIOS DE NEGOCIOS**
Todos nuestros Socios de Negocios deben de limpiarse con las mismas expectativas diarias como el resto de la tienda, incluyendo

- Todas los zócalos, alfombras, salas de prueba, el vidrio la entrada, las puertas de la entrada, los baños limpios y desinfectados, las salas de regaderas limpias y desinfectadas, desempolvado de las áreas altas, los espejos limpios, las ventilas de aire, el cielo y las lámparas, dentro de las vitrinas de joyería (el piso detrás de los mostradores) * *Los Socios de Negocios* serán responsables de sus propios artículos y vitrinas.
- Los salones de belleza / Spas requieren mucha atención por la naturaleza del negocio, estos incluyen las salas de tratamiento, salas de baño, baños, zócalos, y pisos.
- No debe de haber manchas en las alfombras producidas por los químicos, líquidos, etc.
- Los espejos y las columnas deben de estar limpios y sin rayones.

8) **DETALLES: DESEMPOLVADO DE NIVELES ALTOS, ESPEJOS Y COLUMNAS CON ESPEJOS**
Todas estas áreas deben de ser limpiadas detalladamente. Por ejemplo no deben de haber manchas de agua o de químicos que se salpiquen a las orillas de las alfombras cuando se utiliza el fregador automático, no debe de haber suciedad en las esquinas o a lo largo de las paredes o puertas, no deben de haber marcas o manchas en las alfombras, ni alfileres o basura en los cuartos de prueba, ni basura debajo de las estaciones de cobro, etc.

- Los difusores y los cielos alrededor deben de estar libres de polvo y rayones
- Los espejos y columnas con espejos deben de estar limpios y libres de rayones
- Las lámparas, los aspersores de agua contra incendios, decoraciones deben de estar limpias y libres de rayones.

9) **ELEVADORES Y ESCALERAS AUTOMÁTICAS**
La apariencia de los elevadores y escaleras en nuestras tiendas es la reflexión de que tan importante es la limpieza para nuestra corporación. Por favor asegúrese de que permanezcamos con la mejor presencia, diariamente.
Haciendo lo siguiente diariamente:

- Los peldaños de las escaleras, los rieles, las zonas laterales están libres de huellas dactilares, suciedad y residuos
- Las puertas de los elevadores, paredes, rieles, umbrales y las agarraderas están libres de suciedad, residuos y huellas dactilares.
- Las alfombras / mosaicos deben de estar limpios y libres de suciedad, residuos, goma de mascar etc.

10) **SALA DE DESCANSO / COMEDOR DE LOS MIEMBROS DE EQUIPO (Área de Oficina y Áreas Traseras)**
La limpieza de la sala de descanso es critica en relación con la percepción de nuestros Miembros de Equipo sobre nuestra dedicación a la limpieza. Cuando planee los niveles de su personal, por favor considere estas áreas tanto como las otras, como las áreas donde se cuenta el dinero, las oficinas y la zona de paquetería.

- Prosiga con todos los procedimientos de limpieza para los mosaicos, alfombras y la recolección de la basura
- Limpie las mesas, sillas, lavabos.
- Los mostradores deben de ser limpiados y desinfectados.

## LAS DIEZ EXPECTATIVAS MÁS IMPORTANTES PARA CUMPLIR CADA DÍA DE NEGOCIOS

- Nuestro equipo Ejecutivo trabajará con usted y su equipo para asegurarse de las expectativas que no se cumplan se mencionen y se ponga en marcha un plan de acción. Este plan de acción mencionará los problemas y de cuando usted piensa que las metas se cumplirán, y cuando usted terminará. Si la Tienda juega un papel en esto, como el cooperar moviendo los muebles a donde se necesite limpiar el piso, etc., de que nos hemos dado cuenta de esto y de que los pasos convenientes se seguirán.

- Por otro lado, si usted y su equipo están cumpliendo o están excediendo las expectaciones, le prometemos que el trabajo de su equipo será reconocido en la tienda y posiblemente en la región.

