# Building Services
# Brand Maintenance
# Reference Guide





12832 (5/02)   ©2001 Target Stores

*Marshall Field's*

# Brand Maintenance

## Goal

- Achieve consistency every day in every store
- Control expense
- Provide simple resources for stores

## Result

Differentiate ourselves with our clean brand image

This reference guide includes:

- **Communicating Brand Maintenance Needs**

- **Exterior Brand Maintenance**

- **Interior Brand Maintenance**
  *(Housekeeping Top 10 Daily Quality Expectations)*

## Building Services Operations Center *(BSOC)*

Stores can call the BSOC at

### 1-888-888-0304

or

E-mail: BSOC@Target.com
24 hours a day, 7 days a week and select the following options:

**Option 1:**
- General Maintenance Issues
- Service Contract Issues (housekeeping, landscape, etc.)
- Plumbing
- Doors
- Locks
- Generator
- Equipment Repairs (Food Service, baler, etc.)

**Option 2:**
- Heating
- Cooling
- Lighting Control

**Option 3:**
- Fire/Burglar Alarm
- Service Issues
- Monitoring Questions
- Data Entry
- Testing

**Option 4:**
- Electronic Repair Center (ERC)

Building Services will dispatch a contractor, Building Services representative, or put you in touch with someone who can solve your problem.

**Exterior Brand Maintenance**

**Your Exterior is meeting Brand if:**
- Parking lot is free of litter, ice and debris
- Sidewalk is clean and free of ice, gum, debris, and no trip hazards
- Lights are functional; poles are solidly in place, painted
- Landscaping is well maintained
- Trash receptacles are clean and emptied regularly to avoid overflow

**Contractor Responsibilities (or Cam Mgr):**
- Landscaping
- Lot sweeping
- Snow removal (if applicable)
- Window washing (if applicable) other than entrance glass



**Store Team Responsibilities:**
- Empty trash receptacles throughout the day
- Sweep sidewalk prior to store opening
- Ice melt applied as needed
- **Note:** Store or the SBS maintains sidewalk daily by performing the following:
  - Sweep or power vacuum
  - Power wash as needed to remove gum, dirt and grease



**Housekeeping Top 10 Daily Quality Expectations:**



# Entrances

To be certain we make a positive first impression on our Guests, the following expectations must be met daily:

**Contractor Responsibilities:**
- Vacuum entrance mats (extract if necessary to remove dirt, salt residue)
- Sweep and machine scrub vestibule or front entrance area
- Clean glass and thresholds so that there are no streaks or smudges
- Clean all glass side lights, top windows above the doors (inside and out of both sets)
- Remove fingerprints from doorframes, handles, and hardware that are visible to the guest

**Store Team Responsibilities:**
- Maintain cleanliness throughout the day
- Empty trash at entrance throughout the day
- Maintain entrance glass throughout the day
- Ensure any and all spills are promptly cleaned up
- Move shopping carts off and back onto entrance mat for contractor to clean entrance mat
- **Note:** Store/SBS maintains sidewalk daily by performing the following:
  - Sweep or power vacuum
  - Power wash as needed to remove gum, dirt and grease



**Interior Brand Maintenance**



**Interior Brand Maintenance**

### ② Restrooms

All the restrooms will be thoroughly cleaned and disinfected. This includes all fixtures, walls, floors, and partitions. Contractor will insure that OSHA safety provisions are followed in the removal or handling of bloodborne pathogens. Restroom daily cleaning expectations include:

**Contractor Responsibilities:**
- Empty trash receptacles
- Clean and refill all dispensers
- Clean mirrors
- Clean chrome fittings
- Clean and sanitize sinks, toilets, urinals
- Check and refill deodorizers (if applicable)
- Sweep, machine scrub, sanitize, rinse floors
- Spot wash walls, partitions, and doors. Thoroughly scrub where necessary.

**Store Team Responsibilities:**
Check hourly and complete the following as necessary:
- Ensure any and all spills are promptly cleaned up
- Wipe down sinks
- Refill soap dispensers
- Wipe down changing station
- Check paper products
- Complete Restroom checklist



### ③ Hard Surfaces

**Your Hard Surface meets Brand if:**
- VCT/Terrazzo has "wet look" consistently throughout the sales floor you can clearly distinguish all four bulbs in the reflection (Finish is clear and not yellowing)
- Spills are handled immediately and cleaned up by the store team
- Floor is free of wrappers, debris, hangers and tags

**Contractor Responsibilities:**
- Dust mop all hard surfaces
- Remove gum, tar, stickers, etc., from all hard surfaces
- Empty all trash receptacles, check lanes, spill stations, etc.

**VCT and Terrazzo flooring**
- Machine scrub/auto scrub hard surfaces
- Burnish hard surface where needed to maintain consistent "wet look"
- Floor finish applied as needed to maintain "wet look"
- Deep scrub and recoat floor finish as needed
- Full strip out maximum of once a year

**Concrete (Super Target sales floor only)**
- Machine Scrub/Auto Scrub daily
- Burnish once a month
- No Floor Finish (a.k.a. Wax) or sealer is ever applied to this floor
- Stain removal
- Stains on concrete are removed by aggressively scrubbing with repeated passes with the Auto Scrubber. Most stains will come out within 2-3 passes. May need to scrub out stain by hand with center hole of black scrubbing pad.
- New stores: auto scrub with aggressive pad (black) all concrete nightly for 30 days to bring out the natural shine. Use red or tan pad nightly after the first 30 days.

