# Building Services Brand Maintenance Reference Guide





BLDG 1 (10/01)  ◉ profitability

# Brand Maintenance

## Goal
- Achieve consistency every day in every store
- Control expense
- Provide simple resources for stores

## Result
- Differentiate ourselves with our clean brand image

### This reference guide includes:

- **Communicating Brand Maintenance Needs**
- **Exterior Brand Maintenance**
- **Interior Brand Maintenance**
  *(Housekeeping Top 10 Daily Quality Expectations)*

## Building Services Operations Center *(BSOC)*

Stores can call the BSOC at
**1-888-888-0304**
or
E-mail: BSOC@target.com
24 hours a day, 7 days a week and select the following options:

### Option 1:
- General Maintenance Issues
- Service Contract Issues (housekeeping, landscape, etc)
- Plumbing
- Doors
- Locks
- Generator
- Equipment Repairs (Food Service, baler, etc.)

### Option 2:
- Heating
- Cooling
- Lighting Control

### Option 3:
- Fire/Burglar Alarm
- Service Issues
- Monitoring Questions
- Data Entry
- Testing

### Option 4:
- Electronic Repair Center (ERC)

Building Services will dispatch a contractor, Building Services representative, or put you in a touch with someone who can solve your problem.

**Exterior Brand Maintenance**

**Your Exterior meets Brand, if:**
- Parking lot is free of litter, ice and debris
- Sidewalk is clean and free of ice, gum, debris, and no trip hazards
- Lights are functional; poles are solidly in place, painted
- Landscaping is well maintained
- Trash cans are clean and emptied regularly to avoid overflow

**Contractor Responsibilities:**
- Landscaping
- Lot Sweeping
- Snow Removal (if applicable)
- Window washing (if applicable) other than Entrance glass
- Power wash sidewalks around entrances 2x per year to remove gum, dirt and grease



**Store Team Responsibilities:**
- Empty trash cans throughout the day
- Sweep sidewalk prior to store opening
- Ice melt applied as applicable

## Housekeeping Top 10 Daily Quality Expectations

### 1
# *Entrances*

**Your Entrance meets Brand, if:**
- Entrance glass is free of fingerprints, smudges at store opening
- No streaks on door, stainless
- Entrance mat is free of gum, debris, and stains
- Trash cans are clean and emptied regularly to avoid overflow

**Contractor Responsibilities**
- Entrance doors: clean metal, glass, kick plates, thresholds inside and out (both sets of doors if applicable)
- Clean all other entrance glass and metal up to 7 feet in height inside and out
- Vacuum all entrance and Vestibule entrance mats (extract as necessary to remove dirt, stains, salt residue)
- Empty Trash cans (replace liners), cigarette urns.
- Spot clean EAS towers at each entrance
- Spot clean stroller racks, if applicable

**Store Team Responsibilities**
- Maintain cleanliness throughout the day, which includes
  - Empty trash at entrance throughout the day
  - Keep glass free of fingerprints, smudges
  - Ensure any and all spills are promptly cleaned up



<1>
Case 5:06-cv-00568-XR   Document 88-4   Filed 12/18/07   Page 4 of 16
</1>

## 2
## Restrooms

**Your Restroom meets Brand, if:**
- Floor and grout are clean
- Walls, mirrors, sinks are clean
- Paper products are full and all dispensers are operational
- Partitions are clean and free of dust
- Smells clean

**Contractor Responsibilities:**
- Clean and sanitize toilets, urinals and sinks
- Floors; sweep, mop, machine scrub as necessary, sanitize
- Spot wash walls, partitions, doors (thoroughly scrub where necessary)
- Clean and refill all dispensers, soap, paper products
- Empty trash and replace liners
- Once a month: clean air vents / diffusers and replace Good Sense air freshener

**Store Team Responsibilities:**
- Check hourly and complete the following as necessary
    - Ensure any and all spills are promptly cleaned up
    - Wipe down sinks
    - Refill soap dispensers
    - Wipe down changing station
    - Check paper products
    - Complete Restroom checklist



