Plaintiffs' Appendix of Summary Judgment Evidence

# Exhibit 5c

## Target Corporation
## Contractor Handbook

- Tab: COMMUNICATION PROCESS

COMMUNICATION PROCESS

# HOUSEKEEPING ISSUES / RESOLUTIONS FLOW PROCESS
## STEP 1 – Initial Contact (BSOC Responsibility)



**STORE HSKP ISSUE(s)**
All Calls & E-mails from:
Target, Mervyns & Marshall Fields

**BSOC**
1-888-888-0304
BSOC@Target.com
24/7

**Identify Caller:**
Name, Title, Store

**Identify Issue**
*(W.O. # created)*

**Normal Flow**

**SAT to Contractor:**
☐ Auto e-mail within 15 min.

**STEP 2**

**Priority Flow**

**EMERGENCY**
☐ No Shows
☐ Safety & Hazard issues
  ➤ Wet Carpet
  ➤ Slippery Floor

**To Contractor:**
☐ Auto e-mail
☐ Page w/ call back

**If no response to Page, call Contract Services**

**STEP 2**

**ESCALATION**
☐ Calls from DTL, RVP, RD, SVP & Zone Managers

**To Contractor:**
☐ Auto e-mail
☐ Page w/ call back

**If no response to Page, call Contract Services**

**STEP 2**

Page 1

# HOUSEKEEPING ISSUES / RESOLUTIONS FLOW PROCESS

## STEP 2 – Resolution / Action Plan (Contractor & Contract Services Responsibility)



Hskp. Issues/Resolutions Flow Process – Contractor Handbook 6/02

# HOUSEKEEPING ISSUES / RESOLUTIONS FLOW PROCESS

## Step 3 – Reporting (Contract Services Responsibility)



BST.Contracts receives RESOLUTION / ACTION PLAN from Contractor

Closeout Issue, Merge Data for Reporting

SVP'S & Above Receive Executive Summary By Region & Summary Report By Store

RVP'S / RD's & Below Receive Summary Report By Store & Detail BSOC Call Report

ALL STORE REPORT  (T, M, MF)
- Sort by Region/Group/District/Store #

BY GROUP REPORT  (T, M, MF)
- Sort by District/Store #

BY DISTRICT REPORT  (T, M)
- Sort by Store #

BY ZONE MGR. REPORT  (T, M, MF)
- Sort by BSAM/District/Store #

BY BSAM REPORT  (T, M, MF)
- Sort by District/Store #

BY HSKP CONTRACTOR REPORT  (T, M, MF)
- Sort by Region/Group/District/Store #

(T, M, MF) = Target, Mervyns, Marshall Fields

Page 3



**Target Corporation Building Services**

# HOUSEKEEPING BRAND MEASUREMENT TOOLS OVERVIEW

Over the last few months we have distributed the following tools to all Target stores:

- ➢ Monthly Housekeeping Quality Report
- ➢ Building Services Operations Center (BSOC) – call/e-mail issues 24/7
- ➢ Monthly Housekeeping Quality Checklist – Form F5099.33
- ➢ Building Services Brand Maintenance Guide – Form F5092.33
- ➢ Restroom Daily Checklist – Form F1747.01 (Rev. 1-00)

Below is a detailed overview of these housekeeping tools that will provide clarification to many of the questions we have received over the last few months.

## MONTHLY HOUSEKEEPING QUALITY REPORT:

### What Is Being Provided?

A monthly recap by Group/District/Store/Contractor which indicates the most recent month housekeeping quality checklist scores and all calls/e-mails received by BSOC during that month.

### Weighted Average For Each Category:

| General Information | | | Monthly Housekeeping Quality Checklist Recap | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Entrances | Restrooms | Hard Surface – Sales Flr | Carpet – Sales Flr | Food Service | Fitting Rooms | Leased Businesses | General Housekeeping | Elevators – Escalators | Team Break Room |
| | | | | | | | | | | | | |
| WEIGHTING FOR "GREEN" | | | 10 | 15 | 15 | 15 | 10 | 7 | 7 | 7 | 7 | 7 |
| WEIGHTING FOR "YELLOW" | | | 6 | 9 | 9 | 9 | 6 | 4 | 4 | 4 | 4 | 4 |
| WEIGHTING FOR "RED" | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

- ➢ N = N/A on the report for categories such as elevators and leased businesses that do not apply to certain stores.  Scoring is proportionately reallocated among the remaining categories.

- ➢ Average quality checklist score is based on: RED = 0-59; YELLOW = 60-79; GREEN = 80-100

- ➢ Work order number and date on the report indicate a call or e-mail received by BSOC regarding a housekeeping issue.  The call detail by group number is provided in a separate attachment.

| BUILDING SERVICES OPERATION CENTER (BSOC): |
| --- |

### What Is Being Provided?

All calls (1-888-888-0304) and e-mails (BSOC@target.com) received by the BSOC team that are related to Housekeeping will be turned into Work Orders and e-mailed to the housekeeping contractor directly **24 hours a day 7 days a week.**

#### BSOC Normal Flow Process:

**Step 1:**  The housekeeping contractor will hear about a store's issue(s) via e-mail approx. 15 min. after B.S.O.C. receives a store call.  E-mails sent to BSOC will be processed the same-day and e-mailed to the contractor.  Within 24-hours the housekeeping contractor should contact store directly regarding resolution of issue(s).

**Step 2:** Within 48-hours the housekeeping contractor will e-mail resolution/action plan to initial store contact, STL and cc' Contract Services team (BST.Contracts@target.com).  The work order will be closed-out when action plan/resolution has been received.

