Plaintiffs' Appendix of Summary Judgment Evidence

# Exhibit 5d

## Target Corporation
## Contractor Handbook

- Tab:  BEST METHODS

BEST METHODS

 **TARGET CORPORATION**

# BREAKOUT SESSION III:
## BSOC Work Order Action Plans:

*How do you respond. What do you do to stop it from happening.*

## Team: LOOKING
❖ **Topic: BSOC Most Common Issues B**
❖ **Goal: Consistent Process For Resolving.......**

*I WANT ~~TO~~ my SUPERVISOR TO HAVE THE TOOLS Daily:*
*① walkthru*
*② Brand Mgmt guide*
*③ copies of checklists w/cartures*

**COMMON FITTING ROOM COMPLAINTS:**
CARPET NOT VACUUMED; PINS, CLIPS, DEBRIS NOT PICKED UP OFF OF CARPET

*ADD TO DAILY WALK THRU CHECKLISTS*

**COMMON RESTROOM COMPLAINTS:**
GROUT NOT CLEANED; SOAP AND PAPER DISPENSERS NOT RESTOCKED; STALL WALLS NOT WIPED DOWN; FLOORS STICKY; WALLS NOT CLEAN; DOES NOT SMELL CLEAN

*Most common phrase Card - Eng + Spanish*
*Ball 800 # CHECKLIST*
*TRYING TO OVERCOME*

**COMMON LEASED BUSINESS AREA COMPLAINTS:**
TRASH NOT BEING EMPTIED; FLOORS NOT CLEAN

*TO GET GREENS*

**COMMON CLEANING CREW COMPLAINTS:**
INABILITY TO COMMUNICATE DUE TO NON-ENGLISH SPEAKING CLEANING CREW MEMBERS; CREW MEMBERS DO NOT WEAR PROPER IDENTIFICATION – EX: CONTRACTOR SHIRTS, BADGES, HATS, ETC.; INABILITY TO CONTACT CREW SUPERVISORS; SLEEPING ON THE JOB; CREW NO SHOWS; CREWS THAT ARE UNDERSTAFFED; PROPPING DOORS OPEN; DO NOT CHECK IN OR OUT WITH THE LOD; LEAVING EARLY; IMPROPER STORAGE OF CLEANING CHEMICALS AND PROPANE; REMOVING AND USING CLEANING PRODUCTS OFF OF THE RETAIL SHELVES; NOT FOLLOWING THROUGH ON ACTION PLANS OR PROMISED PERFORMANCES; TAKING LONG BREAKS AND LUNCHES; LATE ARRIVALS

*BLUE CARDS FOR mgmt*

 *Building* the BEST COMPANY EVER

 **TARGET CORPORATION**

# BREAKOUT SESSION I:
## Best Methods - Brand Guide (Part 1):

### <u>Team: GREAT</u>
❖ **Topic: Project Teams & Schedules: Hard Surface's**
❖ **Goal: Consistent Process For:**

• **People -**

• **Frequency -**

• **Communication -**

• **Equipment & Supplies -**

• **Backup Plan For Change In Schedule -**

 *Building* the BEST COMPANY EVER

 **TARGET CORPORATION**

# BREAKOUT SESSION I:
## Best Methods - Brand Guide (Part 1):

### Team: STORES
❖ **Topic: Project Teams & Schedules: Restrooms**
❖ **Goal: Consistent Process For:**

• **People -**

• **Frequency -**

• **Communication -**

• **Equipment & Supplies -**

• **Backup Plan For Change In Schedule -**

 *Building* the BEST COMPANY EVER



# TARGET CORPORATION

## BREAKOUT SESSION II:
### Best Methods - Training:

### Team: GREAT
❖ Topic: Training Of In-Store Crew (including lead)
❖ Goal: Consistent Training Process Of:

• Brand Guide Expectations -

• Early Morning Walk-Through Process -

• Communication Do's & Don'ts -

• Proper Use Of Equipment & Supplies -

• Security Regulations, Check-In/Out, Uniform/ID -

 *Building* the BEST COMPANY EVER



# TARGET CORPORATION

**BEST ... EVER**

## BREAKOUT SESSION II:
## Best Methods - Training:

*STL IS GRADED ON*
- *FLOORS*
- *RESTROOMS*
- *OUT FRONT*

## Team: LOOKING
❖ **Topic: Training Of Contractor Mgmt.**
❖ **Goal: Consistent Training Process Of:**

• **Brand Guide Expectations -** *if crew gets green 4 mo in row - get bonus*

• **Monthly Checklist – Scheduling & Walk-Thru -**
*Be Pro-Active - CARRY A WORK DETAIL SHEET ALONG WITH THE CHECKLIST THAT You HAVE TO TURN IN*

*CREATE ROUTINE*
• **Communication Do's & Don'ts -**
*HAVE BRAND MAINT GUIDE*

• **Supply Ordering & Inventory Mgmt. -**

• **Reinforce Security Reg., Check-In/Out, Uniform/ID -**



*Building* the BEST COMPANY EVER

 **TARGET CORPORATION**

# BREAKOUT SESSION II:
## Best Methods - Training:

### Team: STORES
❖ Topic: Training On Product, Equip. & Chemicals
❖ Goal: Consistent Training Process:

• Audience For Training – Train the Trainer??