- Necesitamos su participación para alcanzar nuestras metas y hacer de nuestra tienda "La Mejor Tienda de la Ciudad" porque la limpieza es una de las filosofías más importantes de nuestra corporación.

### LA FRECUENCIA NECESARIA PARA MANTENER LAS EXPECTATIVA DEL CONTRATO

#### ALFOMBRAS
- Remover los tapetes de las líneas de trafico de la clientela y los de las entradas para minimizar el riesgo de patrones de desgaste
- Remueva secciones de alfombra y rótelas regularmente para mantener una alfombra limpia.
- La área de oficina y los Negocios Asociados deben de ser mantenidos al mismo nivel de limpieza como las salas de ventas, esto incluye aspiración, la limpieza de manchas, etc.
- Los tapetes de las entradas deben ser removidos tanto como sea necesario para mantener limpio (sin manchas de sal) una apariencia limpia, que esté libre de goma de mascar, arena, y residuos, etc.

#### PISOS DE VINILO (VCT) (EN DONDE SEA APLICABLE)
- Refregar bien y aplicar pulidos de terminado
- Limpie y aplique el pulido de terminado
- Pula hasta que estén brillantes
- EL piso debe de estar libre de rayas y rayones, etc.

#### MARMOL, CERAMICA, O MOSAICOS DE TERRAZO
- *Ningún pulidor de terminado se debe de utilizar en este tipo de piso.*
- Las ranuras se deben de limpiar y se debe de mantener consistentemente limpia, no debe de tener una apariencia opaca por el uso de agua sucia que se deja después de limpiar.
- Utilice un limpiador Neutral durante los meses de invierno para neutralizar la sal y la arena que se acumula, esto es crítico para mantener una apariencia limpia y la duración de estos pisos.
- El uso periódico de cepillos y el fregador automático ayudará a mantener la apariencia deseada.
- Recomendamos el utilizar una paño suave de pre-pulido en el fregador automático (ejemplo. Paño 3M azul) sobre el mármol natural, periódicamente ayuda a obtener un brillo natural.

## LOS PISOS DE MADERA
- El trapear los pisos de Madera con agua está prohibido, tampoco el refregarlos automáticamente. UTILICE SOLAMENTE PRODUCTOS APROBADOS PARA PISOS DE MADERA
- Los pisos (de madera y de perm grain) necesitan ser limpiados frecuentemente con compuestos restaurativos recomendados por el fabricante.
- Rocíe y pula con materiales aprobados -- Perm grain solamente.
- Limpie de manera profunda y aplique el pulidor de terminado **(si es piso de madera natural)** como lo indiquen los Servicios de Edificio

## RESTAURANTE/MERCADO
- Limpie de manera profunda los mosaicos y las ranuras con cortador de grasa de alto poder. Si se necesita limpiar debajo del equipo, los trabajadores de servicio de la tienda de alimentos removerán el equipo y lo regresarán a su lugar original.
- El Contratista nunca debe de limpiar la superficie de preparación de la comida
- Las paredes alrededor de los colectores de basura deben de permanecer limpias, sin mugre y sin residuos. Las paredes detrás de las áreas de preparación de comida, cerca de las puertas, etc.

## LIMPIEZA DETALLADA DE CIELOS: ORILLAS, ESQUINAS Y LAMPARAS
- Las columnas con espejos deben de estar desempolvadas y sin rayones desde piso al cielo
- El latón se debe de mantener limpio y brillante (ponga atención especial a las columnas, barandillas, adornos y las piezas alrededor de las puertas, etc.)
- Las bases alfombradas deben de ser limpiadas con cepillo par alfombras o una herramienta similar para remover la pelusa de polvo, etc.
- Los difusores y los cielos de mosaico, las columnas, deben de ser limpiados con limpiador antiestático para prevenir que se vuelva a ensuciar.
- Las lámparas ( que son parte del edificio) deben de ser limpiadas y el vidrio, latón y otra superficie deben de estar limpios y brillantes.