**Ceramic tile**
- Sweep and mop daily
- Machine scrub/auto scrub as needed
- No burnishing of this floor
- No floor finish (wax) is ever applied to this floor



**Interior Brand Maintenance**

**Interior Brand Maintenance**

## *Hard Surfaces (cont.)*

**Concrete (receiving and Stockroom only)**
- Machine scrub/auto scrub exposed main aisles (max. weekly) NO BUFFING
- No floor finish (wax) is ever applied to the stockroom/receiving floor
- Concrete is permanently sealed on all new stores since March 1994, stores older than 1994 will have sealer applied periodically (max. monthly)

**Store Team Responsibilities:**
Maintain a distraction free environment throughout the day, which includes:
- Block off and clean up spills
- Empty sales floor trash as needed
- Pick up any and all debris throughout the sales floor
- Dust mop racetrack and front lanes minimum twice a day (a.m./p.m.)
- Store to use dust mops, and handles provided by Target, keep stored in a neat and clean fashion in Day Maintenance closet at front of store
- Maintain proper supplies in spill stations (paper towels, wet floor signs)
- Flow team works closely with housekeeping contractor to ensure hard surface is available for cleaning and project work





## *Carpets*

**Your Carpet meets Brand if:**
- At store opening carpet is clean and free of gum, stickers, debris and large spots
- Carpet edges are free of wax build up and burn marks
- Carpet transition strip is free of wax

**Contractor Responsibilities:**
- All traffic lanes are vacuumed daily
- All carpet is vacuumed weekly
- Detail vacuum entire carpet monthly (detail vacuuming done on a scheduled basis by the project team)
- All carpeting will be spot cleaned daily as spots appear, including removal of gum and debris (includes office carpet)
- Full extraction as needed to maintain clean bright carpet
- Office area: Traffic lanes vacuumed daily and offices vacuumed weekly
- Empty trash receptacles located in spill stations

**Store Team Responsibilities:**
Maintain a distraction free environment throughout the day, which includes:
- Clean up spills as they occur (blot the spill with a clean towel)
- Empty sales floor trash as needed
- Pick up any and all debris throughout the carpeted areas
- Move racks out of way and back into position inorder to facilitate full extraction by the contractor as needed
- Maintain proper supplies in spill stations (paper towels, wet floor signs)






**⑤**

# Food Service

**Your Food Service Area meets Brand if:**
- Floor in seating area is clean
- Tables, chairs and counters are wiped down and clean
- Trash receptacles are clean and emptied regularly to avoid overflow

**Contractor Responsibilities:**
Guest seating area, food prep area and storage area:
- Thoroughly sweep floor
- Mop and sanitize entire floor, including floor inside trash compartment and under drink station
- Vacuum and clean any fabric matting located in guest seating area
- Empty all trash receptacles, disinfect inside and out, and replace liners
- Machine scrub or power wash, rinse and sanitize flooring (every two weeks)

**Store Team Responsibilities:**
- Guest seating, food prep, storage areas:
- Clean and sanitize all counters, sinks, utensils
- Clean tables, chairs and counters throughout day
- Clean vents, food prep equipment, walls, trash cans
- Sweep and mop throughout the day as necessary
- Empty all trash receptacles throughout day
- Clean all (rubber) mats behind counter
- Deep cleaning of the kitchen area will be coordinated with each location. Team members should move all equipment away from wall to allow contractor to thoroughly clean. (Floor only)
- **Note:** Hood, vent and duct cleaning is contracted out to a third party. This service is not included in our Housekeeping Contractor's contract.



**⑥**

# Fitting Rooms

**Your Fitting Room meets Brand if:**
- Carpet is clean and free of large spots and stains
- Walls, doors and mirrors are free of dust and fingerprints
- No pins, needles, hangers on floor or benches

**Contractor Responsibilities:**
- Vacuumed daily, carpet is clean and free of pins, clips, stains and debris
- Spot clean carpet as needed
- Doors are wiped down and are clean and free of dirt and dust

**Store Team Responsibilities:**
- Clean up spills, debris as they occur throughout the day
- Maintain the cleanliness of mirrors, benches
- Pick up clothes, clips, and hangers
- Mirrors, benches are wiped down and are free of dirt, dust and debris



**7**

## *Partner Business*

All of our Partner Businesses should be cleaned with the same daily expectations as the rest of the store, including:

**Contractor Responsibilities:**
- All baseboards, carpets, fitting rooms, entrance glass, entrance doors. Restrooms cleaned and sanitized, showers cleaned and sanitized, high level dusting, mirrors cleaned, air vents, ceiling and light fixtures, inside of the jewelry case lines. (the floor behind the counter) * Partner business areas are accountable for cleaning their own fixturing and cases.
- Beauty Salons/ Spas require the most focused attention due to the nature of their business. This would include the treatment rooms, shower rooms, restrooms, baseboards and flooring.
- No stains on flooring or carpet due to chemicals, liquids, etc.
- Mirrors, columns are clean and streak free



**8** ### *Detail: High level dusting, mirrors and mirrored columns*

All areas will be cleaned with an eye for detail. For example no stains on carpets from water and chemical splashing onto carpet edges from the scrubber, no dirt in corners or along walls and doors, no spots or stains on the carpet, no pins or trash in the fitting rooms, no trash under the register terminals, etc.

**Contractor Responsibilities:**
- Diffusers and surrounding ceiling is free of dust and streaks
- Mirrors and mirrored columns are clean and streak free
- Light fixtures, sprinkler heads, accent decorations are clean and streak free

**Store Team Responsibilities:**
- Cleaning sales floor displays, merchandise fixtures, cashier stations, office furniture and guest service counters
- Maintain stainless on the following:
  - Column wraps
  - Kick plates on doors
  - Corner guards
  - Any fixtures or displays containing stainless
- Stockroom is swept by the store team - daily
- Sales floor doors and walls (including Kydex) are cleaned as needed
- Stores will keep janitor closet locked up at all times, contractor checks out key at TSC
- Store team should use only the equipment and supplies located in the Day Maintenance closet at front of store.
- **Pre-Store opening walk through**
- **Overnight stocking stores:** walk through occurs by 7:45 a.m., crew leaves after walk through
- **Early Morning stocking stores:** walkt hrough with crew lead occurs by 6:30 a.m., crew is allowed to leave immediately
- Flow process clean up, for store opening, is completed by flow team

**Interior Brand Maintenance**

**⑨**

## *Elevators/Escalators*

The appearance of the elevators and escalators in our stores is a reflection of how important cleanliness is to our Corporation. Please make sure we are presenting our best, everyday. Performing the following on a daily basis.

**Contractor Responsibilities:**
- Escalator treads, rails, sides are all clean and free of fingerprints, dirt and debris
- Elevator doors, walls, rails, thresholds are free of fingerprints, dirt and debris
- Carpet/Tile floor is clean and free of dirt, debris, gum, etc.