## 3
## Hard Surfaces

**Your Hard Surface meets Brand, if:**
- Ceramic Tile/VCT has a consistent clean look throughout the sales floor
- Spills are handled immediately and cleaned up by the Store team
- Floor is free of wrappers, debris, hangers and tags

**Contractor Responsibilities:**
- Dust mop all hard surfaces
- Remove gum, tar, stickers, etc, all hard surfaces

**Ceramic Tile:**
- Sweep and spot mop daily
- Machine Scrub/ Auto Scrub as needed
- No Burnishing of this floor
- No Floor Finish (a.k.a. Wax) is ever applied to this floor

**VCT flooring:**
- Sweep and spot mop daily
- Machine Scrub/ Auto Scrub as needed
- Burnish hard surface where needed to maintain consistent "wet look"
- Floor finish applied as needed to maintain "wet look"
    - Deep Scrub and recoat Floor Finish as needed
    - Full Strip out maximum of once a year

**Store Team Responsibilities:**
- Maintain a distraction free environment throughout the day, which includes:
    - Block off and clean up spills
    - Empty sales floor trash as needed
    - Pick up any and all debris throughout the sales floor



*Interior Brand Maintenance*

# 4
## *Carpets*

**Your Carpet meets Brand, if:**
- At store opening, carpet is clean and free of gum, stickers, debris and large spots
- Carpet edges are free of wax buildup and burn marks
- Carpet transition strip is free of wax

**Contractor Responsibilities:**
- Vacuum 50% of sales floor carpeting daily
- Pick, pan and broom the 50% portion that was not vacuumed or use battery operated wide area vac daily
- Vacuum all fitting rooms daily
- Spot clean all sales floor carpeting daily as spots appear, including removal of gum and debris
- Full extraction 1x per year to maintain clean bright carpet
- Pick, pan and broom all non-sales floor carpeting (offices, gift wrap, conference room, audit room)

**Store Team Responsibilities:**
- Maintain a distraction free environment throughout the day, which includes
  - Clean up spills as they occur (blot the spill with a clean towel)
  - Empty sales floor trash as needed
  - Pick up any and all debris throughout the carpeted areas
  - Move racks out of way and back into position in order to facilitate full extraction by the contractor 1x per year
  - Vacuum non-sales floor carpeting as needed (offices, gift wrap, conference room, audit room)



# 5
## *Food Service*

**Your Food Service Area (if applicable) meets Brand, if:**
- Floor in seating area is clean.
- Tables, chairs and counters are wiped down and clean
- Trash cans are clean and emptied regularly to avoid overflow

**Contractor Responsibilities**
- Guest seating, Food Prep and Storage areas:
  - Thoroughly sweep floor, including under all equipment, tables, food prep room, etc.
  - Mop and sanitize entire floor, including floor inside trash compartment and under drink station
  - Vacuum and clean any fabric matting located in Guest seating area
  - Empty all trash receptacles, disinfect inside and out, and replace liners
  - Machine scrub or power wash, rinse and sanitize flooring (every 2 weeks)



## Food Service *(cont.)*

**Store Team Responsibilities**
- Guest seating, Food Prep and Storage areas:
  - Clean and sanitize all counters, sinks, utensils used in food preparation
  - Clean tables, chairs and counters throughout the day
  - Clean vents, food prep equipment, walls and trash cans
  - Sweep and mop throughout the day as necessary
  - Empty all trash receptacles throughout day
  - Food Service team members are responsible for cleaning all (rubber) mats behind the counter.
  - Deep cleaning of the kitchen area will be coordinated with each location. Food Service team members are responsible for moving all equipment away from wall to allow contractor to thoroughly clean. (Floor only)
- **Note:** Hood, Vent and Duct cleaning is contracted out to a third party. This service is not included in our Housekeeping Contractor's contract.