#### BSOC Priority Flow Process:

Priority flow works identical to the normal flow process above except in "Step 1" there is a 2-tier level of response.  In addition to the housekeeping contractor receiving work order e-mails, the contractor will also receive a page that requires a call back to BSOC.  This is the same 24/7 process already in place for no-shows.  The following is considered Priority Flow:

**Emergency Calls:**
- No Shows
- Safety and hazard issues such as:
  - Wet carpet during store open hours
  - Slippery tile floor

**Call Escalation:**
- Calls from DTL's, RVP's, RD's, SVP's, and Building Services Zone Mgr.'s

#### Important Note To Remember:

**The number of calls and/or issues BSOC receives is not necessarily a bad thing. Repeat, unresolved issues and the failure to respond in a timely manner are the most heavily weighted NEGATIVE factors when we rank contractors among peers, in conjunction with the Monthly Housekeeping Checklist results.**

#### Store Responsibility:

Stores should call or e-mail BSOC with housekeeping issues that are not being addressed during your morning walk through or if repeat issues are occurring in your store.  Other suggestions to improve brand include:

- Involve the contractor in your District meetings where appropriate.
- Recognize your cleaning crew when they are meeting or exceeding expectations.
- Communicate issues to your cleaning crew directly during walk through
- Communicate issues to BSOC to involve Contractor Mgmt. & Contract Services in resolution process.

#### Contractor Responsibility:

All Work Orders are to be acted upon within 24 hours of receipt of the e-mail.  We will use the time the Work Order was initiated as the start of the 24-hour period.

All Timing and Action Plans are due back to the Store & BST.Contracts@target.com within 48 hours of receipt of the Work Order.

**Contract Services Team Responsibility:**

Contract Service Team will act as the gatekeeper, with the following functions:

➢ Follow up on delinquent work orders.
➢ Check to make sure all issues were addressed – follow-up as needed
➢ Match up work orders with timing & actions plans turned in by contractor.
➢ Rectify all work orders and timing and action plans along with the Monthly Housekeeping Checklist and report the results on a monthly basis, to Stores Organization, Building Services and each contractor.

## TARGET CORP. MONTHLY HOUSEKEEPING QUALITY CHECKLIST

### What Is Being Provided?

This checklist is a tool for the store team to give the Housekeeping Contractor their feedback on the past 30-days performance. Each month the original checklist signed by store & contractor is sent to HQ where it is compiled for reporting and trend analysis. NOTE: Contractor is responsible for sending completed checklist to the Contracts Services Team at HQ.

### Store Responsibility:

Provide time to walk the store once a month with the housekeeping contractor and give feedback on the past 30-days performance. Complete green/yellow/red form, sign & print name, and make sure your store number is correct. Where possible, schedule a walk through at the same time every month.

### Contractor Responsibility:

The contractor is responsible scheduling monthly walk-through with the store and turning in the completed checklists. All checklists are due by the 15th of the following month (i.e., Jan. checklists are due Feb. 15th). Contractor can schedule a store walk through beginning the last week of the checklist month through the 14th. Set up a schedule time (via email or phone) with the STL to walk the stores by 11:00 am. Where possible, schedule the walk through at the same time every month.

When the scheduled walk through occurs and:
➢ The STL does not show within 15 to 30 minutes, have another store executive walk the store with you and have them sign the checklist. If no other executive is available to walk with the contractor, complete the checklist and indicate 'STL N/A to walk'.
➢ The Contractor does not show within 15 to 30 minutes, the store receives some "Extra" cleaning decided by the STL over & above the contract.

**NOTE:** Some contractors have started using a daily checklist to improve their service performance. While this is an acceptable tool for the contractor, only the official monthly quality checklist along with calls/e-mails to BSOC (refer to 1st page of Brand Reference Guide) will be used for reporting and tracking performance of the contractor.

## BUILDING SERVICE BRAND MAINTENANCE REFERENCE GUIDE:

### What Is Being Provided?

The Brand Maintenance Reference Guide is a tool that clearly defines brand expectations and clarifies Store & Contractor role related to exterior and interior brand maintenance.

### Store Responsibility:

Educating and training store teams on brand maintenance and ensuring superior execution.

### Contractor Responsibility:

Ensuring brand is maintained on a daily basis.

## RESTROOM CHECKLIST:

### What Is Being Provided?
The Restroom Checklist is a company wide program to improve restroom cleanliness for our guests during store open hours.

### Store Responsibility:
Check guest restrooms on an hourly basis to maintain a clean restroom throughout the day. Refer to Brand Maintenance Reference Guide #2 Restrooms/Store Team Responsibilities, for details on what is involved in hourly checks.

### Restroom Checklist Form/Holder:
➢ The restroom checklist is to be placed in a plastic holder attached to the back of the guest restroom doors.
  o If your store is missing these plastic holders, please e-mail BST.Contracts@target.com and we'll follow-up to ensure they are installed.
➢ Sign-off on Restroom Checklist each hour during business hours.
➢ Form is changed out on a weekly basis every Saturday night. Checklist should be kept for 1-year in Safety binder, in case they are needed to defend a slip and fall accident.

## CONTACT INFORMATION

**General Questions Regarding The Housekeeping Program:**
E-mail BSOC@Target.com or BST.Contracts@Target.com

**Store Cleaning Issues/Housekeeping Contractor Issues:**
Call the Building Service Operation Center (BSOC) at 1-888-888-0304 - 24-hours a day, 7 days a week.