• Frequency Of Training – Vendor/Contractor:

• Location Of Training – Regional/Local:

• Vendor Participation – Level Of Service

• Target Participation – Level Of Service

 *Building* the BEST COMPANY EVER

 **TARGET CORPORATION**

# BREAKOUT SESSION III:
## BSOC Work Order Action Plans:

## Team: GREAT
❖ **Topic: BSOC Most Common Issues A**
❖ **Goal: Consistent Process For Resolving…….**

**COMMON CARPET COMPLAINTS:**
SPOTTING; DEBRIS LEFT-NOT VACUUMED; WAX BUILD-UP ON CARPET EDGE;
CARPETS WET AFTER CLEANING POSING A HAZARD

**COMMON TILE COMPLAINTS:**
SCUFF AND/OR BALCK MARKS; DEBRIS NOT SWEPT UP; TAGS AND/OR GUM STUCK
TO THE FLOOR; LACK OF WAX; LACK OF SHINE; EMBEDDED DIRT WAXED OVER;
FLOORS WET AFTER CLEANING POSING A HAZARD

**COMMON FOOD AVENUE COMPLAINTS:**
DEBRIS UNDER COUNTERS NOT CLEANED UP; GROUT NOT CLEANED; MATS NOT
CLEANED; USING FOOD SINKS FOR CLEANING MOPS; PLACING MATS ON COUNTER
TOPS AND COOKING SURFACES; FLOORS NOT CLEAN

**COMMON CLEANING CREW COMPLAINTS:**
INABILITY TO COMMUNICATE DUE TO NON-ENGLISH SPEAKING CLEANING CREW
MEMBERS; CREW MEMBERS DO NOT WEAR PROPER IDENTIFICATION – EX:
CONTRACTOR SHIRTS, BADGES, HATS, ETC.; INABILITY TO CONTACT CREW
SUPERVISORS; SLEEPING ON THE JOB; CREW NO SHOWS; CREWS THAT ARE
UNDERSTAFFED; PROPPING DOORS OPEN; DO NOT CHECK IN OR OUT WITH THE
LOD; LEAVING EARLY; IMPROPER STORAGE OF CLEANING CHEMICALS AND
PROPANE; REMOVING AND USING CLEANING PRODUCTS OFF OF THE RETAIL
SHELVES; NOT FOLLOWING THROUGH ON ACTION PLANS OR PROMISED
PERFORMANCES; TAKING LONG BREAKS AND LUNCHES; LATE ARRIVALS

 *Building* the BEST COMPANY EVER



# TARGET CORPORATION

**BEST COMPANY EVER**

# BREAKOUT SESSION III:
## BSOC Work Order Action Plans:

## <u>Team: STORES</u>
❖ **Topic: BSOC Most Common Issues C**
❖ **Goal: Consistent Process For Resolving........**

**<u>COMMON PHARMACY COMPLAINTS:</u>**
ALARMS BEING SET OFF DUE TO CLEANING EQUIPMENT IN TOO CLOSE PROXIMITY
TO PHARMACY

**<u>COMMON ENTRANCE COMPLAINTS:</u>**
OUTSIDE TRASH NOT EMPTIED; CART CORRALS NOT CLEAN; WINDOWS NOT
CLEAN; FLOORS, CARPETS AND MATS NOT CLEAN

**<u>COMMON TEAM MEMBER BREAKROOM COMPLAINTS:</u>**
TRASH NOT BEING EMPTIED; CHAIRS LEFT ON TABLES AFTER FLOOR IS CLEANED

**<u>COMMON CLEANING CREW COMPLAINTS:</u>**
INABILITY TO COMMUNICATE DUE TO NON-ENGLISH SPEAKING CLEANING CREW
MEMBERS; CREW MEMBERS DO NOT WEAR PROPER IDENTIFICATION – EX:
CONTRACTOR SHIRTS, BADGES, HATS, ETC.; INABILITY TO CONTACT CREW
SUPERVISORS; SLEEPING ON THE JOB; CREW NO SHOWS; CREWS THAT ARE
UNDERSTAFFED; PROPPING DOORS OPEN; DO NOT CHECK IN OR OUT WITH THE
LOD; LEAVING EARLY; IMPROPER STORAGE OF CLEANING CHEMICALS AND
PROPANE; REMOVING AND USING CLEANING PRODUCTS OFF OF THE RETAIL
SHELVES; NOT FOLLOWING THROUGH ON ACTION PLANS OR PROMISED
PERFORMANCES; TAKING LONG BREAKS AND LUNCHES; LATE ARRIVALS