## PISOS DE LAS BODEGAS
- Refriéguelos automáticamente o trapéelos (los pasillos principales de las bodegas solamente) cuando no estén ocupados con mercancía.
- No se debe de usar cera en los pisos de las bodegas

## ÁREAS DE LA ENTRADA
- Limpie los vidrios y las puertas (por dentro y por fuera)
- El latón, el cromo, y las superficies de metal deben de ser limpiadas y deben de permanecer libres de polvo, rayones u oxidación.
- Los umbrales y las bisagras deben de estar libres de arena, y suciedad.
- Las ventanales laterales, los marcos de las puertas y los umbrales, deben de ser limpiados con los materiales aprobados para que permanezcan libres de suciedad, manchas, rayones, y residuos de sal.

## BAÑOS
- Refriegue los baños mecánicamente con cepillos nyla-grit y si se necesita utilice rellenado para las ranuras.
- Refriegue las paredes, los compartimentos y las puertas
- Limpie los difusores y las rejillas de ventilación
- Debajo de los lavabos, inodoros y urinales deben de permanecer libres de residuos, moho y sarro
- Las molduras a lo largo de las paredes (a donde la pared intercepta con el piso) todo el baño debe de permanecer libre de suciedad, residuos, moho, sarro o manchas de agua) especialmente debajo de los inodoros montados en la pared.

- Su equipo hará el intento de desatascar los inodoros, utilizando una bomba de hule, mientras usted tenga a su personal presente en el edificio, antes de pedir ayuda a uno de los plomeros. Asegúrese de entrenar a su equipo para que sepa como desatascar los inodoros para que no tengamos inundaciones.

**SALAS DE PRUEBA**
- Asegúrese de que las alfombras estén libres de marcas o manchas, revise diariamente por derrames.
- Limpie detalladamente cada sala de pruebas cuando sea necesario para mantenerse limpia durante el trafico de la clientela, desempolve las paredes, ventanas y puertas
- Limpie las puertas para remover las marcas dejadas por los ganchos de ropa.
- Limpie / aspire las sillas de cada cuarto cuando sea necesario para mantenerlas limpias

**SALAS DE DESCANSO / COMEDORES DE LOS MIEMBROS / SECTORES TRASEROS / ZONA DEL CONTEO DE DINERO / LA PAQUETERIA**
- Siga el proceso regular para limpiar los mosaicos, las alfombras y la recolección de basura
- Limpie bien las ranuras entre los mosaicos, o refriegue y aplique pulidos a los pisos de vinilo (VCT) si es necesario.
- Los mostradores, los lavabos deben de ser limpiados y desinfectados. Remueva oxido y acumulaciones de calcio con los líquidos de limpieza apropiados.
- Los refrigeradores deben de limpiarse y desinfectarse (con la frecuencia con la que la gerencia de la tienda lo decida)

## TRABAJO QUE NO ESTA INCLUIDO DENTRO DE LAS EXPECTATIVAS DE MARSHALL FIELD'S

- El lavado de los pisos de ventas (los cuartos de prueba y las escaleras automáticas están incluidas en el lenguaje del contrato)
- La limpieza de las puertas de las bodegas
- Los vidrios que son parte de los mostradores o es parte de la exhibición de la mercancía
- La reparación de las alfombras (roturas, quemaduras, frituras u otros defectos deben ser comunicados a la gerencia de la tienda tan pronto como sea posible)
- Las reparaciones de plomería incluyendo el desatascado de inodoros, lavabos, etc. (con la excepción del uso de las bombillas de hule desatascadoras)
- La movilización de muebles grandes del piso de ventas
- La limpieza de las vitrinas, los accesorios de mercancía, estaciones de cobro, los muebles de oficina y los mostradores dedicados al servicio del cliente, al menos de que se especifiquen en los Lineamientos del Trabajo.

| SECCION 3: | *Mervyn's* |
|---|---|

# EXPECTATIVAS DE LA LIMPIEZA

## A. DELINEACIÓN DE LAS EXPECTATIVAS:

Lo siguiente delinea lo que Mervyn's espera de su Contratista de Limpieza. Mervyn's representa la división de precios moderados de la Corporación Target, con mercancía de moda actual en un ambiente limpio y brillante. Su papel en el mantenimiento de la limpieza de un alto nivel diariamente de estos locales es esencial para el éxito continuo de uno de los Contratistas de Mervyn's.