**Store Team Responsibilities:**
*Escalators*
- Clean up spills using damp rag - Do not spray liquid on treads
- Wipe down railing a minimum of twice daily using rag and general purpose cleaner
*Elevators*
- Clean up any and all spills that occur in the elevator cab throughout the day
- Keep walls, and or glass, of elevator touched up throughout the day



**⑩**

## *Break Room / Team Member Lounge*
**(Office Area and Off Stage areas)**

The Break room cleanliness is critical in relation to our Team Members perception of our dedication to cleanliness. When planning your staffing levels, please consider this as well as other off stage areas, such as cash wrap, offices, and package pick up.

**Contractor Responsibilities:**
- Perform all standard procedures for tile, carpet and trash pickup
- Wipe down tables, chairs and sinks
- Counters, sinks are wiped down and sanitized



**Interior Brand Maintenance**

# Guía de Referencia para Mantenimiento de Marca Servicios para Instalaciones





*Marshall Field's*

2832S (5/02)          © 2002 Target Corporation

# Mantenimiento de marca

## Meta

Lograr consistencia en cada una
de las tiendas diariamente
Controlar los gastos
Ofrecer recursos sencillos para
las tiendas

## Resultado

Diferenciarnos de otros a
través de la imagen de
limpieza de nuestra marca

Esta Guía de Referencia
incluye información para:

- **Comunicar las necesidades del mantenimiento de marca**

- **Mantenimiento exterior**

- **Mantenimiento interior de marca**
  *(Las 10 expectativas diarias principales de calidad en el cuidado y la administración general de la propiedad)*

## Centro de Operaciones de Servicio a Instalaciones (BSOC)

Las tiendas pueden comunicarse con BSOC
llamando al
### 1-888-888-0304
o
por correo electrónico: BSOC@target.com
las 24 horas del día, los 7 días de la semana
y seleccionar entre las siguientes opciones:

**Opción 1:**
- Trabajos de mantenimiento general
- Trabajos de Contratos de Servicio (cuidado y administración de la propiedad, jardinería, etc.)
- Plomería
- Puertas
- Cerraduras
- Generador
- Reparaciones de equipo (servicios alimenticios, empacadora, etc.)

**Opción 2:**
- Calefacción
- Climatización
- Control de iluminación

**Opción 3:**
- Alarma contra incendios/robos
- Asuntos de servicio
- Preguntas de monitoreo
- Registro de datos
- Pruebas

**Opción 4:**
- Centro de Reparaciones Electrónicas (ERC)

Servicios para Instalaciones enviará a un
contratista, a un representante de Servicios
para Instalaciones o le pondrá en contacto con
alguien que pueda resolver su problema.



Mantenimiento de marca en exteriores

**Su exterior cumple las expectativas de marca si:**
- El estacionamiento está libre de basura, hielo y desechos
- La acera está limpia y libre de hielo, goma de mascar, desechos y obstáculos que puedan provocar tropezones
- Las luces funcionan; los postes se encuentran firmes en posición y pintados
- Se mantienen en buenas condiciones las zonas con jardinería
- Las latas de basura están limpias y se vacían regularmente para evitar que se desborden

**Responsabilidades del contratista y/o Administrador de CAM:**
- Jardinería
- Barrido del solar
- Remoción de nieve (si corresponde)
- Lavado de ventanas (si corresponde) que no sean parte de la puerta de entrada
- CAM



**Responsabilidades del Equipo de la Tienda:**
- Vaciar las latas de basura durante el día
- Barrer la acera antes de abrir la tienda
- Regar material para derretir el hielo según se necesite

Las 10 expectativas diarias principales de calidad en el cuidado de la propiedad



# *Entradas*

**Su entrada cumple las expectativas de marca si:**
- El vidrio de la entrada se encuentra libre de manchas de huellas dactilares y grasa al momento de abrir la tienda
- No hay rayas en el vidrio, el acero inoxidable
- El tapete de la entrada está libre de goma de mascar, desechos y manchas
- Las latas de basura están limpias y se vacían regularmente para evitar que se desborden

**Responsabilidades del contratista:**
- Puertas de entrada; metal, limpiar vidrio, protectores de bordes y umbrales interiores y exteriores
- Limpiar todo vidrio y metal interior y exterior que se encuentre a una altura de hasta 7 pies
- Pasar la aspiradora por todos los tapetes de la entrada y el vestíbulo (extraer según se necesite para eliminar el sucio, las manchas y los residuos de sal)
- Vaciar las latas de basura (cambiar las bolsas de basura) y los ceniceros

**Responsabilidades del Equipo de la Tienda:**
Mantener la instalación limpia durante el día, incluidos:
- Vaciar las latas de basura en la entrada durante el día
- Mantener el vidrio libre de manchas de huellas dactilares y grasa



Mantenimiento de marca en interiores



## ② Baños

**Su baño cumple las expectativas de marca si:**
- El piso y la lechada de las losetas están limpios
- Las paredes, los espejos y los lavamanos están limpios
- Los productos de papel y las piezas fijas para su distribución están llenas y funcionan
- Los compartimentos están libres de polvo y limpios
- El área huele a limpio

**Responsabilidades del contratista:**
- Limpiar y desinfectar los inodoros, urinarios y lavabos
- Pisos; barrer, trapear y restregar con máquina según se necesite, desinfectar
- Lavar áreas sucias en las paredes, los compartimentos y las puertas (restregarlos completamente donde sea necesario)
- Llenar y limpiar todas las piezas para distribución de jabón y productos de papel
- Una vez al mes: limpiar las rejillas de ventilación/difusores y reemplazar el desodorante de aire Good Sense

**Responsabilidades del Equipo de la Tienda:**
Inspeccionarlos cada hora y completar las siguientes tareas según se necesiten:
- Limpiar derrames y pasarle trapo a los lavabos
- Asegurarse de que todos los derrames se limpien sin demora
- Pasarle trapo a la estación para cambiar cuando se necesite
- Revisar los productos de papel, rellenar los distribuidores de jabón cuando se necesite
- Completar la Lista de Inspección para Baños (también en la mesa de trabajo - formulario # F174701) luego de la limpieza correspondiente a la hora



## ③ Superficies duras

**Sus superficies duras cumplen las expectativas de marca si:**
- Sus pisos de superficie dura están limpios y libres de suelo, desechos, sal y arena
- El equipo de la tienda o el personal de limpieza atiende y limpia los derrames inmediatamente
- El piso está libre de envolturas, desechos, ganchos de ropa y etiquetas

**Responsabilidades del contratista:**
- Barrer/trapear el polvo de los pisos
- Eliminar restos de goma de mascar y brea, etc.
- Restregar con máquina el piso (excepto los pisos de madera)
- Trapear áreas pequeñas sucias cuando se necesite
- Pulido de alta velocidad (losetas de vinilo (VCT) solamente)
- Trapear el polvo de las áreas pulidas (losetas de vinilo (VCT) solamente)
- Se necesita pasar diariamente un trapeador húmedo (levemente húmedo) sobre los pisos de madera Perma-Grain, al igual que sobre los pisos Pergo u otros pisos de madera sintética
- Los pisos de madera natural sellados con poliuretano deben limpiarse SIN USAR AGUA. Use el sistema seco de un trapeador de franela tratado.