## 6. Fitting Rooms

**Your Fitting Room meets Brand, if:**
- Carpet is clean and free of large spots and stains
- Walls, doors and mirrors are free of dust and fingerprints
- No pins, needles, hangers on floor or benches

**Contractor Responsibilities:**
- Vacuumed daily, carpet is clean and free of pins, clips, stains and debris
- Spot clean carpet as needed.
- Mirrors and benches are wiped down and free of spots, streaks and stains
- Doors/walls are wiped down and are clean and free of dirt and dust

**Store Team Responsibilities:**
- Clean up spills, debris as they occur throughout the day
- Maintain the cleanliness of mirrors, benches
- Pick up clothes, clips, and hangers.



*Interior Brand Maintenance*

# 7 Leased Business

**Your Leased Business (if applicable) meets Brand, if:**
- Carpet is clean
- Hard surface is clean
- Trash is emptied regularly and not overflowing

**Contractor Responsibilities:**
- Vacuum all carpeting
- Mop / scrub hard surfaces
- Empty trash

**Store Team Responsibilities:**
- Clean fixtures, counters and any displays, as needed
- Empty trash throughout the day as needed
- Dusting, cleaning of walls, vents and counters, as needed

# 8 General Housekeeping

**Your General Housekeeping meets Brand, if:**
- Store appears clean with attention to detail
- Drinking fountain and public phones are clean
- Cash wraps and counters are clean

**Contractor Responsibilities:**
- Empty trash from all locations daily
- Drinking fountain/public phone – clean and sanitize (daily)
- Cash Wraps- flooring, base deck edges and trash only (daily)
- Clean base decks and kick plates as necessary to remove stripper and wax residue
- Housekeeping closet area kept neat and clean

**Store Team Responsibilities:**
- Cleaning sales floor displays, merchandise fixtures, cashier stations, office furniture and Guest service counters, as needed.
- Stockroom is swept by the store team (daily)
- Sales floor doors and walls are cleaned, as needed
- Flow Process clean up, for store opening, is completed by flow team.



*Interior Brand Maintenance*

## 9
## *Elevators/Escalators*

Your Elevator and Escalator (if applicable) meets Brand, if:
- Escalators are wiped down and free of grease, dust and dirt
- Elevators are free of dirt, debris and fingerprints

**Contractor Responsibilities:**
*Escalators*
- Clean treads and sides (daily)
- Clean floor plates at the base of both floors (daily)
- Clean handrails and chrome adjacent to the handrails, spot clean the dividing wall between up and down escalator. Spot clean areas accessible from escalator steps only

*Elevators*
- Clean floor and walls of elevator to remove dirt, debris, and fingerprints (daily)
- Clean elevator ceiling and vents (weekly)

**Store Team Responsibilities:**
*Escalators*
- Clean up spills using damp rag- Do not spray liquid on treads
- Wipe down railing a minimum of twice daily using rag and general purpose cleaner

*Elevators*
- Clean up any and all spills that occur in the elevator cab throughout the day
- Keep walls and/ or glass of elevator touched up throughout the day



## 10
## *Break Room*

Your Team Member Service Center/ Break room meets Brand, if:
- Floors, tables, chairs, counters and sink are clean
- Locker area is clean and neat
- Hallways, break room and training room are distraction free

**Contractor Responsibilities:**
- Sweep and spot mop (daily)
- Machine Scrub/Auto Scrub, as needed
- Empty all trash throughout the break room /office area (daily)

**Store Team Responsibilities:**
- Keep breakroom area clean and neat
- Clean refrigerator, microwave, sink, counter and utensils, as needed
- Clean walls and trash cans, as needed
- Responsible for cleaning any displays, fixtures, furniture, tables and chairs, as needed



# Guía de Referencia para Mantenimiento de Marca Servicios para Instalaciones





con beneficios

# Mantenimiento de marca

## *Meta*

- Lograr consistencia en cada una de las tiendas diariamente
- Controlar los gastos
- Ofrecer recursos sencillos para las tiendas