# Building Services
# Brand Maintenance
# Reference Guide





Building
Services
The Power in Action
One



# Brand Maintenance

## Goal

- Achieve consistency every day in every store.
- Control expense.
- Provide simple resources for stores.

## Result

Differentiate ourselves with our clean brand image.

### This reference guide includes:

- **Communicating Brand Maintenance Needs**

- **Exterior Brand Maintenance**

- **Interior Brand Maintenance**
  *(Housekeeping Top 10 Daily Quality Expectations)*

## Building Services Operations Center *(BSOC)*

Stores can call the BSOC at

### 1-888-888-0304

or

E-mail: BSOC@Target.com
24 hours a day, 7 days a week and
select the following options:

**Option 1:**
- General Maintenance Issues
- Service Contract Issues (housekeeping, landscape, etc.)
- Plumbing
- Doors
- Locks
- Generator
- Equipment Repairs (Food Service, baler, etc.)

**Option 2:**
- Heating
- Cooling
- Lighting Control

**Option 3:**
- Fire/Burglar Alarm
- Service Issues
- Monitoring Questions
- Data Entry
- Testing

**Option 4:**
- Electronic Repair Center (ERC)

Building Services will dispatch a contractor, Building Services representative, or put you in a touch with someone who can solve your problem.

**Your Exterior is meeting Brand if:**
- Parking lot is free of litter, ice and debris
- Sidewalk is clean and free of ice, gum, debris, and no trip hazards
- Lights are functional; poles are solidly in place, painted
- Landscaping is well maintained
- Trash receptacles are clean and emptied regularly to avoid overflow

**Contractor Responsibilities:**
- Landscaping
- Lot sweeping
- Snow removal (if applicable)
- Window washing (if applicable) other than entrance glass
- Empty the two exterior trash receptacles, replace liners



**Store Team Responsibilities:**
- Empty trash receptacles throughout the day
- Sweep sidewalk prior to store opening
- Ice melt applied as needed
- **Note:** Store or the SBS maintains sidewalk daily by performing the following:
  - Sweep or power vacuum
  - Power wash as needed to remove gum, dirt and grease





# *Entrances*

**Your Entrance is meeting Brand if:**
- Entrance glass is free of fingerprints, smudges at 8:00 a.m.
- No streaks on door, stainless
- Entrance mat is free of gum, debris, and stains
- Trash receptacles are clean and emptied regularly to avoid overflow

**Contractor Responsibilities:**
- Entrance doors: clean metal, glass, kick plates, thresholds inside and out (both sets of doors if applicable)
- Clean all other entrance glass and metal up to 7 ft in height inside and out
- Vacuum all entrance and vestibule entrance mats (extract as necessary to remove dirt, stains, salt residue)
- Empty trash receptacles (replace liners), cigarette urns
- Clean cart corral, stainless, cart rail

**Store Team Responsibilities:**
- Maintain cleanliness throughout the day
- Empty trash at entrance throughout the day
- Maintain entrance glass throughout the day
- Ensure any and all spills are promptly cleaned up
- Move shopping carts off and back onto entrance mat for contractor to clean entrance mat
- **Note:** Store/SBS maintains sidewalk daily by performing the following:
  - Sweep or power vacuum
  - Power wash as needed to remove gum, dirt and grease





Exterior Brand Maintenance

Interior Brand Maintenance



# *Restrooms*

**Your Restroom meets Brand if:**
- Floor and grout are clean
- Walls, mirrors, sinks are clean
- Paper products are full and all dispensers are operational
- Partitions are clean and free of dust
- Smells clean

**Contractor Responsibilities:**
- Clean and sanitize toilets, urinals and sinks
- Floors; sweep, mop, machine scrub as necessary, sanitize
- Spot wash walls, partitions, doors (thoroughly scrub where necessary)
- Clean and refill all dispensers, soap, paper products
- Empty trash receptacles and replace liners
- Once a month: clean air vents / diffusers and replace Good Sense air freshener

**Store Team Responsibilities:**
Check hourly and complete the following as necessary:
- Ensure any and all spills are promptly cleaned up
- Wipe down sinks
- Refill soap dispensers
- Wipe down changing station
- Check paper products
- Complete Restroom checklist





# *Hard Surfaces*

**Your Hard Surface meets Brand if:**
- VCT/Terrazzo has "wet look" consistently throughout the sales floor you can clearly distinguish all four bulbs in the reflection (Finish is clear and not yellowing)
- Spills are handled immediately and cleaned up by the store team
- Floor is free of wrappers, debris, hangers and tags

**Contractor Responsibilities:**
- Dust mop all hard surfaces
- Remove gum, tar, stickers, etc., from all hard surfaces
- Empty all trash receptacles, check lanes, spill stations, etc.

**VCT and Terrazzo flooring**
- Machine scrub/auto scrub hard surfaces
- Burnish hard surface where needed to maintain consistent "wet look"
- Floor finish applied as needed to maintain "wet look"
- Deep scrub and recoat floor finish as needed
- Full strip out maximum of once a year

**Concrete (Super Target sales floor only)**
- Machine Scrub/Auto Scrub daily
- Burnish once a month
- No Floor Finish (a.k.a. Wax) or sealer is ever applied to this floor
- Stain removal
- Stains on concrete are removed by aggressively scrubbing with repeated passes with the Auto Scrubber. Most stains will come out within 2-3 passes. May need to scrub out stain by hand with center hole of black scrubbing pad.
- New stores: auto scrub with aggressive pad (black) all concrete nightly for 30 days to bring out the natural shine. Use red or tan pad nightly after the first 30 days.