*Building* the BEST COMPANY EVER



# **TARGET CORPORATION**

# BREAKOUT SESSION IV:
## Best Methods - Brand Guide (Part 2):

### <u>Team: GREAT</u>
❖ **Topic: Entrances, Break Rooms, Office Area**
❖ **Goal: Consistent Process For:**

• **People -**

• **Frequency -**

• **Communication -**

• **Equipment & Supplies -**



*Building* the BEST COMPANY EVER



**TARGET CORPORATION**

# BREAKOUT SESSION IV:
## Best Methods - Brand Guide (Part 2):

## Team: LOOKING
❖ **Topic: Elevators/Escalators and Vermaports**
❖ **Goal: Consistent Process For:**

• People -

• Frequency -

• Communication -

• Equipment & Supplies -



*Building* the BEST COMPANY EVER

 **TARGET CORPORATION**

# BREAKOUT SESSION IV:
## Best Methods - Brand Guide (Part 2):

### Team: STORES
❖ **Topic: Lease Business, Food Svc, Fitting Rooms**
❖ **Goal: Consistent Process For:**

• People -

• Frequency -

• Communication -

• Equipment & Supplies -

 *Building* the BEST COMPANY EVER



**TARGET CORPORATION**

# BREAKOUT SESSION V:
## 2002-2003 Holiday Plan:

### Team: GREAT
❖ **Topic: Preparation (Oct. 10 – Nov. 10)**
❖ **Goal: Consistent Process For:**

• **People -**

• **Frequency -**

• **Communication -**

• **Equipment & Supplies -**

• **Backup Plan For Change In Schedule -**



*Building* the BEST COMPANY EVER



# TARGET CORPORATION

# BREAKOUT SESSION V:
## 2002-2003 Holiday Plan:

## Team: STORES
❖ **Topic: Recovery (Dec. 24 – Mar. 1) Bounceback**
❖ **Goal: Consistent Process For:**

• **People -**

• **Frequency -**

• **Communication -**

• **Equipment & Supplies -**

• **Backup Plan For Change In Schedule -**



*Building* the BEST COMPANY EVER



# TARGET CORPORATION

## BREAKOUT SESSION VI:
### New Store/Remodel/Night Maint. Rm. Plan-O-Gram:

<u>Team: GREAT</u>
- ❖ Topic: New Store Housekeeping Timeline
- ❖ Goal: Develop Contractor Timeline:

- 



*Building* the BEST COMPANY EVER



# TARGET CORPORATION

## BREAKOUT SESSION VI:
### New Store/Remodel/Night Maint. Rm. Plan-O-Gram:

### Team: LOOKING
- ❖ Topic: Remodel Housekeeping Timeline
- ❖ Goal: Develop Contractor Timeline:



*Building* the BEST COMPANY EVER



**TARGET CORPORATION**

# BREAKOUT SESSION VI:
## New Store/Remodel/Night Maint. Rm. Plan-O-Gram:

## <u>Team: STORES</u>
❖ **Topic: Night Maint. Room Plan-O-Gram**
❖ **Goal: Efficient/Optimal Use Of Space:**

• **Power Needs & Location -**

• **Lighting Needs & Location -**

• **Water/Drainage Needs & Location -**

• **Shelving/Storage Needs & Location -**

• **Security & Lock-up Ideas -**



*Building* the BEST COMPANY EVER

# Window Washing Above 7 Ft. Inside & Out

Currently, the Housekeeping Contractor is responsible for cleaning entrance glass **up to 7 feet**, inside and out.  Below is clarification on how stores should charge for cleaning glass/windows **above 7 feet** if the store needs this service.

Our long-term vision is to have Building Services take this responsibility over and have our Housekeeping contractors subcontract for the work.  However, for the time being, if this issue comes up, you should let the store know that they have budget for window/glass cleaning in their 662 account.  General guidelines:

- Expense for cleaning glass/windows **above 7 feet** goes into account #662-2610 per the Finance Group.

- Use glass cleaning Service Company that has proper liability insurance.  The store's Housekeeping contractor can coordinate the hiring/scheduling of this outside service.

- Recommended Frequency of Cleaning for cleaning glass/windows **above 7 feet** is quarterly.

# Stock Room Floor Cleaning Tips

## Typical Store Question Regarding Stock Room Floors:

"We are experiencing some difficulty in cleaning our flooring in the receiving and stockroom areas. We have not been able to keep them clean, and it seems there was once a type of sealant on it that prevented substances from absorbing into the floor itself. I have visited several stores in the district and then some, and each store has a particular sheen on it that we do not have on our floors. I know we did have this at one time, however, I do not know what would have caused it to be removed. The cleaning crew is directed to clean the floors several times a week, but we are not seeing a difference."