Hemos desarrollado una lista de revisión mensual que se enfoca en las 10 áreas y esperamos que se revise mensualmente con el ejecutivo de la tienda designado durante las inspecciones mensuales. *La forma se encuentra sobre su mesa de trabajo; si no la encuentra por favor mande un correo electrónico a BST.Contracts@target.com)*

### EXPECTATIVAS DIARIAS

### 1) ENTRADAS
Para asegurarse de dar una primera impresión positiva a nuestra clientela las siguientes expectativas deben seguirse diariamente:

- Las puertas de entrada: Limpiar el metal, los vidrios, las placas inferiores de las puertas, los umbrales por dentro y por fuera (las dos puertas si es aplicable)
- Limpie las otras entradas de vidrio y metal hasta 7 pies de alto, por dentro y por fuera.
- Aspire todos los tapetes de las entradas y vestíbulos (aspire tan frecuentemente como sea necesario para remover la suciedad, las manchas, y los residuos de sal)
- Vacíe las latas de basura (cambia las bolsas), los ceniceros.
- Limpie las manchas de las torres EAS en cada entrada
- Limpie las manchas de las estaciones de las carretas de compras, si es necesario

### 2) BAÑOS:
Todos los baños deben de ser limpiados completamente y deben de ser desinfectados diariamente; esto incluye todos los accesorios, las paredes, los pisos, y los compartimentos. El contratista se asegurará que las provisiones de la OSHA se sigan para deshacerse de los patógenos sanguíneos. Las expectativas de la limpieza diaria de los baños incluyen:

- Limpiar y desinfectar todos los inodoros, los urinarios y los lavabos
- Los pisos; barrerlos, fregarlos mecánicamente si es necesario, desinfectarlos.
- Lave las manchas de las paredes, compartimentos y las puertas (refriegue donde sea necesario).
- Limpie y rellene los dispensadores de jabón y los productos de papel.
- Vacíe las latas de basura y cambie las bolsas
- Una vez al mes: limpie las rejillas de ventilación / los difusores y reemplace el ambientador Good Sense.

### 3) PISOS DE SUPERFICIE DURA
Todas las superficies a lo largo de la tienda mantendrán los estándares más estrictos. El lustre de acabado se aplicará a los pisos de vinilo (VCT) tanto como sea necesario. A los pisos de cerámica y de terrazo no se les aplica cera líquida. Las siguientes son nuestras expectativas diarias:

- Barra y trapee los derrames de líquidos y limpie las substancias extrañas de los pisos de las salas de ventas

- Barra y trapee las oficinas, la zona de envoltura de regalos y el comedor del equipo de miembros
- Aspire, y trapee la sala de auditoria solamente si es requerido y supervisado por la gerencia
- Limpie las placas de los peldaños de las escaleras automáticas y la base de los dos pisos (donde sea aplicable)

## 4)  ALFOMBRAS
Todas las manchas de las alfombras se deben de limpiar, tan pronto como las manchas aparezcan, incluyendo los tapetes, así como los de las entradas.

- Aspire un 50% de las alfombras de los pisos de ventas.
- Barra y recoja el otro 50% que no fue aspirado o utilice la aspiradora ancha que se opera con baterías.
- Limpie los derrames y las manchas en todas las alfombras del piso de las salas de ventas.
- Aspire todas las salas de prueba
- Recoja y barra todas las alfombras que no sean salas de ventas (oficinas, zona de empaque de regalos, sala de conferencias, y el cuarto de auditoria)

## 5)  LIMPIEZA GENERAL
Todas las áreas deben de ser limpiadas en detalle. No debe de haber suciedad en las esquinas a lo largo de las paredes y puertas, no deben de haber manchas en las alfombras, no deben de haber alfileres o basura en las salas de prueba y no debe de haber basura en las estaciones de cobro, etc.