**Responsabilidades del Equipo de la Tienda:**
Mantener un entorno libre de distracciones durante el día, incluidos:
- Bloquear y limpiar los derrames
- Vaciar la basura del piso de ventas según se necesite
- Recoger todo desecho que se encuentre en el piso de ventas
- Colocar las latas de basura en el pasillo principal (no alfombrado) para el personal de limpieza al momento de cerrar la tienda








**④**

# Alfombras

**Su alfombra cumple las expectativas de marca si:**
- La alfombra está limpia y libre de goma de mascar, pegatinas, desechos y manchas grandes al momento de abrir la tienda
- Los bordes de la alfombra están libres de acumulación de polvo, sucio y desechos
- No hay marcas de tráfico en la alfombra. Las manchas se tratan diariamente.

**Responsabilidades del contratista:**
- Pasar la aspiradora por la alfombra y eliminar las manchas diariamente a una extensión de hasta 8 pies de los pasillos
- Todas las alfombras deben de estar libres de goma de mascar, manchas, sucio y desechos
- Las esquinas, los bordes y las áreas alfombradas de las bases están libres de sucio, polvo, pelusa y desechos
- Usar extractor según se necesite para mantener el aspecto limpio y brillante de las alfombras

**Responsabilidades del Equipo de la Tienda:**
Mantener un entorno libre de distracciones durante el día, incluidos:
- Limpiar los derrames cuando ocurran (secar el derrame con una toalla limpia)
- Vaciar la basura del piso de ventas según se necesite
- Recoger todos los desechos a lo largo de todas las áreas alfombradas
- Mover los percheros para que no estorben y colocarlos nuevamente en posición para hacer más fácil la labor de extracción del contratista según se necesite
- Colocar las latas de basura en el pasillo principal (no alfombrado) para el personal de limpieza al momento de cerrar la tienda





**⑤**

# Servicios alimenticios
*(por ejemplo, Marketplace/restaurantes)*

**Sus Servicios alimenticios cumple las expectativas de marca si:**
- El piso en el área de consumo de alimentos está limpio
- Se les pasa trapo y se mantienen limpios las mesas, las sillas y los mostradores
- Las latas de basura están limpias y se vacían regularmente para evitar que se desborden

**Responsabilidades del contratista:**
Área de consumo de alimentos, área de preparación de alimentos y área de almacenaje:
- Barrer con cuidado el piso
- Trapear y desinfectar todo el piso, incluido el piso detrás del área de preparación o mostrador
- Pasar la aspiradora y limpiar todas las alfombras o tapetes de tela ubicados en el área de asientos para los clientes
- Vaciar todas las latas de basura, desinfectarlas por fuera y por dentro y cambiar las bolsas de basura
- Restregar con máquina o lavar con equipo mecánico, enjuagar y desinfectar el piso (cada 2 semanas)



**⑤** *Servicios alimenticios* (cont.)
*(por ejemplo, Marketplace/restaurantes)*

**Responsabilidades del Equipo de la Tienda:**
Área de mesas para clientes, área de preparación de alimentos y área de almacenaje:

- Limpiar y desinfectar todos los mostradores, fregaderos y utensilios usados para preparar los alimentos
- Limpiar mesas, sillas y mostradores durante el día
- Limpiar las rejillas de ventilación, el equipo de preparar los alimentos, las paredes y las latas de basura
- Barrer y trapear durante el día según se necesite
- Vaciar todas las latas de basura durante el día
- Los miembros del equipo de Servicios Alimenticios son responsables de limpiar todos los tapetes (de goma) detrás de los mostradores
- La limpieza detallada del área de cocina se coordinará con cada ubicación. Los miembros del equipo de Servicios Alimenticios son responsables de retirar todo el equipo de las paredes para que los contratistas logren acceso para limpiar con cuidado el área.
- *Nota:* La limpieza de la campana de grasa, los ventiladores y los conductos se contrata a terceros. Este servicio no está incluido en nuestro contrato de cuidado y administración general de la propiedad.



**⑥**
*Probadores*

**Sus probadores cumplen las expectativas de marca si:**
- La alfombra está limpia y libre de manchas grandes
- Las paredes, las puertas y los espejos están libres de polvo y marcas de huellas dactilares
- No hay alfileres, agujas ni ganchos de ropa en el piso o los bancos

**Responsabilidades del contratista:**
- Pasar la aspiradora diariamente, asegurar que la alfombra esté libre de alfileres, sujetapapeles, manchas y desechos
- Limpiar áreas manchadas de la alfombra según se necesite
- Pasar trapo por las puertas y los listones de persiana y mantenerlos limpios y libres de basura y polvo
- Pasarle trapo a los espejos y bancos y mantenerlos libres de sucio, polvo y desechos

**Responsabilidades del Equipo de la Tienda:**
- Limpiar derrames, desechos según ocurran durante el día
- Mantener los espejos y bancos limpios
- Recoger las piezas de ropa, los sujetapapeles y los ganchos de ropa



# ❼ Negocios arrendados
### (Negocios Asociados)

**Su tienda cumple las expectativas de marca si:**
- La alfombra está limpia
- Los pisos de superficie dura están limpios
- Se vacían regularmente las latas de basura y no se dejan llenar al tope