## *Resultado*

Diferenciarnos de otros a través de la imagen de limpieza de nuestra marca

**Esta Guía de Referencia incluye información para:**

- **Comunicar las necesidades del mantenimiento de marca**
- **Mantenimiento exterior**
- **Mantenimiento interior de marca**
  *(Las 10 expectativas diarias principales de calidad en el cuidado y la administración general de la propiedad)*

## Centro de Operaciones de Servicio a Instalaciones (BSOC)

Las tiendas pueden comunicarse con BSOC llamando al
**1-888-888-0304**
o
por correo electrónico: BSOC@target.com
las 24 horas del día, los 7 días de la semana
y seleccionar entre las siguientes opciones:

**Opción 1:**
- Trabajos de mantenimiento general
- Trabajos de Contratos de Servicio (cuidado y administración de la propiedad, jardinería, etc.)
- Plomería
- Puertas
- Cerraduras
- Generador
- Reparaciones de equipo (servicios alimenticios, empacadora, etc.)

**Opción 2:**
- Calefacción
- Climatización
- Control de iluminación

**Opción 3:**
- Alarma contra incendios/robos
- Asuntos de servicio
- Preguntas de monitoreo
- Registro de datos
- Pruebas

**Opción 4:**
- Centro de Reparaciones Electrónicas (ERC, sus siglas en inglés)

Servicios para Instalaciones enviará a un contratista, a un representante de Servicios para Instalaciones o le pondrá en contacto con alguien que pueda resolver su problema.

**Mantenimiento de marca en exteriores**

Su exterior cumple las expectativas de marca si:
- El estacionamiento está libre de basura, hielo y desechos
- La acera está limpia y libre de hielo, goma de mascar, desechos y obstáculos que puedan provocar tropezones
- Las luces funcionan; los postes se encuentran firmes en posición y pintados
- Se mantienen en buenas condiciones las zonas con jardinería
- Las latas de basura están limpias y se vacían regularmente para evitar que se desborden

**Responsabilidades del contratista:**
- Jardinería
- Barrido del solar
- Remoción de nieve (si corresponde)
- Lavado de ventanas (si corresponde) que no sean parte de la puerta de entrada
- Lavado con agua a presión de las aceras alrededor de las puertas dos veces al año para la remoción de goma de mascar, sucio y grasa



**Responsabilidades del Equipo de la Tienda:**
- Vaciar las latas de basura durante el día
- Barrer la acera antes de abrir la tienda
- Regar material para derretir el hielo según se necesite

# Las 10 expectativas diarias principales de calidad en el cuidado y la administración general de la propiedad

## 1 Entradas

**Mantenimiento de marca en interiores**

Su entrada cumple las expectativas de marca si:
- El vidrio de la entrada se encuentra libre de manchas de huellas dactilares y grasa al momento de abrir la tienda
- No hay rayas en el vidrio, el acero inoxidable
- El tapete de la entrada está libre de goma de mascar, desechos y manchas
- Las latas de basura están limpias y se vacían regularmente para evitar que se desborden

**Responsabilidades del contratista:**
- Puertas de entrada; limpiar el metal, vidrio, protectores de bordes y umbrales interiores y exteriores (los dos juegos de puertas si es aplicable)
- Limpiar todo vidrio y metal interior y exterior que se encuentre a una altura de hasta 7 pies
- Pasar la aspiradora por todos los tapetes de la entrada y el vestíbulo (extraer según se necesite para eliminar el sucio, las manchas y los residuos de sal)
- Vaciar las latas de basura (cambiar las bolsas de basura) y los colilleros
- Limpie las torres EAS en cada entrada
- Limpie las cestas de los cochecitos de niños si es aplicable.