**Ceramic tile**
- Sweep and mop daily
- Machine scrub/auto scrub as needed
- No burnishing of this floor
- No floor finish (wax) is ever applied to this floor



# Hard Surfaces (cont.)

**Concrete (receiving and Stockroom only)**
- Machine scrub/auto scrub exposed main aisles (max. weekly) NO BUFFING
- No floor finish (wax) is ever applied to the stockroom/receiving floor
- Concrete is permanently sealed on all new stores since March 1994, stores older than 1994 will have sealer applied periodically (max. monthly)

**Store Team Responsibilities:**
Maintain a distraction free environment throughout the day, which includes:
- Block off and clean up spills
- Empty sales floor trash as needed
- Pick up any and all debris throughout the sales floor
- Dust mop racetrack and front lanes minimum twice a day (a.m./p.m.)
- Store to use dust mops, and handles provided by Target, keep stored in a neat and clean fashion in Day Maintenance closet at front of store
- Maintain proper supplies in spill stations (paper towels, wet floor signs)
- Flow team works closely with housekeeping contractor to ensure hard surface is available for cleaning and project work





# Carpets

**Your Carpet meets Brand if:**
- At store opening carpet is clean and free of gum, stickers, debris and large spots
- Carpet edges are free of wax build up and burn marks
- Carpet transition strip is free of wax

**Contractor Responsibilities:**
- All traffic lanes are vacuumed daily
- All carpet is vacuumed weekly
- Detail vacuum entire carpet monthly (detail vacuuming done on a scheduled basis by the project team)
- All carpeting will be spot cleaned daily as spots appear, including removal of gum and debris (includes office carpet)
- Full extraction as needed to maintain clean bright carpet
- Office area: Traffic lanes vacuumed daily and offices vacuumed weekly
- Empty trash receptacles located in spill stations

**Store Team Responsibilities:**
Maintain a distraction free environment throughout the day, which includes:
- Clean up spills as they occur (blot the spill with a clean towel)
- Empty sales floor trash as needed
- Pick up any and all debris throughout the carpeted areas
- Move racks out of way and back into position inorder to facilitate full extraction by the contractor as needed
- Maintain proper supplies in spill stations (paper towels, wet floor signs)





# Food Service

**Your Food Service Area meets Brand if:**
- Floor in seating area is clean
- Tables, chairs and counters are wiped down and clean
- Trash receptacles are clean and emptied regularly to avoid overflow

**Contractor Responsibilities:**
Guest seating area, food prep area and storage area:
- Thoroughly sweep floor
- Mop and sanitize entire floor, including floor inside trash compartment and under drink station
- Vacuum and clean any fabric matting located in guest seating area
- Empty all trash receptacles, disinfect inside and out, and replace liners
- Machine scrub or power wash, rinse and sanitize flooring (every two weeks)

**Store Team Responsibilities:**
- Guest seating, food prep, storage areas:
- Clean and sanitize all counters, sinks, utensils
- Clean tables, chairs and counters throughout day
- Clean vents, food prep equipment, walls, trash cans
- Sweep and mop throughout the day as necessary
- Empty all trash receptacles throughout day
- Clean all (rubber) mats behind counter
- Deep cleaning of the kitchen area will be coordinated with each location. Team members should move all equipment away from wall to allow contractor to thoroughly clean. (Floor only)
- **Note:** Hood, vent and duct cleaning is contracted out to a third party. This service is not included in our Housekeeping Contractor's contract.





# Fitting Rooms

**Your Fitting Room meets Brand if:**
- Carpet is clean and free of large spots and stains
- Walls, doors and mirrors are free of dust and fingerprints
- No pins, needles, hangers on floor or benches

**Contractor Responsibilities:**
- Vacuumed daily, carpet is clean and free of pins, clips, stains and debris
- Spot clean carpet as needed
- Doors are wiped down and are clean and free of dirt and dust

**Store Team Responsibilities:**
- Clean up spills, debris as they occur throughout the day
- Maintain the cleanliness of mirrors, benches
- Pick up clothes, clips, and hangers
- Mirrors, benches are wiped down and are free of dirt, dust and debris



⑦
# Leased Business

**Your Store meets Brand if:**
- Carpet is clean
- Hard surface is clean
- Trash is emptied regularly and not overflowing

**Contractor Responsibilities:**
- Vacuum all carpeting
- Mop / scrub hard surfaces
- Empty trash receptacles

**Store Team Responsibilities:**
- Clean fixtures, counters and any displays
- Empty trash throughout the day as needed
- Dusting, cleaning of walls, vents and counters





General Housekeeping Photo

⑧
# General Housekeeping

**Your General Housekeeping meets Brand if:**
- Store appears clean with attention to detail
- Drinking fountain and public phones are clean
- Check lanes and counters are clean

**Contractor Responsibilities:**
- Stockrooms- Auto Scrub exposed flooring (max. weekly), no buffing
- Chemical Aisle Mats- floor under mats after SBS removes to pressure wash (monthly)
- Drinking fountain/public phone – clean and sanitize (daily)
- Check lanes - flooring, base deck edges and trash only (daily)
- Clean base decks, kick plates, stainless steel as needed to remove floor finish and stripper residue
- Housekeeping closet kept neat and clean
- **Note:** Contractor will leave a clean mop bucket and mop with clean water diluted with neutral cleaner each morning for store use during the day