## Answer:

### New stores since March 1994
Stockroom/Receiving concrete is permanently sealed. Our current program uses a sodium silicates penetrating sealer such as Ashford Formula and L&M Sealhard. The continued abrasive scrubbing with nothing but water and maybe mild detergents is what makes the floors get shinier over the years.

### Stores opened before March 1994:
Received a film surface acrylic sealer that probably has long since worn-off and what you have is bare unsealed concrete. You can apply water-based sealer on old concrete periodically if desired (Max. monthly). This can help control dust being tracked onto the sales floor.

### Cleaning Notes:
- Machine scrub/auto scrub exposed main aisles – Max. Weekly – NO BUFFING
- No floor finish (wax) is ever applied to stockroom / receiving concrete.
- Sealer- See note above.

# Cleaning Crews & False Alarms

Cleaning crews with Target Corporation have a long history of causing false alarms. Our Mutual goal is to reduce false alarms by educating our Cleaning Crews with the following list of " commonly caused" alarms by the cleaning crews and ideas on how to prevent them. Please train all cleaning crewmembers on how to prevent false alarms.

1). **Opening Perimeter Doors (to Smoke):**
   - This is very simple. Unless there is a Target employee with the authority to arm/disarm the system and has keys for the perimeter door, **NOBODY** can exit the building at night/morning until a team leader enters the building. Target has a **NO SMOKING** policy in **ALL** of their buildings, and if you are locked in for the evening, you should not be smoking until the opening team leader has come in and opened for the morning. Anytime they would like to leave the premise, they need to talk to a Target Team Leader.

2). **Alarms Caused by Buffers:**
   - **Keep the buffers away from the pharmacy gate.** The main problem is with the older stores (these stores the gate comes down onto the sales floor). They have older caged doors, which don't sit as well in their housing. The gates in these stores are very sensitive, and can be activated by directly striking the gate or even the vibration of the scrubber or buffer passing by. Stay clear of these gates when team leaders are not present.

   - **Keep the buffers away from the front entry glass/doors.** We are in the process of swapping out some of the older types of glassbreaks to better, dual technology sensors, which should assist in stopping a large amount of false alarms, but the cleaners still need to stay away from this area. They bump into the doors and also the glass, which is the primary factor of causing false alarms. Some stores have more problems then others. The cleaners may need to complete the cleaning of the floors while a Team Leader is there (Before they leave at night, or after they arrive in the morning).

   - **DO NOT start the gas buffers in the night maintenance room** (or any of the maintenance rooms). The initial exhaust from starting a gas buffer usually heads straight for the smoke sensors located in the maintenance rooms, causing false fire alarms.

   - **DO NOT open compactor door when there is NOT a team leader on site.** Even jiggling the door can cause an alarm. The compactor door is alarmed, and will be armed in conjunction with either the perimeter (in most cases) or the receiving area. Opening it will cause an alarm, and if there is not a team leader on site, will cause a police dispatch.

- **<u>DO NOT go near the receiving overhead doors.</u>** These doors have dual protection: a contact to ensure the door stays in place when it is closed and armed; a photo beam which shoots a laser beam from one end of the receiving doors to the other end. The photo beam is the primary cause of false alarms in relation to overhead doors. It appears they are throwing bags of garbage in front of the beams...up against the overhead doors...for storage until they can access the compactor. Find some other place to store bags of garbage.

## HOLDING CLEANING CONTRACTORS ACCOUNTABLE

Starting at the beginning of the year 2000, Target Corporation decided it had to do something in order to combat the false alarms fines it was accruing due to false alarms caused by the cleaning contractors. For every false alarm Target Alarm Center can positively determine was caused by the cleaners, Target is going to charge that cleaning contractor $100. After some research, we found that on average we are spending $125 to $150 per false alarm caused by the cleaners. The $100 charge is an attempt to offset some of the approx. $225,000 in fines we pay annually.

## FALSE ALARM PAYMENT PROCESS

**Who pays false alarms?**
Target Alarm Center pays all false alarms incurred by all Target Corporation locations. This enables TAC to track false alarm causes and to determine the best coarse of action necessary to resolve them.

**Are there any False Alarms that TAC does not pay?**
TAC pays all false alarm fines. However, false alarm invoices must be sent to TAC within 30 days of the invoice date, or fine amounts will be charged back to the site of the alarm occurrence. This process is necessary to avoid past due notices which often incur additional late fees, and to resolve the issues, thus avoiding additional alarm occurrences.

**Where should false alarm invoices be sent?**
All invoices should be sent through Inter-company mail, Attn: Alarm Center at TFS-7CG or via US mail:   Target Alarm Center
3701 Wayzata Blvd   7CG
Minneapolis, MN   55416