- Vacíe la basura de todas partes
- Limpie todas las Fuentes de agua de tomar
- Envolturas de dinero (toda la basura debe de ser recogida, el piso debe de permanecer libre de suciedad y residuos

## 6)  SALAS DE PRUEBA
La apariencia de nuestras salas de prueba es muy crítica para nuestra alta imagen de tienda de descuento. Ponga mucha atención en aspirar detalladamente, los vidrios, los espejos, las puertas apersianadas, las bancas y las sillas para que la clientela sepa que la limpieza es muy importante para nosotros.

- Completamente aspiradas diariamente
- Los espejos y las bancas deben de ser limpiadas y libres de manchas y rayones
- Los alfileres, pasadores, hilos y pelusa deben de ser removidos del suelo.
- Las puertas apersianadas deben de estar libres de huellas dactilares (si es aplicable)
- Las paredes deben de permanecer libres de huellas dactilares y manchas.

## 7)  ESCALERAS AUTOMÁTICAS: Si es aplicable
La apariencia de las escaleras automáticas en nuestras tiendas son el reflejo de que tan importante es la limpieza para nuestra corporación. Por favor asegúrese que nos veamos muy presentables, diariamente. Haciendo lo siguiente diariamente, nos dará la imagen que deseamos:

Los peldaños de las escaleras automáticas, los laterales deben de estar todos limpios y sin huellas dactilares, suciedad, y residuos.

- Limpie las placas en las bases de los pisos
- Limpie las barandas y el cromo cerca de las barandas, limpie bien la pared que divide las escaleras entre la que sube y la que baja. Limpie las áreas accesibles desde las escaleras automáticas solamente.

## 8)  ELEVADOR: (Si es aplicable)
La apariencia de los elevadores en nuestras tiendas son el reflejo de que tan importante es la limpieza para nuestra corporación. Por favor asegúrese que damos la mejor presentación, diariamente. Haciendo lo siguiente diariamente nos dará la imagen que deseamos:

- Las puertas de los elevadores, las paredes, los rieles, y umbrales deben de estar libres de suciedad y residuos.
- Las puertas de los elevadores, las paredes, los rieles, y umbrales deben de estar libres de suciedad residuos y huellas dactilares.
- Las alfombras/ los pisos de cerámica del elevador deben de estar limpios y permanecer libres de suciedad, residuos, goma de mascar, etc.
- Limpie el cromo de los elevadores

## 9)   AREA DE SERVICIO DE ALIMENTOS: (Si es aplicable)
En el área·de servicio de alimentos el contratista es responsable de *los pisos solamente.*

- Barra muy bien todos los pisos, incluyendo debajo del equipo, las mesas, y el cuarto de preparación de alimentos, etc.
- Trapee todo el piso de la zona de sentarse, incluyendo debajo de las mesas, dentro de los contenedoras de las latas de basura, etc.
- Trapee los pisos detrás de los mostradores y en las áreas de almacenamiento
- Refriegue mecánicamente, enjuague y trapee los mosaicos de cerámica o de terrazo cuando sea necesario (semanalmente como mínimo)
- Vacíe las latas de basura, refriegue y desinféctelas por dentro y por fuera, cambie las bolsas
- Limpie con profundidad el área de la cocina que será coordinada en cada.local; Mervyn's tiene un equipo de miembros que son los responsables de mover cualquier equipo de la pared para que se limpie el suelo por debajo y/o al rededor.

## 10) LAS SALAS DE DESCANSO/ EL COMEDOR DE LOS MIEMBROS DE EQUIPO (Área de Oficina y áreas traseras)
La limpieza de la sala de descanso es critica para la percepción de nuestros miembros de equipo de que tenemos dedicación a la limpieza. Cuando planee el nivel de su personal, por favor considere esta área tanto como las otras de la parte de atrás, taquillas, sala de descanso, sala de entrenamiento y las oficinas.
- Siga todos los pasos para limpiar los mosaicos, alfombras y vacíe la basura.
- Limpie las mesas, sillas y lavabos
- Limpie y desinfecte los mostradores y fregaderos