**Responsabilidades del contratista:**
- Todos los zócalos, las alfombras, los probadores, los vidrios de la entrada, las puertas de entrada. baños limpios y desinfectados, duchas limpias y desinfectadas, remoción de polvo de alto grado, espejos limpios, rejillas de ventilación, piezas fijas de techo y lámparas dentro de las vitrinas para joyería. (el piso detrás de los mostradores) *Las áreas de los negocios asociados son responsables de sus propias piezas fijas y vitrinas.
- Los salones de belleza y SPA requieren especial atención debido a la naturaleza de sus servicios. Esto incluye los salones de tratamientos, las duchas, los baños, los zócalos y los pisos.
- No existen manchas en los pisos o en las alfombras debido a derrames de productos químicos, líquidos, etc.
- Los espejos y las columnas están limpios y libres de rayas

**Responsabilidades del Equipo de la Tienda:**
- Limpiar las piezas fijas, los mostradores y cualquier vidriera presente
- Vaciar la basura durante el día según se necesite
- Mantener limpios el vidrio y las puertas de entrada según se necesite





# ❽ Cuidado general de la propiedad
### (Limpieza Detallada y Desempolvado Extenso)

**Su cuidado general de la propiedad cumple las expectativas de marca si:**
- Se puede apreciar que la limpieza de la tienda presta atención a los detalles
- Las fuentes de agua y los teléfonos públicos están limpios
- Las líneas de cobro, los mostradores, las columnas con espejos y las cornisas están limpios

**Responsabilidades del contratista:**
- Los difusores y las áreas de techo adyacentes están libres de polvo y rayas
- Los espejos y las columnas con espejos están limpios y libres de rayas
- Los dispositivos de luces, las cabezas de los aspersores y los elementos de decorado están limpios y libres de rayas

**Responsabilidades del Equipo de la Tienda:**
- Limpiar las exhibiciones en el piso de ventas, los elementos de mercancía, las estaciones de cajeros, los muebles de oficina, las vitrinas, las áreas de exhibición iluminada de mercancía y los elementos de exhibición en paredes
- Barrer la sala de almacén diariamente



Mantenimiento de marca en interiores



# ⑨ *Elevadores Escaleras automáticas*

**Sus elevadores y escaleras automáticas cumplen las expectativas de marca si:**
- Se les pasa trapo a las escaleras automáticas y se mantienen libres de grasa, polvo y sucio
- Los elevadores se encuentran libres de basura y manchas de huellas dactilares

**Responsabilidades del contratista:**
*Escaleras automáticas*
- Limpiar con un trapo los pasamanos y las paredes de las escaleras automáticas - diariamente
- Limpiar los escalones con la máquina para escaleras automáticas - diariamente
- Limpiar y pasar trapo en las áreas de acero inoxidable y vidrio - diariamente
- Limpiar los escalones (sin usar agua) con Clmex - semanalmente

*Elevadores*
- Limpiar los pisos y las paredes de los elevadores para quitar el sucio, los desechos y las manchas de huellas dactilares - diariamente
- Limpiar el techo y las rejillas de ventilación del elevador - semanalmente

**Responsabilidades del Equipo de la Tienda:**
*Escaleras automáticas*
- Limpiar derrames con un trapo húmedo. No rocíe los escalones con líquidos.
- Pasar un trapo con limpiador de uso general por los pasamanos al menos dos veces al día
*Elevadores*
- Limpiar todo derrame que ocurra dentro de la cabina del elevador durante el día
- Mantener las paredes y/o los vidrios del elevador limpios durante el día



# ⑩ *Sala de Descanso*

**Su Sala de Descanso cumple las normas expectativas de marca si:**
- Los pisos, las mesas, los mostradores y el fregadero están limpios
- El área de casilleros está limpia y ordenada
- Los pasillos, la Sala de Descanso y la Sala de Capacitación se encuentran libres de distracciones

**Responsabilidades del contratista:**
- Trapear el piso de vinilo (VCT) incluyendo el área de casilleros, el Área de Entrega de Paquetes, la Sala de Capacitación y la Sala de Descanso - diariamente
- Pasar la aspiradora por todas las zonas alfombradas - diariamente
- Eliminación de manchas, sucio, etc. - diariamente, según se necesite
- Pasar la aspiradora por los tapetes en el área de Entrega de Paquetes - diariamente
- Vaciar todas las latas de basura en las áreas de Sala de Descanso/oficina - diariamente

**Responsabilidades del Equipo de la Tienda:**
- Mantener el área de casilleros limpia y organizada
- Limpiar el refrigerador, el horno de microondas, el fregadero, los mostradores y los utensilios según se necesite
- Limpiar las paredes y las latas de basura según se necesite
- Responsables de limpiar estanterías, piezas fijas, muebles, mesas y sillas, según se necesite





Mantenimiento de marca en interiores

# RESTROOM CHECKLIST

- **Paper Towels / Paper Tissue**
- **Trash**
- **Mirrors**
- **Toilets**
- **Soap Dispensers**
- **Diaper Changing Station**

*Week of:* _____

| Time | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|------|--------|--------|---------|-----------|----------|--------|----------|
| 9:00 | | | | | | | |
| 10:00 | | | | | | | |
| 11:00 | | | | | | | |
| 12:00 | | | | | | | |
| 1:00 | | | | | | | |
| 2:00 | | | | | | | |
| 3:00 | | | | | | | |
| 4:00 | | | | | | | |
| 5:00 | | | | | | | |
| 6:00 | | | | | | | |
| 7:00 | | | | | | | |
| 8:00 | | | | | | | |
| 9:00 | | | | | | | |
| Close | | | | | | | |

Restroom Checklist-Form - Contractor Handbook 6/02

# ◎ TARGET.

# BRAND MAINTENANCE GUIDE POSTER

## How do we score the Monthly Housekeeping Checklist?

### ENTRANCES



- ☒ Entrance doors, glass, mats, trash and cart corral at Brand each day without exception.
- ☐ Above items at Brand a majority of the time. Some days these areas are missed or are not at Brand.
- ■ Area is not at Brand a majority of the time.

### FITTING ROOMS



- ☒ Carpet has no stains/spots. Doors are wiped down each day.
- ☐ Carpet is generally clean; however, there may be some persistent stains.
- ■ Large stains and traffic patterns evident. Area is not at Brand a majority of the time.

### RESTROOMS



- ☒ Floor, grout, walls, partitions, and fixtures at Brand each day without exception. Paper products and soap are filled before store opening and trash emptied.
- ☐ Floor, grout, partitions are at Brand a majority of the time.
- ■ Area is not at Brand; partitions, floor, grout and fixtures are consistently an issue.