**Responsabilidades del Equipo de la Tienda:**
Mantener la instalación limpia durante el día, incluidos:
- Vaciar las latas de basura en la entrada durante el día
- Mantener el vidrio libre de manchas de huellas dactilares y grasa
- Asegurarse de que todos los derrames se limpien sin demora



## 2
## *Baños*

Su baño cumple las expectativas de marca si:
- El piso y la lechada de las losetas están limpios
- Las paredes, los espejos y los lavamanos están limpios
- Los productos de papel y las piezas fijas para su distribución están llenas y funcionan
- Los compartimentos están libres de polvo y limpios
- El área huele a limpio

**Responsabilidades del contratista:**
- Limpiar y desinfectar los inodoros, urinarios y lavabos
- Pisos; barrer, trapear y restregar con máquina según se necesite, desinfectar
- Lavar áreas sucias en las paredes, los tabiques de los compartimentos y las puertas (restregarlos completamente donde sea necesario)
- Llenar y limpiar todas las piezas para distribución de jabón y productos de papel
- Vaciar todas las latas de basura y cambiar las bolsas de basura
- Una vez al mes: limpiar las rejillas de ventilación/difusores y reemplazar el desodorante de aire Good Sense

**Responsabilidades del Equipo de la Tienda:**
- Inspeccionarlos cada hora y completar las siguientes tareas según se necesiten:
  - Asegurarse de que todos los derrames se limpien sin demora
  - Pasarle trapo a los lavabos
  - Pasarle trapo a la estación para cambiar cuando se necesite
  - Revisar los productos de papel
  - Completar la Lista de Inspección para Baños



## 3
## *Superficies duras*

Sus superficies duras cumplen las expectativas de marca si:
- Las losetas de cerámica y las losetas de vinilo (VCT) tienen un aspecto de limpieza uniforme por todo el piso de ventas
- El equipo de la tienda atiende y limpia los derrames inmediatamente
- El piso, está libre de envolturas, desechos, ganchos de ropa y etiquetas

**Responsabilidades del contratista:**
- Trapear el polvo de las superficies duras
- Eliminar restos de goma de mascar y brea, etc.

**Losetas de cerámica:**
- Barrer/trapear el polvo de los pisos diariamente
- Restregar con máquina el piso cuando sea necesario
- Estos pisos, no se pulen
- La cera de acabado nunca se usa en estos pisos

**Suelos de VCT (losetas de compuesto de vinilo):**
- Barrer y trapear diariamente
- Restregar con máquina el piso según se necesite
- Pulido de alta velocidad donde sea necesario para mantener la apariencia de "suelos mojados"
- La cera de acabado se aplica según se necesite para mantener la apariencia de "suelos mojados"
  - Restriegue profundamente y vuelva a aplicar la cera de acabado según se necesite
  - Restriegue totalmente la cera, máximo de una vez al año

**Responsabilidades del Equipo de la Tienda:**
Mantener un entorno libre de distracciones durante el día, incluidos:
- Bloquear y limpiar los derrames.
- Vaciar la basura del piso de ventas según se necesite
- Recoger todo desecho que se encuentre en el piso de ventas



Case 5:06-cv-00568-XR   Document 88-4   Filed 12/18/07   Page 13 of 16

# 4 Alfombras

**Su alfombra cumple las expectativas de marca si:**
- La alfombra está limpia y libre de goma de mascar, pegatinas, desechos y manchas grandes al momento de abrir la tienda
- Los bordes de la alfombra están libres de acumulación de cera y marcas de quemado
- Los bordes de transición de la alfombra no tienen cera

**Responsabilidades del contratista:**
- Aspirado del 50% de la alfombra del piso de ventas diariamente
- Barra y recoja el otro 50% que no fue aspirado o utilice la aspiradora ancha que se opera con baterías.
- Aspire todos los probadores
- Limpie todas las alfombras del piso de ventas diariamente conforme van apareciendo manchas, incluyendo goma de mascar y desechos
- La aspiración completa una vez al año para mantener una alfombra limpia.
- Recoja y barra todas las alfombras que no sean salas de ventas (oficinas, zona de empaque de regalos, sala de conferencias, y el cuarto de auditoria)