**Store Team Responsibilities:**
- Cleaning sales floor displays, merchandise fixtures, cashier stations, office furniture and guest service counters
- Maintain stainless on the following:
  - Column wraps
  - Kick plates on doors
  - Corner guards
  - Any fixtures or displays containing stainless
- Stockroom is swept by the store team - daily
- Sales floor doors and walls (including Kydex) are cleaned as needed
- Stores will keep janitor closet locked up at all times, contractor checks out key at TSC
- Store team should use only the equipment and supplies located in the Day Maintenance closet at front of store.
- **Pre-Store opening walk through**
- **Overnight stocking stores:** walk through occurs by 7:45 a.m., crew leaves after walk through
- **Early Morning stocking stores:** walkt hrough with crew lead occurs by 6:30 a.m., crew is allowed to leave immediately
- Flow process clean up, for store opening, is completed by flow team



## ⑨ *Elevators/Escalators*

**Your Elevator and Escalator meets Brand if:**
- Escalators are wiped down and free of grease, dust and dirt
- Elevators are free of dirt debris and fingerprints

**Contractor Responsibilities:**
*Escalators*
- Wipe down escalator rails and walls - daily
- Clean treads with escalator cleaning machine - daily
- Clean and wipe down Vermaport (shopping cart escalator) stainless and glass - daily
- Clean Vermaport track (No water used) - weekly
*Elevators*
- Clean floor and walls of elevator to remove dirt, debris, and fingerprints - daily
- Clean elevator ceiling and vents - weekly

**Store Team Responsibilities:**
*Escalators*
- Clean up spills using damp rag - Do not spray liquid on treads
- Wipe down railing a minimum of twice daily using rag and general purpose cleaner
*Elevators*
- Clean up any and all spills that occur in the elevator cab throughout the day
- Keep walls, and or glass, of elevator touched up throughout the day





## ⑩ *Break Room*

**Your Team Member Break room meets Brand if:**
- Floors, tables, chairs, counters and sink are clean
- Locker area is clean and neat
- Hallways, break room and training room are distraction free

**Contractor Responsibilities:**
- Mop the VCT floor throughout the locker, TSC, training room and Break Room - daily
- Vacuum matting at TSC - daily
- Empty all trash throughout the break room/office area - daily

**Store Team Responsibilities:**
- Keep locker area clean and neat
- Clean refrigerator, microwave, sink, counter and utensils as needed
- Clean walls, trash receptacles as needed
- Responsible for cleaning any displays, fixtures, furniture and tables and chairs as needed



Interior Brand Maintenance

# Guía de Referencia para Mantenimiento de Marca Servicios para Instalaciones







092385 (Rev. 5/02)

© 2002 Target Stores.

ventas rentables

# Mantenimiento de Marca

## Meta

- Lograr consistencia en cada una de las tiendas diariamente
- Controlar los gastos
- Ofrecer recursos sencillos para las tiendas

## Resultado

Diferenciarnos de otros a través de la imagen de limpieza de nuestra marca

### Esta Guía de Referencia Incluye Información para:

- **Comunicar las necesidades del mantenimiento de marca**
- **Mantenimiento exterior de marca**
- **Mantenimiento interior de marca**
  *(Las 10 expectativas diarias principales de calidad en el cuidado y la administración general de la propiedad)*

## Centro de Operaciones de Servicio a Instalaciones *(BSOC)*

Las tiendas pueden comunicarse con BSOC llamando al

### 1-888-888-0304

o

por correo electrónico: BSOC@Target.com las 24 horas del día, los 7 días de la semana y seleccionar entre las siguientes opciones:

**Opción 1:**
- Trabajos de mantenimiento general
- Trabajos de Contratos de Servicio (cuidado y administración de la propiedad, jardinería, etc.)
- Plomería
- Puertas
- Cerraduras
- Generador
- Reparaciones de equipo (servicios alimenticios, empacadora, etc.)

**Opción 2:**
- Calefacción
- Climatización
- Control de iluminación

**Opción 3:**
- Alarma contra incendios/robos
- Asuntos de servicio
- Preguntas de monitoreo
- Registro de datos
- Pruebas

**Opción 4:**
- Centro de Reparaciones Electrónicas (ERC, sus siglas en inglés)

Servicios para Instalaciones se pondrá en contacto a un representante de Servicios para Instalaciones o le pondrá en contacto con alguien que pueda resolver su problema.

**Su exterior cumple las expectativas de marca si:**
- El estacionamiento está libre de basura, hielo y desechos
- La acera está limpia y libre de hielo, goma de mascar, desechos y obstáculos que puedan provocar tropezones
- Las luces funcionan; los postes se encuentran firmes en posición y pintados
- Se mantienen en buenas condiciones las zonas con jardinería
- Las latas de basura están limpias y se vacían regularmente para evitar que se desborden

**Responsabilidades del contratista:**
- Jardinería
- Barrido del solar
- Remoción de nieve (si corresponde)
- Lavado de ventanas (si corresponde) que no sean parte de la puerta de entrada
- Vaciar las dos latas de basura de la entrada y cambiar las bolsas



**Responsabilidades del Equipo de la Tienda:**
- Vaciar las latas de basura durante el día
- Barrer la acera antes de abrir la tienda
- Regar material para derretir el hielo según se necesite
- **Nota:** La tienda o el equipo de SBS mantiene las aceras diariamente haciendo las siguientes tareas:
  - Barrer o aspirado de poder
  - Lavar con agua a presión para la remoción de goma de mascar, sucio y grasa





# Entradas

**Su entrada cumple las expectativas de marca si:**
- El vidrio de la entrada se encuentra libre de huellas dactilares y grasa para las 8:00 de la mañana
- No hay rayas en las puertas, el acero inoxidable
- El tapete de la entrada está libre de goma de mascar, desechos y manchas
- Las latas de basura están limpias y se vacían regularmente para evitar que se desborden