## EXPECTATIVAS DE TRES VECES A LA SEMANA


## LOS PISOS DE SUPERFICIE DURA
- Refriegue automáticamente/ pula y lustre los pisos de vinilo hasta que estos brillen
- Refriegue automáticamente los pisos de cerámica (si los mosaicos de la pista no son de vinilo)


## EXPECTATIVAS SEMANALES


## LAS ENTRADAS DE LAS TIENDAS
- Limpie los umbrales de latón
- Desempolve las mini-persianas

## ALFOMBRAS
- Aspire todas las alfombras que no estén en el piso de ventas (oficinas, cuartos de auditorias, la zona de empacado de regalos, y el salón de conferencias)

## LIMPIEZA GENERAL
- Quite el polvo las salas de prueba
- Los tapetes de la entrada deben de ser removidos cuando se necesite limpiar (libres de manchas y sal) pare mantener una apariencia limpia, deben de estar libres de goma de mascar arena y residuos, etc.

## EXPECTATIVAS DE DOS VECES AL MES

### LOS PISOS DE SUPERFICIE DURA

Pula los pisos que no se encuentran en el área de ventas (las oficinas, cuarto de auditorias, zona de envoltura de regalos y el comedor de empleados)

### ALFOMBRAS

Detalle todas las alfombras del área de ventas, aspire las orillas, incluyendo las esquinas y debajo de los estantes, sacuda y limpie las bases de los zócalos.

## EXPECTATIVAS MENSUALES

### ENTRADAS DE LAS TIENDAS
- Limpie todas los paneles de vidrio y metal hasta 16 pies de alto, por dentro y por fuera.

### BAÑOS
- Lave completamente las paredes y las rejillas de ventilación
- Refriegue mecánicamente y desinfecte los pisos de mosaicos.

### SUPERFICIES DURAS
- Refriegue y lustre el piso de vinilo de la sala de ventas.
- Refriegue y lustre los pisos de vinilo de las áreas que no son salas de ventas (incluye el tapete de la bodega)

### ALFOMBRAS
- Limpie y aspire la alfombra de la sala de ventas.
- Detalle las alfombras que no son de las salas de ventas.

### LIMPIEZA GENERAL
- Limpiar los espejos, a todo lo alto
- Lavar las paredes y las superficies de los compartimentos. Limpiadas diariamente.
- Limpiar las escaleras automáticas con limpiador de escaleras automáticas (Use Tread Master o Cimex preferentemente)

## EXPECTATIVAS DE CADA TRES MESES

### ENTRADAS DE LAS TIENDAS
- Limpiar las puertas del centro comercial, por dentro y por fuera bien limpiadas semanalmente

### ALFOMBRAS
- Aplique champú en las alfombras de los pisos que no están en las salas de ventas

## EXPECTATIVAS DE CADA DOS VECES AL AÑO

### LA LIMPIEZA GENERAL
- Todas las tiendas de Alto Volumen deben de tener desempolvado de alto Nivel a todo lo largo de la Tienda

## EXPECTATIVAS ANUALES

### PISOS DE SUPERFICIE DURA
- Refriegue, repula y lustre todos los pisos de vinilo de los pisos de ventas, como sea necesario.
- Refriegue, repula y lustre todos los pisos de vinilo que no son salas de ventas

### LAS ALFOMBRAS
- La aspiración completa de las alfombras para todas las tiendas una vez al año.

### LIMPIEZA GENERAL
- Todas las tiendas que no sean de alto volumen recibirán desempolvado de alta calidad a lo largo de toda la tienda

### DÍA DE TRABAJOS REDUCIDOS (TRABAJOS LIGEROS)

- Limpiar los baños (de alcance total diario)
- Limpie los vidrios de la entrada y los tapetes, solamente
- Repase las alfombras, barra y recoja la basura y residuos, limpie las manchas de derrames grandes y/o manchas.
- Vacíe y limpie todas las latas de basura y cambie las bolsas.