### LEASED BUSINESS (if applicable)



- ☒ Floors clean, vacuumed daily, trash emptied daily in all Leased areas that apply.
- ☐ Floor vacuumed, mopped regularly; however, there may be some persistent stains.
- ■ Many stains; many areas missed or not at Brand a majority of the time.

### HARD SURFACES



- ☒ Floor is white and shiny. "Wet Look" shine is consistent throughout the sales floor. All bulbs clearly reflect in shine.
- ☐ Overall floor is clean. Shine is inconsistent in some areas, and heavy traffic areas need work.
- ■ Floor appears dull and dirty, many areas are yellow and dull.

### GENERAL HOUSEKEEPING



- ☒ All areas meet expectations every day. Stainless, kick plates, base decks, detail around gondolas and drinking fountain at Brand each day without exception.
- ☐ A majority of the areas are at Brand; there are some areas that need attention.
- ■ Most areas not addressed. Kick plates, drinking fountain, detail cleaning is not occurring regularly.

### CARPETS



- ☒ Carpet is clean and bright. Vacuuming and spots and stains addressed nightly.
- ☐ Carpet is clean over a majority of soft lines. Some stains still exist and the contractor continues to work on them.
- ■ Many spots/ stains and traffic patterns are evident. Spots and stains are not being addressed on a nightly basis.

### ELEVATORS/ESCALATORS (if applicable)



- ☒ Treads are clean, rails wiped down, glass and stainless are at Brand each day without exception.
- ☐ Treads, rails, glass, stainless are clean and at Brand a majority of the time. Some days these areas are missed.
- ■ Treads, glass and stainless are not cleaned on a consistent basis and are not at Brand a majority of the time.

### FOOD SERVICE



- ☒ Floor tile and grout are clean and not slippery. Trash area is clean.
- ☐ Tile and grout are clean. Grout may be discolored, however tile is clean and not slippery. At Brand a majority of the time.
- ■ Floor tile and grout are not clean on a regular basis. Many areas not done each night. The area is not at Brand.

### BREAK ROOM/TEAM MEMBER LOUNGE



- ☒ Floor in Break Room, TSC are white, clean and shiny. Minimal scratching.
- ☐ Mats, floor in TSC and in Break Room have some scratches. Some areas not up to Brand.
- ■ Floors, matting, carpet throughout TSC, Break Room have multiple issues: No shine, many scratches.

---

◎◎◎◎◎◎◎◎◎◎◎◎◎◎◎◎◎◎◎◎◎◎

**HOW TO SCORE GREEN–YELLOW–RED:**

When performing the Monthly walkthrough:
How do I rate *Green – Yellow – Red?*.

We recommend that you refer to past 30 days of L.O.D.
Pre-opening walkthroughs:
*"Over the past 30 days our Housekeeping Contractor's performance in this area of the Brand Guide has been:"*

☒    *Consistently at Brand*
Meeting or exceeding all Contractor responsibilities outlined in the Brand Guide on a daily basis.

☐    *At Brand a majority of the time*
Contractor is meeting the Contractor duties outlined in the Brand Guide a majority of the time; the effort is there and progress is being made to correct ongoing issues.

■    *Below Standards*
Contractor is clearly failing to meet Contractor duties as outlined in the Brand Guide. Results despite Contractor's efforts continue to fall short of Brand.

## MASTER YEAR CODE LIST

| | |
|---|---|
| A - 1971 / 1989 | N - 1980* / 1998 |
| C - 1972*/ 1990 | P - 1981 / 1999 |
| D - 1973 / 1991 | T - 1982 / 2000 |
| E - 1974 / 1992* | U - 1983 / 2001 |
| H - 1975 / 1993 | V - 1984* / 2002 |
| J - 1976*/ 1994 | W - 1985 / 2003 |
| K - 1977 / 1995 | X - 1986 / 2004* |
| L - 1978 / 1996* | Y - 1987 / 2005 |
| M - 1979 / 1997 | Z - 1988* / 2006 |

* Leap Year

LETTERS NOT USED:   B, F, G, I, O, Q, R, S

Example:  M240

M = 1997 (the year)

240 = (the day of the year)

Att. Trent Smith,

Hi Trent, thanks for the contacts.  Here is the master product code date listing you requested.  You should normally find this (M240) date listed next to the bar code. Let me know if you have any questions or problems locating it.

Jim

James A. Verwey
Customer Technical Support
Consultant

JohnsonDiversey, Inc.
8310 16th St.
PO Box 902
Sturtevant, WI 53177-0902
Tel: 262 631 2594
Fax: 262 631 4036
Cellular: 262 497 2418
James.verwey@johnsondiversey.com



JohnsonDiversey
Clean is just the beginning

## Target Corp. - Monthly Housekeeping Quality Checklist | Building Services

### Checklist Information

Date Checklist Completed: [ ] / [ ] / [ ]

Location (Store): [ ]    i.e. T0001 = Target #1;  M0102 = Mervyn's #102;  D1002, D2001, D3003 = Marshall Field's #1002, #2001, #3003

Month to be Scored:  JAN  FEB  MAR  APR  MAY  JUN  JUL  AUG  SEP  OCT  NOV  DEC

Vendor Company Name: _____

Housekeeping Supervisor: _____    Store Team Lead Signature: _____

Print Name: _____    Print Name and Title: _____

### Store Primary Focus | To be completed by Store Team Leader ONLY

| GRN | YEL | RED | N/A | Area | Typical Items to Check |
|-----|-----|-----|-----|------|------------------------|
| ☐ | ☐ | ☒ | | Entrances | Glass, Doors, Trash Cans, Matting |
| ☐ | ☐ | ☒ | | Restrooms - Public & Employee | Urinals, Toilets, Sinks, Mirrors, Partitions, Trash, Dispensers, Changing Tables, Grout |
| ☐ | ☐ | ☒ | | Sales Floor - Hard Surface | Vinyl Tile, Ceramic Tile, Terrazzo, Super Target Concrete, Wood, Marble |
| ☐ | ☐ | ☒ | | Sales Floor - Carpet | Vacuum, Spotting, Extraction, Mats |
| ☐ | ☐ | ☒ | ☐ | Food Service | Trash, Floors, Baseboards, Drains, Under Counters |
| ☐ | ☐ | ☒ | | Fitting Rooms | Vacuum, Pin & Debris, Mirrors, Benches, Walls, Hardware |
| ☐ | ☐ | ☒ | ☐ | Leased Businesses | Floors, Glass, Doors, Spotting, Trash |
| ☐ | ☐ | ☒ | | General Housekeeping | Glass, Doors, Baseboards, Fountains, Trash, Dusting, Stainless/Brass, Mirrors, Offices, Lounge |
| ☐ | ☐ | ☒ | ☐ | Elevators - Escalators | Treads, Floor Plates, Thresholds, Walls |
| ☐ | ☐ | ☒ | | Team Break Room | Floors, Trash, Carpet |