**Responsabilidades del Equipo de la Tienda:**
- Mantener un entorno libre de distracciones durante el día, incluidos:
  - Limpiar los derrames cuando ocurran (secar el derrame con una toalla limpia)
  - Vaciar la basura del piso de ventas según se necesite
  - Recoger todos los desechos a lo largo de todas las áreas alfombradas
  - Mover los percheros para que no estorben y colocarlos nuevamente en posición para hacer más fácil la labor de extracción del contratista una vez al año
  - Aspirar las alfombras que no sean piso de ventas (oficinas, zona de empaque de regalos, sala de conferencias, y el cuarto de auditoria)



# 5 Servicios alimenticios

**Su área de Servicios Alimenticios (si es aplicable) cumple las expectativas de marca si:**
- El piso en el área de consumo de alimentos está limpio
- Se les pasa trapo y se mantienen limpios las mesas, las sillas y los mostradores
- Las latas de basura están limpias y se vacían regularmente para evitar que se desborden

**Responsabilidades del contratista:**
- Áreas de consumo de alimentos, de preparación de alimentos y de almacenaje:
  - Barrer con cuidado el piso, incluyendo por debajo de todo el equipo, mesas, sala de preparación de alimentos, etc.
  - Trapear y desinfectar todo el piso, incluido el piso dentro del compartimento de la basura y bajo la estación de refrescos
  - Pasar la aspiradora y limpiar todos los tapetes de tela ubicados en el área de asientos para los clientes
  - Vaciar todas las latas de basura, desinfectarlas por fuera y por dentro y cambiar las bolsas de basura
  - Restregar con máquina o lavar con equipo mecánico, enjuagar y desinfectar el piso (cada 2 semanas)



## Servicios alimenticios *(cont.)*

**Responsabilidades del Equipo de la Tienda:**
Áreas de mesas para clientes, de preparación de alimentos y de almacenaje:
- Limpiar y desinfectar todos los mostradores, fregaderos y utensilios usados para preparar los alimentos
- Limpiar mesas, sillas y mostradores durante el día
- Limpiar las rejillas de ventilación, el equipo de preparar los alimentos, las paredes y las latas de basura
- Barrer y trapear durante el día según se necesite
- Vaciar todas las latas de basura durante el día
- Los miembros del equipo de Servicios Alimenticios son responsables de limpiar todos los tapetes (de goma) detrás de los mostradores
- La limpieza detallada del área de cocina se coordinará con cada ubicación. Los miembros del equipo de Servicios Alimenticios son responsables de retirar todo el equipo de las paredes para que los contratistas logren acceso para limpiar con cuidado el área. (Sólo el suelo)
- **Nota:** La limpieza de la campana de grasa, los ventiladores y las rejillas se contrata a terceros. Este servicio no está incluido en nuestro contrato de cuidado y administración general de la propiedad.

## 6 Probadores

Sus probadores cumplen las expectativas de marca si:
- La alfombra está limpia y libre de manchas grandes
- Las paredes, las puertas y los espejos están libres de polvo y marcas de huellas dactilares
- No hay alfileres, agujas ni ganchos de ropa en el piso o los bancos

**Responsabilidades del contratista:**
- Pasar la aspiradora diariamente, asegurar que la alfombra esté libre de alfileres, sujetapapeles, manchas y desechos
- Limpiar áreas manchadas de la alfombra según se necesite
- Pasarle trapo a los espejos y bancos y mantenerlos libres de sucio, polvo y desechos
- Pasar trapo por las puertas las paredes y mantenerlas limpias y libres de sucio y polvo

**Responsabilidades del Equipo de la Tienda:**
- Limpiar derrames, desechos según ocurran durante el día
- Mantener los espejos y bancos limpios
- Recoger las piezas de ropa, los sujetapapeles y los ganchos de ropa



## 7 Negocios arrendados

Sus negocios arrendados de la tienda cumplen las expectativas de marca si:
- La alfombra está limpia
- Los pisos de superficie dura están limpios
- Se vacían regularmente las latas de basura y no se dejan llenar al tope

Responsabilidades del contratista:
- Pasar la aspiradora por toda la alfombra
- Trapear y refregar los pisos de superficie dura
- Vaciar la basura