**Responsabilidades del contratista:**
- Puertas de entrada; limpiar el metal, vidrio, protectores de bordes y umbrales interiores y exteriores (los dos juegos de puertas si es aplicable)
- Limpiar todo vidrio y metal interior y exterior que se encuentre a una altura de hasta 7 pies
- Pasar la aspiradora por todos los tapetes de la entrada y el vestíbulo (extraer según se necesite para eliminar el sucio, las manchas y los residuos de sal)
- Vaciar las latas de basura (cambiar las bolsas de basura) y los colilleros
- Limpie el área de almacenaje de los carros de compra, el acero inoxidable, los pasamanos

**Responsabilidades del Equipo de la Tienda:**
- Mantener la instalación limpia durante el día
- Vaciar las latas de basura en la entrada durante el día
- Mantener el vidrio limpio durante el día
- Asegurarse de que todos los derrames se limpien sin demora
- Mover los carros de compra y ponerlos de vuelta en el tapete de la entrada para que el contratista pueda limpiar el tapete de la entrada
- **Nota:** La tienda/SBS mantiene diariamente la acera siguiendo las siguientes tareas:
  - Barrer o aspirado de gran potencia
  - Lavado con agua a presión según se necesite para la remoción de goma de mascar, sucio y grasa







## ② Baños

Su baño cumple las expectativas de marca si:
- El piso y la lechada de las losetas están limpios
- Las paredes, los espejos y los lavamanos están limpios
- Los productos de papel y las piezas fijas para su distribución están llenas y funcionan
- Los tabiques separadores están libres de polvo y limpios
- El área huele a limpio

**Responsabilidades del contratista:**
- Limpiar y desinfectar los inodoros, urinarios y lavabos
- Pisos; barrer, trapear y restregar con máquina según se necesite, desinfectar
- Lavar áreas sucias en las paredes, los tabiques de los compartimentos y las puertas (restregarlos completamente donde sea necesario)
- Llenar y limpiar todas las piezas para distribución de jabón y productos de papel
- Vaciar las latas de basura y cambiar las bolsas de basura
- Una vez al mes: limpiar los rejillas de ventilación/difusores y reemplazar el desodorante de aire Good Sense

**Responsabilidades del Equipo de la Tienda:**
Inspeccionarlos cada hora y completar las siguientes tareas según se necesiten:
- Asegurarse de que todos los derrames se limpien sin demora
- Pasarle trapo a los lavabos
- Rellenar los distribuidores de jabón
- Pasarle trapo a la estación para cambiarse
- Revisar los productos de papel
- Completar la Lista de Inspección para Baños



## ③ Superficies duras

Sus superficies duras cumplen las expectativas de marca si:
- Las losetas de vinilo y de terrazo tienen una apariencia consistente de "pisos mojados" por todo el piso de ventas, usted puede ver el reflejo de las 4 lámparas (el reflejo es claro y no amarillento)
- El equipo de la tienda atiende y limpia los derrames inmediatamente
- El piso está libre de envolturas, desechos, ganchos de ropa y etiquetas

**Responsabilidades del contratista:**
- Barrer/trapear el polvo de los pisos
- Eliminar restos de goma de mascar, brea, pegatinas, etc. de todos los pisos de superficie dura
- Vaciar las latas de basura, chequear los pasillos, las estaciones de derrames

**Pisos de vinilo (VCT) y de Terrazo:**
- Restregar con máquina estos pisos
- Pulido de alta velocidad para mantener una apariencia de "suelos mojados"
- Aplicar cera de acabado en donde se necesite para mantener la apariencia de "pisos mojados"
- Restregado profundo y aplicar de nuevo cera de acabado de pisos según se necesite
- Restregado total de dichas superficies una vez al año como máximo

**Concreto (Solamente los pisos de las tiendas Super Target):**
- Refregar mecánicamente y automáticamente diariamente
- Pulir una vez al mes
- Nunca aplique lustre (cera líquida) o sellador a esta superficie
- Remoción de manchas
- Las manchas en el concreto se limpian restregando agresivamente con varias pasadas con un Fregador Automático. Casi todas las manchas se limpian con 2 o 3 pasadas. Tal vez se necesitará el restregar la superficie a mano con el centro del disco de restregado negro.
- En las Tiendas Nuevas: Restregar automáticamente con el disco agresivo (fibras negras) todas las superficies de concreto cada noche por 30 días para conseguir el brillo natural. Utilice el disco de fibras rojas o marrón claro después de los 30 días.

**Baldosas de Cerámica:**
- Bárranse y trapéense diariamente
- Refriéguense mecánicamente, automáticamente según se necesite
- Estos pisos no se pulen
- No aplique lustre de acabado (cera) a estos pisos





# Superficies
## duras (cont.)

**Concreto (solamente el área de entradas y las bodegas):**
- Friegue con el fregador o el trapeador automático los pasillos principales ya desocupados (máx. de una vez por semana) NO SE PULEN.
- El acabado de pisos (cera) nunca se usará en los pisos de las bodegas/área de entradas.
- El concreto está permanentemente sellado en todas las tiendas nuevas desde Marzo de 1994, a las tiendas construidas antes de Marzo de 1994 se les aplicara sellador periódicamente (máx. 1 vez al mes)