### PROGRAMA DE TRABAJOS REDUCIDOS

❏ **Las tiendas con un día a la semana = los martes**

❏ **Las tiendas con dos días a la semana = martes y jueves**

### *EL TRABAJO NO INCLUIDO EN LAS EXPECTATIVAS DE MERVYN'S*

- El lavado de las paredes de las salas de venta (salas de prueba y la escalera automática están incluidas en el lenguaje del contrato)
- Las bodegas y las zonas de carga (los tapetes de la entrada de las bodegas no están incluidas en el contrato)
- Las veredas
- Las reparaciones de las alfombras (roturas, quemaduras, frituras u otros defectos deben de ser comunicadas a la gerencia tan pronto como sea posible)
- Las reparaciones de plomería incluyendo los trabajos de desatascado.
- El movimiento de muebles grandes en las salas de ventas
- Limpiar los mostradores, los accesorios de mercancía, las estaciones de cobro, los muebles de las oficinas y los mostradores de servicio al cliente, al menos que se especifique en las descripciones del trabajo.
- Los cielos de las salas de ventas, los difusores y las lámparas
- El aspirado de las plataformas alfombradas, mostradores y las paredes.

| From: | BST.Contracts |
|---|---|
| Sent: | Wednesday, April 17, 2002 8:51 AM |
| To: | 'MHerblck@aol.com'; Bev Willen (E-mail); Bob Allard (E-mail); Bob Burns (E-mail); BST.Contracts; Chong Dameron (E-mail); Chris Grochow (E-mail); Chris.Carlson; Coby Orr (E-mail); David Bahcall (E-mail); David Olmo (E-mail); Dennis Obrien (E-mail); Donna Doherty (E-mail); Doug Frain (E-mail); Edgar Maldanado (E-mail); Elizabeth Leite (E-mail); Gary Gardener (E-mail); Jack Aronson (E-mail); James Bramble (E-mail); Jason Cox (E-mail); Jerry Saluti (E-mail); Jim Raps (E-mail); Joe Luna (E-mail); John Mullen (E-mail); Karla.Kilian; Luis Ortiz (E-mail); Michael Blaney (E-mail); Michael Cardoza (E-mail); Mike.Hannasch; Renato Fuchs (E-mail); Ricardo Fuchs (E-mail); Rollin George (E-mail); ServCorp Hotline (E-mail); Steve Klug (E-mail); Sue Hasa (E-mail); TARGETCLEAN (E-mail); Todd Pigott (E-mail); Tom Lachenauer (E-mail); Trent Smith (E-mail); Vince Ramono (E-mail); Walter Zurawicki (E-mail) |
| Cc: | Patti.Larsen; Debra.Darsow; Chris.Carlson; Karla.Kilian; Mike.Hannasch; BS-TS-BSAM; BS-TS-BSRM; Lori.Bonin |
| Subject: | Invoices over the Normal Contracted Amount - procedures |

<u>Contractors:</u>  This was stated in an email you received with the Feb 02 Housekeeping Checklist Recap in March.  We are sending this email as a reminder **including additional clarification on procedures.**

# INVOICES OVER THE NORMAL CONTRACT AMOUNT

* Starting 4/1/02 All invoices over the normal contract amount (i.e., standard monthly amount + chemical & pad costs) will require a work-order number for payment.  This includes all Target, Mervyns, Marshall Fields, & REMODEL stores.

- For approval on any additional work/costs e-mail BST.Contracts@target.com.
- Specify work needed, costs, timing, & who is requesting the additional service.
- If approved, we'll e-mail the contractor a work order # that can be added to the invoice for payment.

* **Additional invoices over the monthly contract amount should be billed separately.**

**You MUST note:**
- **Work order number,**
- **Store number, and**
- **A description of the work on ANY additional invoices.**

**"Maintenance Services" is not an acceptable description.  Invoices received without the above information will be returned to you promptly.**

* Amount of invoice cannot go over the <u>Not to Exceed</u> price on the work order.

-------------- **DO NOT BILL STORES FOR ANYTHING!!!!** ---------------

* **Send your upload for monthly contract <u>service no later than the 15th of the month.</u>**

Thank you.

Target Corporation Contract Services Team