### Store Secondary Focus | To be completed by Store Team Leader ONLY

| GRN | YEL | RED | N/A | Area | Typical Items to Check |
|-----|-----|-----|-----|------|------------------------|
| ☐ | ☐ | ☒ | | Housekeeping Closet | Clean, Equipment Working, Organized, OSHA Compliant, Propane Stored Outside |
| ☐ | ☐ | ☒ | | Housekeeping Team | Company ID Visible, Communication, Prompt Attendance, Responds to Requests |

Comments / Action Plan:    **To be Completed by Housekeeping Contractor & Store Team**

_____
_____
_____
_____
_____
_____
_____
_____

### Checklist Legend - Target Building Services Use Only

| | | |
|---|---|---|
| ☐ | GRN | Target Corporation Brand |
| ☐ | YEL | Average |
| ☒ | RED | Below Standard |

## Target Corp. Listado de control de calidad mensual para la limpieza — Servicios de edificios

### Información del listado

Fecha en que se rellenó el listado: [ ] [ ] / [ ] [ ] / [ ] [ ] [ ] [ ]

Localización (tienda): [ ] [ ] [ ] [ ]    Ejemplo: T0001 = Target #1; M0102 = Mervyn's #102; D1002, D2001, D3003 = Marshall Field's #1002, #2001, #3003

Mes de calificación: | ENE | FEB | MAR | APR | MAY | JUN | JUL | AGO | SEP | OCT | NOV | DIC |

Nombre de la compañía de limpieza: _____

Supervisor de Mantenimiento: _____    Firma del líder del equipo de la tienda: _____

Imprima su nombre: _____    Imprima su nombre: y título: _____

### Enfoque principal de la tienda — Para rellenar SOLO por el Líder del Equipo de la Tienda

| VER | AMA | ROJ | N/A | Area | Artículos típicos a revisar |
|-----|-----|-----|-----|------|-----------------------------|
| [ ] | [ ] | [X] | | Entradas | Vidrios, Puertas, Basura, Alfombrado |
| [ ] | [ ] | [X] | | Baños – Público y de Empleados | Urinales, Inodoros, Lavabos, Espejos, Compartimientos, Basureros, Dispensadores, Mesas de cambio, Lechada |
| [ ] | [ ] | [X] | | Pisos de Ventas y Superficies Duras | Baldosas de Vinilo, Baldosas de Cerámica, Terrazo, Concreto Super Target, Madera, Mármol |
| [ ] | [ ] | [X] | | Pisos de Ventas - Alfombras | Aspirar, Manchas, Extracción, Tapetes |
| [ ] | [ ] | [X] | [ ] | Area de Restaurante | Basura, Pisos, zócalos, Drenajes, Tras-mostradores |
| [ ] | [ ] | [X] | | Probadores | Aspirar, Alfileres y restos, Espejos, Bancos, Paredes, Ferretería |
| [ ] | [ ] | [X] | [ ] | Negocios arrendados | Pisos, Vidrios, Puertas, Manchas, Basura |
| [ ] | [ ] | [X] | | Mantenimiento General | Vidrios, Puertas, zócalos, Fuentes, Basura, Polvo, Metales, Espejos, Oficinas, Cafetería |
| [ ] | [ ] | [X] | [ ] | Elevadores y Escaleras Electricas | Peldaños, Placas de los pisos, Umbrales, Paredes |
| [ ] | [ ] | [X] | | Cuarto de descanso del Equipo | Pisos, Basura, Alfombra |

### Enfoque Secundario de la Tienda — Para ser rellenado SÓLO por el Líder del Equipo de la Tienda

| VERDE | AMA | ROJO | N/A | Area | Artículos Típicos a Revisar |
|-------|-----|------|-----|------|-----------------------------|
| [ ] | [ ] | [X] | | Armario de la limpieza | Limpia, Equipo que funciona, Organizado, Cumple con las especificaciones de OSHA, El propano está almacenado afuera |
| [ ] | [ ] | [X] | | Equipo de la limpieza | Identificación de la compañía visible, Comunicación, Puntualidad, Responder a pedidos |

Comentarios/ Plan de Acción:    **Para ser rellenado por el contratista de limpieza y por el equipo de la tienda**

_____
_____
_____
_____
_____
_____
_____

### Leyenda del listado – Sólo para uso de los Servicios de Edificios de Target

| | | |
|---|---|---|
| [ ] | VERDE | Cumple con los requisitos de marca de Target Corporation |
| [ ] | AMA | Regular |
| [X] | ROJO | NO cumple con los requisitos de marca |

# JIM'S MAINTENANCE
CLEANING CREW
SUPPLY REQUEST FORM
*FAX TO 800/606-7492*

STORE #_____

LOCATION_____

DATE_____

SUBMITTED BY_____

| CHEMICALS | INVEN-TORY | BASIC STOCK | TO ORDER | |
|---|---|---|---|---|
| Signature Wax (SuperT's 30) | | 20 cs | | 452418 |
| Pro Strip (SuperTargets 20) | | 10 cs | | 402936 |
| | | | | |
| UHS Accumix | | 4 cs | | 430550 |
| Sure Trac | | 2 cs | | 559353 |
| 3M Stainless Steel Cleaner | | 2 cs | | 120025 |
| Crew Toilet Bowl Cleaner | | 3 cs | | 574453 |
| Glance Glass Cleaner | | 3 cs | | 435869 |
| Stride | | 2 cs | | 435868 |
| Triad II | | 2 cs | | 435899 |
| Spitfire | | 2 cs | | 489153 |
| 3M Troubleshooter | | 1 cs | | 514780 |
| | | | | |
| 3M Blue Sponge Scrubbers | | 1 cs | | 601209 |
| 3M General Purpose Brush | | 1 cs | | 601203 |
| Spray Bottle - Glance | | 3 bts | | 447873 |
| Spray Bottle - Stride | | 3 bts | | 506792 |
| Spray Bottle - Triad II | | 3 bts | | 447869 |
| Spray Bottle - Spitfire | | 3 bts | | 510019 |