Responsabilidades del Equipo de la Tienda:
- Limpiar las piezas fijas, los mostradores y cualquier vidriera presente, según se necesite
- Vaciar la basura durante el día según se necesite
- Remoción de polvo, limpiar las paredes, rejillas de ventilación y mostradores, según se necesite

## 8 Cuidado general de la propiedad

Su cuidado general de la propiedad cumple las expectativas de marca si:
- Se puede apreciar que la limpieza de la tienda presta atención a los detalles
- Las fuentes de agua y los teléfonos públicos están limpios
- El piso de las líneas de cobro, los mostradores, las columnas con espejos y las cornisas están limpios

Responsabilidades del contratista:
- Vaciar las latas de basura durante el día de todas las ubicaciones
- Las fuentes de agua y los teléfonos públicos están limpios y desinfectados (diariamente)
- Las líneas de cobro, los bordes de las bases y basura solamente (diariamente)
- Limpiar las bases, los protectores de las puertas según sea necesario para remover el residuo de solvente y cera
- Mantener el casillero de la limpieza limpio y organizado

Responsabilidades del Equipo de la Tienda:
- Limpiar las exhibiciones en el piso de ventas, los elementos de mercancía, las estaciones de cajeros, los muebles de oficina, las vitrinas, las áreas de exhibición iluminada de mercancía y los elementos de exhibición en paredes
- Barrer la sala del almacén diariamente
- Limpiar las puertas y paredes del piso de ventas según se necesite
- El proceso de flujo de limpieza está completo para antes de abrir la tienda por el equipo de flujo



## 9. *Elevadores y Escaleras automáticas*

Sus elevadores y escaleras automáticas (si corresponde) cumplen las expectativas de marca si:
- Se les pasa trapo a las escaleras automáticas y se mantienen libres de grasa, polvo y sucio
- Los elevadores se encuentran libres de sucio, desechos y manchas de huellas dactilares

**Responsabilidades del contratista:**
*Escaleras automáticas*
- Limpiar los escalones y las paredes (diariamente)
- Limpiar las placas del suelo en la base de los dos pisos (diariamente)
- Limpie los pasamanos y el cromo cerca de los pasamanos, limpie bien la pared que divide las escaleras entre la que sube y la que baja. Limpie las áreas accesibles desde las escaleras automáticas solamente.

*Elevadores*
- Limpiar los pisos y las paredes de los elevadores para quitar el sucio, los desechos y las manchas de huellas dactilares - diariamente
- Limpiar el techo y las rejillas de ventilación del elevador - semanalmente

**Responsabilidades del Equipo de la Tienda:**
*Escaleras automáticas*
- Limpiar derrames con un trapo húmedo. No rocíe los escalones con líquidos.
- Pasar un trapo con limpiador de uso general por los pasamanos al menos dos veces al día

*Elevadores:*
- Limpiar todo derrame que ocurra dentro de la cabina del elevador durante el día
- Mantener las paredes y/o los vidrios del elevador limpios durante el día



## 10. *Sala de Descanso*

Su Centro de Servicios para los Miembros de Equipo/Sala de Descanso cumple las normas expectativas de marca si:
- Los pisos, las mesas, los mostradores y el fregadero están limpios
- El área de casilleros está limpia y ordenada
- Los pasillos, la Sala de Descanso y la Sala de Capacitación se encuentran libres de distracciones

**Responsabilidades del contratista:**
- Barrer y trapear las manchas (diariamente)
- Trapear y restregar con máquina según se necesite
- Vaciar todas las latas de basura en las áreas de Sala de Descanso/oficina (diariamente)

**Responsabilidades del Equipo de la Tienda:**
- Mantener la Sala de Descanso limpia y organizada
- Limpiar el refrigerador, el horno de microondas, el fregadero, los mostradores y los utensilios según se necesite
- Limpiar las paredes y las latas de basura según se necesite
- Responsables de limpiar estanterías, piezas fijas, muebles, mesas y sillas, según se necesite