**Responsabilidades del Equipo de la Tienda:**
Mantener un entorno libre de distracciones durante el día, incluidos:
- Bloquear y limpiar los derrames
- Vaciar la basura del piso de ventas según se necesite
- Recoger todo desecho que se encuentre en el piso de ventas
- Trapear el polvo de los pisos principales y de las líneas del frente por lo menos dos veces al día (a.m./p.m.)
- La tienda usará los trapeadores de polvo con sus mangos, que Target les proporcionará, manténgalos limpios y ordenados en el armario de Mantenimiento Diario al frente de la tienda
- Mantenga los suministros adecuados en las estaciones de derrames (toallas de papel, señales de pisos mojados)
- El equipo de Flujo, trabajara de cerca con el contratista de limpieza y mantenimiento para asegurarse de que los pisos de superficie dura están listos para su limpieza y otros proyectos





# Alfombras

**Su alfombra cumple las expectativas de marca si:**
- La alfombra está limpia y libre de goma de mascar, pegatinas, desechos y manchas grandes al momento de abrir la tienda
- Los bordes de la alfombra están libres de acumulación de cera y marcas de quemado
- Los bordes de transición de la alfombra no tienen cera

**Responsabilidades del contratista:**
- Todos los pasillos para el tráfico de los clientes son aspirados diariamente
- Todas las alfombras se aspiran una vez por semana
- Aspire detalladamente toda la alfombra una vez al mes (el aspirado detallado se coordina con el equipo de proyectos)
- Todas las alfombras se limpiarán diariamente para quitar las manchas que vayan apareciendo, incluyendo la remoción de goma de mascar y desechos (esto incluye las alfombras de las oficinas)
- Usar extractor según se necesite para mantener el aspecto limpio y brillante de las alfombras
- Área de oficinas: los pasillos de tráfico se aspirarán diariamente y las oficinas semanalmente
- Vaciar las latas de basura en las estaciones de derrames

**Responsabilidades del Equipo de la Tienda:**
Mantener un entorno libre de distracciones durante el día, incluidos:
- Limpiar los derrames cuando ocurran (secar el derrame con una toalla limpia)
- Vaciar la basura del piso de ventas según se necesite
- Recoger todos los desechos a lo largo de todas las áreas alfombradas
- Mover los percheros para que no estorben y colocarlos nuevamente en posición para hacer más fácil la labor de extracción del contratista (una vez al año) según se necesite
- Mantenga los suministros adecuados en las estaciones de derrames (toallas de papel, señales de pisos mojados)





# ⑤ *Servicios alimenticios*

**Su área de Servicios Alimenticios cumple las expectativas de marca si:**
- El piso en el área de consumo de alimentos está limpio
- Se les pasa trapo y se mantienen limpios las mesas, las sillas y los mostradores
- Las latas de basura están limpias y se vacían regularmente para evitar que se desborden

**Responsabilidades del contratista:**
Área de consumo de alimentos, área de preparación de alimentos y área de almacenaje:
- Barrer con cuidado el piso
- Trapear y desinfectar todo el piso, incluido el piso dentro del compartimiento de la basura y bajo la estación de refrescos
- Pasar la aspiradora y limpiar todas las alfombras o tapetes de tela ubicados en el área de asientos para los clientes
- Vaciar todas las latas de basura, desinfectarlas por fuera y por dentro y cambiar las bolsas de basura
- Restregar con máquina o lavar con equipo mecánico, enjuagar y desinfectar el piso (cada 2 semanas)

**Responsabilidades del Equipo de la Tienda:**
- Áreas de mesas para clientes, de preparación de alimentos y de almacenaje:
- Limpiar y desinfectar todos los mostradores, fregaderos y utensilios
- Limpiar mesas, sillas y mostradores durante el día
- Limpiar las rejillas de ventilación, el equipo de preparar los alimentos, las paredes y las latas de basura
- Barrer y trapear durante el día según se necesite
- Vaciar todas las latas de basura durante el día
- Limpiar todos los tapetes (de goma) detrás de los mostradores
- La limpieza detallada del área de cocina se coordinará con cada ubicación. Los miembros del equipo de Servicios Alimenticios son responsables de retirar todo el equipo de las paredes para que los contratistas logren acceso para limpiar con cuidado el área. (Sólo el suelo)
- **Nota:** La limpieza de la campana de grasa, los ventiladores y las rejillas se contrata a terceros. Este servicio no está incluido en nuestro contrato de cuidado y administración general de la propiedad.





# ⑥ *Probadores*

**Sus probadores cumplen las expectativas de marca si:**
- La alfombra está limpia y libre de manchas grandes
- Las paredes, las puertas y los espejos están libres de polvo y marcas de huellas dactilares
- No hay alfileres, agujas ni ganchos de ropa en el piso o los bancos

**Responsabilidades del contratista:**
- Pasar la aspiradora diariamente, asegurar que la alfombra esté libre de alfileres, sujetapapeles, manchas y desechos
- Limpiar áreas manchadas de la alfombra según se necesite
- Pasar trapo por las puertas y los listones de persiana y mantenerlos limpios y libres de basura y polvo

**Responsabilidades del Equipo de la Tienda:**
- Limpiar derrames, desechos según ocurran durante el día
- Mantener los espejos y bancos limpios
- Recoger las piezas de ropa, los sujetapapeles y los ganchos de ropa
- Pasarle trapo a los espejos y bancos y mantenerlos libres de sucio, polvo y desechos



## ⑦ Negocios arrendados

Sus negocios arrendados de la tienda cumplen las expectativas de marca si:
- La alfombra está limpia
- Los pisos de superficie dura están limpios
- Se vacían las latas de basura regularmente para evitar que se desborden

**Responsabilidades del contratista:**
- Aspirar todas las alfombras
- Trapear y fregar las superficies duras
- Vaciar las latas de basura

**Responsabilidades del Equipo de la Tienda:**
- Limpiar las piezas fijas, los mostradores y cualquier vidriera presente
- Vaciar la basura durante el día según se necesite
- Quitar el polvo, limpiar las paredes, rejillas de ventilación y mostradores





General Housekeeping Photo

## ⑧ Cuidado general de la propiedad

Su cuidado general de la propiedad cumple las expectativas de marca si:
- Se puede apreciar que la limpieza de la tienda presta atención a los detalles
- Las fuentes de agua, los teléfonos públicos están limpios
- Las líneas de cobro y los mostradores están limpios

**Responsabilidades del contratista:**
- Salas de almacenamiento - Friegue con el fregador automático los pasillos principales ya desocupados (máx. de una vez por semana) no se pulen
- Tapetes de los pasillos de químicas - limpiar el suelo después de que el SBS los quite para lavarlos a presión (mensualmente)
- Las fuentes de agua y los teléfonos públicos - están limpios y desinfectados (diariamente)
- Las líneas de cobro - los bordes de las bases y basura solamente (diariamente)
- Limpiar bases, los protectores de las puertas, el acero inoxidable según se necesite para la remoción de la cera de acabado y residuos de disolvente
- El armario de la limpieza estará ordenado y limpio
- Nota: El contratista dejará todas las mañanas un cubo con agua limpia y un trapeador, añadirá un limpiador neutral al agua para que el equipo de la tienda lo pueda utilizar durante el día.

**Responsabilidades del Equipo de la Tienda:**
- Limpiar las exhibiciones en el piso de ventas, los elementos de mercancía, las estaciones de cajeros, los muebles de oficina, y los mostradores de servicio al cliente
- Mantener el acero inoxidable en las siguientes áreas
  - Al rededor de las columnas
  - Protectores de las puertas
  - Guarniciones de las esquinas
  - Cualquier tipo de vitrina o elementos de exhibición que contengan acero inoxidable
- Barrer la sala de almacén diariamente
- Limpiar las puertas y paredes del piso de ventas (incluyendo Kydex) según se necesite
- Las tiendas mantendrán los armarios de limpieza cerrados con llave siempre, el contratista dejará la llave en TSC cuando salgan de la tienda
- El equipo de la tienda, solo usará el equipo y los materiales de limpieza localizados en el armario de Mantenimiento Diario al frente de la tienda
- Inspección antes de abrir la tienda
- Almacenaje de las tiendas, turno de noche: la inspección toma lugar para las 7:45 a.m., el equipo de limpieza sale después de la inspección
- Almacenaje de las tiendas, turno de mañana: la inspección con el líder de equipo, toma lugar para las 6:30 a.m., el equipo de limpieza está permitido salir inmediatamente
- El proceso de flujo de limpieza está completo para la hora de apertura por el equipo de flujo

Mantenimiento de marca en interiores

## ⑨ *Elevadores*
## *Escaleras automáticas*

**Sus elevadores y escaleras automáticas cumplen las expectativas de marca si:**
- Se les pasa trapo a las escaleras automáticas y se mantienen libres de grasa, polvo y sucio
- Los elevadores se encuentran libres de sucio, desechos y manchas de huellas dactilares

**Responsabilidades del contratista:**
*Escaleras automáticas*
- Limpiar con un trapo los pasamanos y las paredes de las escaleras automáticas - diariamente
- Limpiar los escalones con la máquina para escaleras automáticas – diariamente
- Limpiar y pasar trapo al Vermaport (escaleras automáticas para carros de compra) – semanalmente
- Limpiar los escalones del Vermaport (sin usar agua) - semanalmente

*Elevadores:*
- Limpiar los pisos y las paredes de los elevadores para quitar el sucio, los desechos y las manchas de huellas dactilares - diariamente
- Limpiar el techo y las rejillas de ventilación del elevador - semanalmente

**Responsabilidades del Equipo de la Tienda:**
*Escaleras automáticas*
- Limpiar derrames con un trapo húmedo. No rocíe los escalones con líquidos
- Pasar un trapo con limpiador de uso general por los pasamanos al menos dos veces al día

*Elevadores*
- Limpiar todo derrame que ocurra dentro de la cabina del elevador durante el día
- Mantener las paredes y los vidrios del elevador limpios durante el día



## ⑩ *Sala de Descanso*

**Su Centro de Servicios para los Miembros de Equipo/Sala de Descanso cumple las normas expectativas de marca si:**
- Los pisos, las mesas, los mostradores y el fregadero están limpios
- El área de casilleros está limpia y ordenada
- Los pasillos, la Sala de Descanso y la Sala de Capacitación se encuentran libres de distracciones

**Responsabilidades del contratista:**
- Trapear el piso de vinilo (VCT) incluyendo el área de casilleros, el área de TSC, la Sala de Capacitación y la Sala de Descanso - diariamente
- Pasar la aspiradora por todas las zonas alfombradas de TSC - diariamente
- Vaciar todas las latas de basura en las áreas de Sala de Descanso/oficina – diariamente

**Responsabilidades del Equipo de la Tienda:**
- Mantener el área de casilleros limpia y organizada
- Limpiar el refrigerador, el horno de microondas, el fregadero, los mostradores y los utensilios según se necesite
- Limpiar las paredes y las latas de basura según se necesite
- Responsables de limpiar estanterías, piezas fijas, muebles, mesas y sillas, según se necesite



Mantenimiento de marca en interiores