| CARPET AND PADS | INVEN-TORY | BASIC STOCK | TO ORDER | |
|---|---|---|---|---|
| 3M Carpet Spot Remover | | 2 cs | | 601200 |
| 3M Heavy Duty Stain Remover | | 1 cs | | 472829 |
| 3M Extraction Cleaner #9 | | 2 cs | | 507048 |
| 3M Bonnet Cleaner #11 | | 2 cs | | 508439 |
| 3M Carpet Pads - 20" | | 2 cs | | 515502 |
| Gum Remover | | 2 cs | | 504464 |
| Liquid Defoamer | | 2cs | | 517119 |
| | | | | |
| Gorilla Lite ETC - 27" | | 5cs | | 606045 |
| New Wax Cure ETC - 27" | | 2 cs | | 606051 |
| Red Scrubber - 16" | | 4 cs | | 606074 |
| Green Scrubber - 16" | | 2 cs | | 606068 |
| Black Scrubber - 16" | | 2 cs | | 530962 |
| Floor Machine - Green 20" | | 1 cs | | 606071 |
| Floor Machine - Black 20" | | 1 cs | | 495857 |
| Brown Scrub Pads | | 1 cs | | 606044 |
| | | | | |
| Red Scrubber - 14" | | 4 cs | | 606073 |
| Green Scrubber - 14" | | 2 cs | | 606064 |
| Black Scrubber - 14" | | 2 cs | | 530961 |
| Red Scrubber - 17" | | 4 cs | | 606075 |
| Green Scrubber - 17" | | 2 cs | | 606069 |
| Black Scrubber - 17" | | 2 cs | | 495860 |
| Floor Machine - Green 19" | | 1 cs | | 606070 |
| Floor Machine - Black 19" | | 1 cs | | 533401 |

**This form must be in the office by the 15th of the month.**
**Supplies are delivered at the end of the month.**
**Call 800/826-7492 with any questions.**

*PLEASE FAX TO*
*800/606-7492*

targetsupply6s08.xls

12/16/02

# TARGET STOR:  MORNING CHECK LIST
## Lista de Chequeu  urno de la Noche.

**Target Store:** _____   **Date/Fecha:** _____   **Time/Tiempo:** _____

## ENTRANCES/ENTRADAS

| | Yes/Si | No |
|---|---|---|
| Entrance glass is free of fingerprints & smudges. | Yes/Si | No |
| Puertas de vidrio limpias. | | |
| Stainless or Chrome are free of fingerprints. | Yes/Si | No |
| Cromo de enfrente limpio | | |
| Entrance mat is free of debris and stains. | Yes/Si | No |
| Tapete limplo y sin manchas. | | |
| Trash cans are clean and emptied. | Yes/Si | No |
| Botes de basura limpios y vacios. | | |

## RESTROOMS/BANOS

| | | |
|---|---|---|
| Floors are clean. | Yes/Si | No |
| Pisos limpios | | |
| Walls mirrors, sinks are clean | Yes/Si | No |
| Paredes, espejos y lavamanos limpios. | | |
| Paper products & soap dispensers are full. | Yes/Si | No |
| Dejar lleno de papel y jabon | | |
| Partitions are clean and free of dust. | Yes/Si | No |
| Divislones limpias y sin polvo. | | |
| Trash cans are clean and emptied. | Yes/Si | No |
| Botes de basura vacios y limpios. | | |

## FLOORS/PISOS

| | | |
|---|---|---|
| "Wet Look" throughout all sales floors. | Yes/Si | No |
| Pisos con brillo en todas las areas. | | |
| No slippery area on floors. | Yes/Si | No |
| No halga areas resbalosas. | | |
| Floor is free of debris & tags. | Yes/Si | No |
| Pisos barridos y sin calcomanias. | | |

## CARPETS/CARPETAS

| | | |
|---|---|---|
| Carpet is clean & free of gum, stickers, debris & spots. | Yes/Si | No |
| Carpetas limpias, sin chicles, basura o manchas | | |
| Carpet edges are free of wax and burn marks. | Yes/Si | No |
| Orillas sin cera y quemaduras. | | |

## FOOD AVENUE/COCINA

| | | |
|---|---|---|
| Floors are clean. | Yes/Si | No |
| Pisos limpios | | |
| Trash cans are clean and emplied.  Mats are clean. | Yes/Si | No |
| Botes de basura vacios y limpios. Tapetes limpios. | | |

## FITTING ROOMS/VESTIDORES

| | | |
|---|---|---|
| Carpet is clean and free of stains. | Yes/Si | No |
| Carpetas limpias y sin manchas. | | |
| Walls & doors are free of dust and fingerprints. | Yes/Si | No |
| Paredes, puertas limpias y sin polvo. | | |

## MISCELLANEOUS

| | | |
|---|---|---|
| Drinking fountains and public telephones clean. | Yes/Si | No |
| Fuentes de agua y telefonos publicos limpios. | | |
| Escalators are wiped down & free of grease & dirt. | Yes/Si | No |
| Escalaras electricas limplas. | | |
| Elevators are free of dirt, debris and fingerprints. | Yes/Si | No |
| Elevadoras limpios. | | |

## BREAKROOMS & OFFICES/OFICINAS Y COMEDOR

| | | |
|---|---|---|
| Trash cans are clean and emplied. | Yes/Si | No |
| Botes de basura vacios y limpios. | | |
| Floors and carpets clean. | Yes/Si | No |
| Pisos y carpeta limpia. | | |

**Crew Foreman/Encargado de Grupo:** _____

**Signature/Firma** _____

**Target L.O.D.** _____

**Signature** _____

## CLEANING CREW SIGN IN/OUT LOG

| DATE/FECHA | NAME/NOMBRE | IN/ENTRADA | OUT/SALIDA |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |