# BAÑO, MANTENIMIENTO DIARIO
Version 4.0

(C) 3M, 2002
Derechos reservados.

Objetivo: Mantener un ambiente limpio, ordenado y atractivo en el baño para los visitantes y empleados que prevenga la propagación de la infección.

---

## Materiales Necesarios

1. Equipo protector personal, como sea necesario
2. 3M™ #5 Quat Disinfectant Cleaner or 3M™ #18 Phenolic Disinfectant Cleaner or 3M™ # 23 Neutral Quat Disinfectant Cleaner or 3M™ #25 HB Quat Disinfectant Cleaner Concentrate 3M #25 HB Quat Disinfectant Cleaner
3. Limpiavidrios
4. Cubo de mano
5. Paños de limpieza sin pelusas
6. Esponja Scotch-Brite ™ 3000 de uso pesado
7. Plumero de mango largo
8. Bolsas de plástico claro para los recipientes de desechos
9. Bolsas de plástico rojo para los recipientes de desechos
10. Toallas de papel
11. Jabón concentrado de manos o jabón en cartucho
12. Limpiador 3M™ #19 no ácido para el baño
13. Trapeador o cepillo para inodoro
14. Trapeador para polvo
15. Trapeador limpio
16. Recogedor y cepillo pequeño
17. Espátula
18. Limpiador #51 para baños y duchas

---

## Preparación

1. Póngase el equipo protector personal.
2. Cargue su carrito de limpieza con suministros para la limpieza del baño.
3. Mezcle debidamente el limpiador desinfectante en el cubo de mano y en el cubo del trapeador.
4. Lleve el equipo al área asignada dejando el carrito de limpieza fuera de la puerta.
5. Coloque el letrero de baño cerrado a la entrada del baño.

1

TARGET - RESTROOM, DAILY MAINTENANCE

6. Golpe y anúnciese para asegurarse que el baño está desocupado.

## Procedimiento



1. **Empiece limpiando los inodoros y orinales**
A. Vacíe el inodoro y los orinales y reduzca el nivel de agua con el trapeador para inodoro. Aplique Limpiador #19 no ácido para baños o Limpiador #51 para baños y duchas. Limpie el interior del inodoro con el trapeador prestando mucha atención a la parte inferior del borde donde sale el agua donde se acumulan las bacterias causando olores desagradables. Deje que el limpiador permanezca unos minutos en el inodoro y los orinales.

2. **Quite el polvo de las superficies horizontales elevadas con un plumero de mango largo**
A. Quite el polvo de las superficies horizontales elevadas con un plumero de mango largo. Asegúrese de sacar el polvo de la parte superior de los espejos y de los tabiques del cubículo.

3. **Limpie y rellene los dispensadores**



TARGET - RESTROOM, DAILY MAINTENANCE

A. Inspeccione el dispensador de jabón para asegurar que tiene un suministro adecuado de jabón. Si el dispensador de jabón es una unidad desechable y el nivel de jabón es bajo, reemplace la unidad. Si la unidad dispensadora de jabón es reusable, siga el procedimiento de su centro para abrir, limpiar, y rellenar el dispensador. Asegúrese de lavar y secar el interior del dispensador antes de agregar jabón nuevo. Limpie el exterior del dispensador de jabón con un paño húmedo y la solución limpiadora. Informe al departamento de mantenimiento de cualquier dispensador roto o en mal funcionamiento malfunctioning u a otra persona apropiada que los reparen.



**4. Limpie y rellene dispensador de toallas de papel**



A. Para quitar el polvo suelto de papel, quite las toallas de papel y limpie dentro del dispensador usando un paño húmedo y la solución de limpieza. Reemplace las toallas de papel. Para las toallas del papel plegadas, asegúrese de ponerlas con el doblez hacia abajo e intercale el fondo de la nueva hoja con la hoja superior de papel. Rellene como sea necesario para llenar la unidad. No la sobrecargue, dado que dificultará el tirar de las toallas. Asegúrese de que las toallas se desprenden fácilmente. Cierre el dispensador de toallas de papel verificando si está seguro y no se abra cayéndose lesionando a un persona. Limpie el exterior del dispensador de toallas de papel con un paño húmedo y la solución de limpieza. Informe al departamento de mantenimiento de cualquier dispensador roto o en mal funcionamiento malfunctioning u a otra persona apropiada que los reparen.

TARGET - RESTROOM, DAILY MAINTENANCE



**5.   Limpie y rellene dispensador de papel higiénico**

A.   Abra el dispensador de papel higiénico. Quite los rodillos del rollo de papel. Limpie dentro del dispensador para quitar el polvo del pape usando un paño húmedo y el limpiador desinfectante. Instale el nuevo rollo de papel. Asegúrese de que el rollo de papel se desenvuelve por la parte superior (y no por debajo) dado que esto permite tirar más fácilmente y evita desenrollar desperdiciando producto. Asegúrese de comenzar el rollo despegando la primera hoja para la conveniencia del primer usuario. Informe al departamento de mantenimiento de cualquier dispensador roto o en mal funcionamiento malfunctioning u a otra persona apropiada que los reparen.



**6.   Limpie la pileta**

A.   Aplique Limpiador #19 no ácido para baños o Limpiador #51 para baños y duchas a las superficies internas de la pileta.  Limpie el interior de la pileta, la superficie exterior de la pileta, y todas las superficies de metal y los grifos con una esponja #3000 para  usos pesados y limpiador. En caso de suciedad difícil, use una almohadilla abrasiva de mano con el limpiador desinfectante. Siempre siga las recomendaciones del fabricante del accesorio para quitar las manchas, sobre todo en superficies especiales.



**7.   Limpie la superficie alrededor de la pileta como las mesas-tocador o mostradores**

A.   Limpie la superficie alrededor de la pileta como las mesas-tocador o mostradores.

4

TARGET - RESTROOM, DAILY MAINTENANCE



**8.  Limpie la cañería debajo de la pileta**
A.  Limpie la cañería debajo de la pileta a la frecuencia requerida por el centro. Seque con un paño limpio todos los accesorios de metal para evitar dejar marcas. Enjuague la pileta y séquela con un paño limpio.



**9.  Limpie el espejo**
A.  Para espejos pequeños o relativamente limpios rocíe un poco de limpiavidrios en un paño. Limpie el espejo con el paño mojado. Voltee el paño a una sección seca y seque el espejo. El espejo debe secarse para prevenir dejar marcas. Para espejos grandes o sucios, rocíe el limpiadvidrios directamente en el espejo. Use el limpiavidrios económicamente. Limpie el espejo hasta que no se vean marcas. Use un paño limpio para secar el espejo.

**10.  Pase el trapeador para polvo en el piso**
A.  Quite el polvo debajo y detrás de los muebles.





B.  Use el cepillo y el recogedor para levantar el polvo.
C.  Deseche el desperdicio en el recipiente apropiado.
D.  Pase el trapeador húmedo.
E.  Permite que el piso se seque solo.
F.  Retire el letrero de "Baño cerrado."

TARGET - RESTROOM, DAILY MAINTENANCE



**11. Limpieza final**
A. Limpie todo el equipo. Devuelva el equipo y los suministros al área apropiada.
B. Coloque los cabezales de los trapeadores y los paños de limpieza en una bolsa para el lavado diario.
C. Quítese el equipo protector personal y lávese las manos.

---

## Seguridad



1. Coloque siempre debidamente los letreros de precaución.
2. Use siempre el producto químico de limpieza exactamente como lo recomienda la etiqueta siguiendo las precauciones de seguridad.

6

# BAÑOS, MANTENIMIENTO PERIODICO DEL PROYECTO (QUITAR LOS DEPÓSITOS MINERALES, ESCORIA DE JABÓN Y SUCIEDAD COMÚN)

Version 4.0

(C) 3M, 2002
All rights reserved.

Objetivo: Quitar los depósitos de agua dura, escoria de jabón y suciedad de las superficies del baño y la ducha como las paredes de azulejos, pisos y accesorios.

## Materiales Necesarios

1. Equipo protector personal como sea necesario
2. <Limpiador desinfectante concentrado> 3M #25 HB Quat Disinfectant Cleaner Concentrate
3. <Limpiador para baños y duchas> 3M ™ #51 Bathroom & Shower Cleaner
4. Limpiavidrios
5. Cubo de mano
6. Paños de limpieza sin pelusas
7. Esponja Scotch-Brite ™ 3000 para uso pesado, Almohadilla  Scotch-Brite ™ # 96 para restregar o Almohadilla Scotch-Brite ™ 2000 para uso pesado.
8. Plumero de mango largo
9. Bolsas de plástico claro para los recipientes de desechos
10. Toallas de papel
11. Jabón concentrado para las manos o jabón en cartucho
12. <Limpiador para baños o duchas> 3M™ #19 Non-Acid Bathroom Cleaner o  3M™ #51 Bathroom & Shower Cleaner.
13. Limpiador 3M™ #52 para azulejos, lechada e inodoro
14. Removedor para pisos
15. Trapeador o cepillo para inodoros
16. Trapeador para polvo
17. Cepillo de uso general
18. Escurridor
19. Máquina rotatoria para pisos
20. Cepillo 3M™ #53 de uso general para pisos
21. Aspiradora para polvo o para líquidos
22. Esponja Scotch-Brite™ No. 3000 de uso pesado
23. Cubo para trapeador y exprimidor
24. Recogedor y cepillo pequeño

1

TARGET - RESTROOM, PERIODIC MAINTENANCE

25. Espátula
26. Letreros de "Piso mojado" de precaución
27. Letreros de Baño cerrado
28. Aplicador de espuma or bomba rociadora
29. Ventilador o soplador

## Preparación

1. Determine si tiene un desagüe en el piso y está funcionando correctamente.
2. Póngase el equipo protector personal.
3. Cargue su carrito con suministros de limpieza de baños.
4. Mezcle debidamente la espuma limpiadora en el cubo de mano, el cubo del trapeador, el rociado de bombear o el aplicador de espuma.
5. Si el centro lo exige, mezcle debidamente el limpiador de lechada en el cubo del trapeador.
6. Si el centro lo exige, mezcle el removedor para pisos en el cubo del trapeador.
7. Si se usa el aplicador de espuma conéctelo a una manguera de jardín con agua fría.
8. Lleve el equipo al área asignada dejando el carrito de limpieza fuera de la puerta.
9. Coloque el letrero de baño cerrado en la parte externa de la puerta del baño.
10. Golpee la puerta y anúnciese para asegurarse que el baño está desocupado.
11. Instale el ventilador o el soplador para aumentar la ventilación.

## Procedimiento

2

TARGET - RESTROOM, PERIODIC MAINTENANCE



**1. Empiece limpiando los inodoros y orinales**

A. Vacíe el inodoro y los orinales y reduzca el nivel de agua con el trapeador para inodoro. Aplique Limpiador #19 no ácido para baños o Limpiador #52 para baños duchas o Limpiador #52 para azulejos, lechada e inodoros (sólo para proyectos de limpieza). Limpie el interior del inodoro con el trapeador prestando mucha atención a la parte inferior del borde donde sale el agua donde se acumulan las bacterias causando olores desagradables. Deje que el limpiador permanezca unos minutos en el inodoro y los orinales.



**2. Quite el polvo de las superficies horizontales elevadas con un plumero de mango largo**

A. Quite el polvo de las superficies horizontales elevadas con un plumero de mango largo. Asegúrese de sacar el polvo de la parte superior de los espejos y de los tabiques del cubículo.

B. Quite los residuos de goma de mascar o pegajosos del piso, usando una espátula para aflojarlos con cuidado.



**3. Pase el trapeador para polvo en el piso**

A. Pase el trapeador para polvo en el piso. Pase el trapeador para polvo debajo y detrás de los muebles.



**4. Use el cepillo y el recogedor para levantar la suciedad**

A. Use el cepillo y el recogedor para levantar la suciedad.

B. Deseche la suciedad en un recipiente apropiado.

3

TARGET - RESTROOM, PERIODIC MAINTENANCE



5.  Quite los depósitos de agua dura y escoria de jabón (paredes, pisos y accesorios usando una bomba rociadora)



6.  Aplique el limpiador #51 para baños y duchas con la bomba rociadora a las paredes y accesorios empezando en el piso y trabajando hacia el techo
A.  Evite aplicar el limpiador al techo.
B.  Evite aplicar el limpiador a los dispensadores de toallas de papel y de papel higiénico.
C.  Evite aplicar el limpiador a los accesorios de la luz.
D.  Permita que los productos químicos actúen por unos minutos antes de restregar.



7.  Use un cepillo Doodlebug de uso general y frote las superficies
A.  Enjuague todas las superficies.





8.  Use el escurridor o el trapeador para empujar el agua a un desague del piso o use una aspiradora para líquidos
A.  Enjuague el piso trabajando en dirección del desagüe del piso.
B.  Empuje con el escurridor el exceso de líquido al desagüe del piso.
9.  Quite los depósitos de agua dura, escoria de jabón y suciedad común de los pisos de los baños (limpieza periódica del piso)
A.  Aplique el desinfectante #25 HB cuaternario, en forma generosa e uniforme en el piso.

4

TARGET - RESTROOM, PERIODIC MAINTENANCE



B. Deje que los productos químicos actúen de 10 a 15 minutos antes de restregar. Mantenga mojado el piso, no deje que el área se seque antes de restregar.

C. Use el cepillo #53 de uso general y el cepillo Doodlebug para fregar áreas que necesitan atención al detalle y otras muy sucias.

D. Use el escurridor o el trapeador para empujar las suciedad hasta el drenaje del piso o recójala con una aspiradora para líquidos.

E. Enjuague el piso.

F. Permita que el piso se seque.

10. **Quite los depósitos de agua dura, escoria de jabón y suciedad común de los pisos de los baños (limpieza periódica del piso)**



A. Aplique el limpiador #52 para azulejos, lechada e inodoros en forma generosa e uniforme en el piso.

B. Deje que los productos químicos actúen de 10 a 15 minutos antes de restregar. Mantenga mojado el piso, no deje que el área se seque antes de restregar.



C. Use el cepillo de uso general para el piso y el cepillo Doodlebug para fregar áreas que necesitan atención al detalle y otras muy sucias.

D. Use el escurridor o el trapeador para empujar las suciedad hasta el drenaje del piso o recójala con una aspiradora para líquidos.

E. Enjuague el piso.

F. Deje que el pise se seque solo.

5

TARGET - RESTROOM, PERIODIC MAINTENANCE



**11. Limpie y rellene los dispensadores de jabón**

A. Limpie y rellene los dispensadores de jabón. Inspeccione el dispensador de jabón para asegurar que tiene un suministro adecuado de jabón. Si el dispensador de jabón es una unidad desechable y el nivel de jabón es bajo, reemplace la unidad. Si la unidad dispensadora de jabón es reusable, siga el procedimiento de su centro para abrir, limpiar, y rellenar el dispensador. Asegúrese de lavar y secar el interior del dispensador antes de agregar jabón nuevo. Limpie el exterior del dispensador de jabón con un paño húmedo y la solución limpiadora. Informe al departamento de mantenimiento de cualquier dispensador roto o en mal funcionamiento malfunctioning u a otra persona apropiada que los reparen.



**12. Rellene el dispensador de toallas de papel, como sea necesario**

A. Abra el dispensador de toallas de papel. Para quitar el polvo suelto de papel, quite las toallas de papel y limpie dentro del dispensador usando un paño húmedo y la solución de limpieza. Reemplace las toallas de papel. Para las toallas del papel plegadas, asegúrese de ponerlas con el doblez hacia abajo e intercale el fondo de la nueva hoja con la hoja superior de papel. Rellene como sea necesario para llenar la unidad. No la sobrecargue, dado que dificultará el tirar de las toallas. Asegúrese de que las toallas se desprenden fácilmente. Cierre el dispensador de toallas de papel verificando si está seguro y no se abra cayéndose lesionando a un persona. Limpie el exterior del dispensador de toallas de papel con un paño húmedo y la solución de limpieza. Informe al departamento de mantenimiento de cualquier dispensador roto o en mal funcionamiento malfunctioning u a otra persona apropiada que los reparen.

6

TARGET - RESTROOM, PERIODIC MAINTENANCE



### 13. Rellene el dipensador de papel higiénico, como sea necesario

A. Abra el dispensador de papel higiénico. Quite los rodillos del rollo de papel. Limpie dentro del dispensador para quitar el polvo del pape usando un paño húmedo y el limpiador desinfectante. Instale el nuevo rollo de papel. Asegúrese de que el rollo de papel se desenvuelve por la parte superior (y no por debajo) dado que esto permite tirar más fácilmente y evita desenrollar desperdiciando producto. Asegúrese de comenzar el rollo despegando la primera hoja para la conveniencia del primer usuario. Informe al departamento de mantenimiento de cualquier dispensador roto o en mal funcionamiento malfunctioning u a otra persona apropiada que los reparen.



### 14. Limpie el espejo

A. Para espejos pequeños o relativamente limpios rocíe un poco de limpiavidrios en un paño. Limpie el espejo con el paño mojado. Voltee el paño a una sección seca y seque el espejo. El espejo debe secarse para prevenir dejar marcas. Para espejos grandes o sucios, rocíe el limpiadvidrios directamente en el espejo. Use el limpiavidrios económicamente. Limpie el espejo hasta que no se vean marcas. Use un paño limpio para secar el espejo.



### 15. Limpie la pileta

A. Aplique Limpiador #19 no ácido o limpiador #51 para baños y duchas a las superficies internas de la pileta.

B. Limpie el interior de la pileta, la superficie exterior de la pileta, y todas las superficies de metal y los grifos con un paño limpio mojado en el limpiador desinfectante. En caso de suciedad difícil, use una esponja #3000 para usos pesados con el limpiador desinfectante. Siempre siga las recomendaciones del fabricante del accesorio para quitar las manchas, sobre todo en superficies especiales.

TARGET - RESTROOM, PERIODIC MAINTENANCE



**16. Limpie la superficie alrededor de la pileta como las mesas-tocador o mostradores**



**17. Limpie la cañería debajo de la pileta**
A. Limpie la cañería debajo de la pileta, con la frecuencia que dicta su centro. Seque con un paño limpio todos los accesorios de metal para evitar dejar marcas.
B. Enjuague la pileta y séquela con un paño limpio.



**18. Pase el trapeador húmedo**
A. Permita que el piso se seque solo.
B. Retire el letrero de Baño cerrado.

**19. Limpieza final**
A. Limpie todo el equipo. Devuelva el equipo y los suministros al área apropiada.
B. Coloque los cabezales de los trapeadores y los paños de limpieza en una bolsa para el lavado diario.
C. Quítese el equipo protector personal y lávese las manos.

TARGET - RESTROOM, PERIODIC MAINTENANCE

Seguridad

### Seguridad

1. Coloque siempre debidamente los letreros de precaución.
2. Use siempre el producto químico de limpieza exactamente como lo recomienda la etiqueta siguiendo las precauciones de seguridad.

# 3M Related Products

| Dalco Item # | Price/item | Qty |
|---|---|---|
| 004307 | $298.20 | |
| *Cont #* *75693* *Derek* *422 25* *450 00* 011363 | $473.20 | |
| 17" 011694 | $141.58 | |
| 20" 011705 | $184.67 | |
| LS950 008945 | $100.39 | |
| DL951 008945 | *100 sheets* $ 29.27 | |



**3M™ All Purpose Sprayer Model AP1**
- 20' cord, 10' spray hose
- 2 gallon quick-change solution container
- Tough polyethylene case
- Use to apply 3M Carpet Protector



Front  Back

**Multi Purpose Cordless Sprayer Model SC2**
- 115 volt charger on board
- Sprays for 3 hours maximum on full charge
- 2 gallon quick-change solution container
- Mounted on 2-wheel cart with adjustable handle



**3M™ General Purpose Floor Brush No. 53**
- For medium-duty scrubbing of most floor surfaces
- Easily attaches to auto scrubber
- Unique wedge design provides multiple cleaning edges -- ideal for grouted floors
- 17" & 20" sizes



**3M™ Laminating System LS950**
- Professional document finishing right at your workstation
- Non-electric, no warm-up time
- Apply adhesive for permanent mounting

**3M™ Laminating System DL951**
- Dual laminate refill cartridge

**DALCO ENTERPRISES**
*Maryline*

ne   1-800-950-1975
       651-604-2961
Contact   Joni Miklya

Company Name _____
Street Address _____
City, State, Zip _____
Credit Card #_____Ex. Date_____
Phone # _____

## Who To Call
## 3M Carpet Care System & 3M Restroom Care System

| Reason | Location | Name | Phone Number | E-Mail |
|---|---|---|---|---|
| Overall 3M Program Details | St. Paul Headquarters | Tyler Downs - 3M | 651-737-4859 | tadowns1@mmm.com |
| Technical Hot Line | St. Paul Headquarters | Sandy Libby - 3M | 651-736-5622 | silibby1@mmm.com |
| Procedural Questions | Various | "Contract Company" Trainer | | |
| 3M Local Field Contact | States - CT,DE,DC,ME,MD,MA,NH,NJ, east NY,RI,VT,VA,WV | John Van Gelder - 3M | 516-481-7236 | jgvangelder@mmm.com |
| | States - IN,KY,MI,west NY, OH, westPA, | Mark Schmitz - 3M | 440-239-2923 | mrschmitz@mmm.com |
| | States - AR,FL,GA,LA,SM,NC,OK, SC,TX, | John Wolter - 3M | 651-733-2497 | jhwolter@mmm.com |
| | States - IL,IA,MN,MO,NE,ND, SD,TN,WI | Jamie Wolf - 3M | 651-365-0272 | jcwolf@mmm.com |
| | States - AZ,CA,CO,ID,MT,NV, NM,OR,UT,WA,WY | Philip Bryant - 3M | 925-516-4329 | pdbryant@mmm.com |
| Order/Delivery Questions | Tampa | Pam Bargeron - xpedx | 813-612-6036 | pam.bargeron@ipaper.com |

# 3M

# Twist 'n Fill™
## Chemical Dispenser
Installation and Operation Instructions

## INSTALLATION INSTRUCTIONS

### Choose the Right Location

1. Locate the dispenser directly over a sink or floor drain, approximately 4 feet from the floor. If you will be dispensing into an automatic scrubber, be sure to mount dispenser high enough to allow free flow into the scrubber.

2. Choose a location where the dispenser will not be bumped by personnel or dislodged by swinging doors, rolling carts or other moving objects.

3. Place the dispenser in an area where the bottle can be easily loaded and unloaded without interference from adjacent walls, shelves, pipes or similar obstacles.

4. Choose location with the following temperature and pressure ranges:

Water pressure: 25-100 psi (pounds per square inch) at 3 gpm (gallons per minute) minimum

Water temperature: Gray dispenser model–
40°F (4°C) to 140°F (59°C)
Black Food Service dispenser model–
40°F (4°C) to 180°F (82°C)

Room temperature: 60°F (15°C) to 100°F (38°C)

### Mount Dispenser

#### *Mounting Dispenser with Adhesive Plate*

**IMPORTANT! May not be suitable for installation on rough, porous, unpainted or uneven surfaces and sheet rock unless used in conjunction with 3M Spray 80 Contact Adhesive. Not suitable for installation on some plastics including polypropylene and polyethylene.**



A) Clean surface. Remove all loose or flaking particles and allow to dry completely.



B) Remove protective covers from adhesive strips. By applying pressure, attach complete assembly to wall in level position.

#### *Mounting Dispenser with Screws*

**NOTE: Consult your building maintenance personnel to insure solid installation and correct fasteners depending on wall material.**



A) Mark hole locations on wall using the dispenser as a template.



B) Drill holes and install appropriate size anchors and screws into wall.



C) Hang dispenser on wall. Secure dispenser by tightening the screws.

#### *Portable Mounting Options*

The 3M Twist 'n Fill Chemical Dispenser is portable. Use the thumb screws on the back of the dispenser to clamp on to janitorial carts, automatic scrubbers, buckets, etc. **Remove concentrate bottle before transporting the dispenser.**

### Connect to Water Supply

**NOTE: Consult the local plumbing code to insure installation complies with municipal ordinances.**

#### *Quick-Connect Water Hook-up*

Hand tighten the female quick-connect coupling provided to the 3/4-inch garden hose connection on the faucet.

Insert the male coupler into the female coupler. While pushing the male coupler into the female coupler, slide the outer sleeve on the female coupler upward. Release the sleeve. Once inserted, make sure it returns to its locked position.

An additional male fitting has been provided for your convenience to attach to any current or future appliance hoses with 3/4-inch garden swivel ends. This will allow quick change over from the Twist 'n Fill dispenser to your other water source needs.



Faucet
Female Quick-Connect
Male Quick-Connect
Bleed Valve
Hose

*Adapting to a Faucet Tap Connection*

For black Food Service dispenser models only, an additional fitting has been supplied to convert non-standard faucets to 3/4-inch garden hose connections.



External thread connection



Faucet adapter



Internal thread connection

Faucet with outside thread

Faucet with inside thread

For faucet connections with outside threads, remove top rubber washer from faucet adapter and thread onto faucet tap as shown above. The quick-connect can now be threaded onto the other end of the faucet adapter for hook up.

For faucet connections with inside threads, use both rubber washers as provided and thread onto the faucet tap as shown. The quick-connect can now be threaded onto the other end of the faucet adapter for hook-up.

## Check Water Flow

1. Turn water supply on completely. Note: For dispensers with bleed valve, a steady stream of water will flow to drain from the hose/faucet connection. This feature is for compliance to plumbing codes in certain localities. This feature relieves residual pressure in the system when the water supply is turned off.

2. Dispense water into a one gallon container by pushing the rinse lever on the dispenser to the left until it stops. The container should be full in 30-40 seconds. If not, consult with your building maintenance personnel to insure adequate water supply.

**DO NOT USE THE TWIST 'N FILL DISPENSER UNTIL THE PROPER FLOW RATE IS OBTAINED.**

## OPERATION INSTRUCTIONS

### To dispense ready-to-use chemicals:

1. Make sure water supply to dispenser is turned on completely.

2. Select the desired 3M chemical concentrate bottle.

3. Standing in front of the dispenser, insert the bottle into the dispenser in an "upside down" position. Note: The one label that is upside down on the bottle should now be facing you in the right-side-up position.

4. Place a clean, properly labeled container under the dispense hose.

5. Turn the bottle clockwise until it stops. The flange on the neck of the bottle will move toward the "on" arrow. Do not force bottle past the stop or damage to the cap may result.

**READY-TO-USE CHEMICAL IS NOW BEING DISPENSED.**

### To stop dispensing:

Turn the bottle back counterclockwise until it stops (at the off arrow).

### To remove:

Lift the bottle directly up. Store in upright position (cap up).

AFTER DISPENSING IS COMPLETE, TURN OFF WATER SUPPLY AND DISCONNECT WATER SUPPLY HOSE FROM FAUCET IF DESIRED.

**NOTE: Dispensers with bleed valve connector will relieve any residual pressure in the system.**

**DO NOT MIX DIFFERENT CLEANING CHEMICALS TOGETHER.**

3M Commercial Care Division
3M Center, Building 223-3N-05
St. Paul, MN 55144-1000

"3M" and "Twist 'n Fil" are trademarks of 3M.
34-XXXX-XXXX-X

# 3M

# Twist 'n Fill™ Chemical Dispenser
## DSR Installation Checklist

### Equipment Needed:

☐ Gloves                    ☐ Goggles

### Tools Needed:

☐ 1/4" Concrete Screws & Blue Anchors    ☐ Channel Lock Pliers

☐ 1/4" Concrete Bit                      ☐ 3M Double-sided Concrete Tape

☐ #2 Philips Drive                       ☐ Twist 'n Fill Wire Rack

☐ 1 pack of 1/4" Washers                 ☐ 2 Dispensers (1 extra for Back-up)

☐ Hammer

---

### Steps to Hang a Twist 'n Fill Dispenser:

1. Decide where to hang the Twist 'n Fill Dispenser based on water faucet location.

2. Make sure thumb screws are turned in on the Dispenser.

3. Find out from the customer what they are filling (i.e. bottles, bucket, scrubbers).

4. Mark holes for dispenser (A).

5. Drill holes (B).

6. Put on anchors (B).

7. Screw in dispenser (C).

8. Connect dispenser to water (D).

9. Test dispenser.

10. Hang up wire rack for Twist 'n Fill Bottles.

11. Hang up Product Recommendation Poster.

12. Show customer how to use dispenser.



A) Mark hole locations on wall using the dispenser as a template.

B) Drill holes and install appropriate size anchors and screws into wall.

C) Hang dispenser on wall. Secure dispenser by tightening the screws.



D)

Faucet

Female Quick-Connect

Male Quick-Connect

Bleed Valve

Hose

## DINING OUT (continued)

Oil..........................................Aceite
Vinegar..................................Vinagre
Mustard................................Mostaza
Bread...........................................Pan
Butter............................Mantequilla
Soup..........................................Sopa
Egg..........................................Huevo
Salad.....................................Ensalada
Tomatoes...........................Jitomates
Lettuce..................................Lechuga
Vegetables...........................Verduras
Potatoes.....................................Papas
Beef...............................Carne de res
Steak.........................................Bistec
Rare................................Poco hecho
Medium.................................Medio
Well done......................Bien hecho
Veal.......................................Milanesa
Lamb.....................................Cordero
Chicken.....................................Pollo
Duck.............................................Pato
Ham........................................Jamón
Pork...........................................Cerdo
Chops....................................Chuletas
Liver.........................................Hígado
Fish........................................Pescado
Lobster..................................Langosta
Shrimp...............................Camarones
Snails...................................Caracoles
Dessert....................................Postres
Cheese......................................Queso
Fruit...........................................Fruta
Ice Cream.............................Helado
Pastry.............................Pan Dulce
Cake...........................................Pastel

## DAYS OF THE WEEK

Sunday..................................Domingo
Monday......................................Lunes
Tuesday....................................Martes
Wednesday.........................Miércoles
Thursday.................................Jueves
Friday......................................Viernes
Saturday..................................Sábado

## OPPOSITES

Good/Bad...........................Bueno/Malo
Before/After..............Antes/Después
Early/Late...............Temprano/Tarde
First/Last.................Primero/Último
Now/Then...................Ahora/Entonces
Here/There.......................Aquí/Allí
Large/Small...........Grande/Pequeño
Empty/Full.........................Vacío/Lleno
Many/Few...................Mucho/Poco
More/Less.......................Más/Menos
Beautiful/Ugly...............Bonito/Feo
Better/Worse.....................Mejor/Peor
Clean/Dirty.................Limpio/Sucio
Cold/Hot....................Frío/Caliente
Free/Taken............Libre/Ocupado
Open/Closed.............Abierto/Cerrado

## NUMBERS

| | | | |
|---|---|---|---|
| 1 | Uno | 20 | Veinte |
| 2 | Dos | 30 | Treinta |
| 3 | Tres | 40 | Cuarenta |
| 4 | Cuatro | 50 | Cincuenta |
| 5 | Cinco | 60 | Sesenta |
| 6 | Seis | 70 | Setenta |
| 7 | Siete | 80 | Ochenta |
| 8 | Ocho | 90 | Noventa |
| 9 | Nueve | 100 | Cien |
| 10 | Diez | 200 | Doscientos |
| 11 | Once | 300 | Trescientos |
| 12 | Doce | 400 | Cuatrocientos |
| 13 | Trece | 500 | Quinientos |
| 14 | Catorce | 600 | Seiscientos |
| 15 | Quince | 700 | Setecientos |
| 16 | Dieciséis | 800 | Ochocientos |
| 17 | Diecisiete | 900 | Novecientos |
| 18 | Dieciocho | 1000 | Mil |
| 19 | Diecinueve | | |

# A little guide to Spanish | Una guía Pequeña de Español

## Try it!

If you make an effort to communicate in the local language your efforts will be greatly appreciated, and your vacation will be even more enjoyable.

This is a basic guide. Use it as a refresher to your Spanish or learn a few phrases and words that will be helpful. There are many Spanish phrase books available in most book stores if you want a more complete guide.



MLT INC.
A MARRIOTT LEISURE CORPORATION COMPANY

## GREETINGS

| | |
|---|---|
| Good morning/Good day | Buenos días |
| Good afternoon | Buenas tardes |
| Good evening/Good night | Buenas noches |
| Good-bye | Adiós |
| Hello | Hola |
| Happy to meet you | Mucho gusto |
| My name is | Mi nombre es/Me llamo |
| How are you? | Cómo está usted? |
| Very well, thank you | Muy bien, gracias |
| See you later | Hasta luego |

## GENERAL

| | |
|---|---|
| Yes | Sí |
| No | No |
| Please | Por favor |
| Thank you | Gracias |
| You're welcome | De nada/Por nada |
| No, thank you | No, gracias |
| Sorry | Perdón |
| Entrance | Entrada |
| Exit | Salida |
| Bath | Baño |
| Key | Llave |
| Room | Cuarto, Habitación |
| Beach | Playa |
| Towels | Toallas |
| Soap | Jabón |

## LANGUAGE PROBLEMS

| | |
|---|---|
| Do you speak English? | Habla usted inglés? |
| I'm American | Soy Americano/a |
| I'm Canadian | Soy Canadiense |
| I don't speak Spanish | No hablo español |
| Do you understand me? | Me entiende? |
| I don't understand | No entiendo |
| Please speak slowly | Hable despacio por favor |
| What does it mean? | Que significa eso? |

## POLITE PHRASES

| | |
|---|---|
| Sorry/excuse me | Perdóneme |
| That's all right | Está bien |
| Don't worry | No se preocupe |
| I beg your pardon | Discúlpeme |
| I'm sorry to trouble you | Perdóneme la molestia |

## QUESTIONS

| | |
|---|---|
| When? | Cuándo? |
| Who? | Quién? |
| Why? | Por qué? |
| What? | Qué? |
| How much is/are? | Cuanto(s) es/son? |
| How far? | Que distancia hay? |
| What do you want? | Que desea? |
| I want/would like? | Quiero |
| What is the matter? | Que pasa? |
| Can you help me? | Puede ayudarme? |
| Can you show me? | Puede enseñarme? |
| Can you tell me? | Puede decirme? |
| Where is/are? | Dónde esta/están? |
| the restaurant? | el restaurante? |
| the hotel? | el hotel? |
| the shop? | la tienda? |
| the station? | la estación? |
| the post office? | el correo? |
| the market? | el mercado? |
| the toilet? | el baño? |
| (Men) | (caballeros/señores) |
| (women) | (damas/señoras) |

## USEFUL STATEMENTS

| | |
|---|---|
| I (don't) like it | (No) me gusta |
| I'm not sure | No estoy seguro |
| I don't know | No sé |
| I think so | Creo que sí |
| I'm hungry/thirsty | Tengo hambre/sed |
| I'm tired | Estoy cansado |
| Leave me alone | Por favor déjame |
| Just one minute | Un momento |
| Come in | Adelante |
| It's cold/hot (weather) | Hace frío/calor |
| It's cheap/expensive | Es barato/caro |
| It's too much | Es demasiado |
| That's all | Es todo |
| You are right | Tiene razón |
| You are wrong | Está equivocado |
| Thank you for your help | Muchas gracias por su ayuda |

## DINING OUT

| | |
|---|---|
| I've reserved a table | Tengo mesa reservada |
| Have you a table free? | Hay una mesa libre? |
| May I have the menu? | El menu por favor |
| May I have the wine list? | La lista de vinos? |
| I'd like | Quiero |
| a little more | poquito más |
| a glass of water | un vaso de agua |
| the bill please | la cuenta por favor |
| one beer please | una cerveza por favor |
| the same again please | lo mismo por favor |
| This is bad | Eso es malo |
| Breakfast | Desayuno |
| Lunch | Almuerzo |
| Dinner | Comida |
| Supper | Cena |
| Menu | Menú |
| Waiter | Mesero |
| Waitress | Mesera |
| Bill/check | Cuenta |
| Knife | Cuchillo |
| Fork | Tenedor |
| Spoon | Cuchara |
| Glass | Vaso |
| Napkin | Servilleta |
| Bottle | Botella |
| Cheers! | Salud! |
| What will you drink? | Qué quiere beber/tomar? |
| Red wine | Vino tinto |
| White wine | Vino blanco |
| Beer | Cerveza |
| Lemonade | Limonada |
| Ice | Hielo |
| Water | Agua |
| Milk | Leche |
| Coffee | Café |
| Coffee with milk | Café con leche |
| Tea | Té |
| Salt | Sal |
| Pepper | Pimienta |
| Sugar | Azúcar |

(continued on next page)

## GREETINGS

| | |
|---|---|
| Good morning/Good day. | Buenos días |
| Good afternoon. | Buenas tardes |
| Good evening/Good night. | Buenas noches |
| Good-bye. | Adiós |
| Hello. | Hola |
| I'm happy to meet you. | Mucho gusto |
| My name is. | Mi nombre es/Me llamo |
| How are you? | Cómo está usted? |
| Very well, thank you. | Muy bien, gracias |
| See you later. | Hasta luego |

## GENERAL

| | |
|---|---|
| Yes. | Sí |
| No. | No |
| Please. | Por favor |
| Thank you. | Gracias |
| You're welcome. | De nada/Por nada |
| No, thank you. | No, gracias |
| Sorry. | Perdón |
| Entrance. | Entrada |
| Exit. | Salida |
| Bath. | Baño |
| Key. | Llave |
| Room. | Cuarto, Habitación |
| Beach. | Playa |
| Towel. | Toallas |
| Soap. | Jabón |

## LANGUAGE PROBLEMS

| | |
|---|---|
| Do you speak English? | Habla usted inglés? |
| I'm American. | Soy Americano/a |
| I'm Canadian. | Soy Canadiense |
| I don't speak Spanish. | No hablo español |
| Do you understand me? | Me entiende? |
| I don't understand. | No entiendo |
| Please speak slowly. | Hable despacio por favor |
| What does it mean? | Qué significa eso? |

## POLITE PHRASES

| | |
|---|---|
| Sorry/excuse me. | Perdóneme |
| That's all right. | Está bien |
| Don't worry. | No se preocupe |
| I beg your pardon. | Discúlpeme |
| I'm sorry to trouble you. | Perdóneme la molestia |

## QUESTIONS

| | |
|---|---|
| When? | Cuándo? |
| Who? | Quién? |
| Why? | Por qué? |
| What? | Qué? |
| How much is/are? | Cuanto(s) es/son? |
| How far? | Que distancia hay? |
| What do you want? | Que desea? |
| I want/would like? | Quiero |
| What is the matter? | Que pasa? |
| Can you help me? | Puede ayudarme? |
| Can you show me? | Puede enseñarme? |
| Can you tell me? | Puede decirme? |
| Where is/are? | Dónde esta/están? |
| the restaurant? | el restaurante? |
| the hotel? | el hotel? |
| the shop? | la tienda? |
| the station? | la estación? |
| the post office? | el correo? |
| the market? | el mercado? |
| the toilet? | el baño? |
| (Men) | (caballeros/señores) |
| (women) | (damas/señoras) |

## USEFUL STATEMENTS

| | |
|---|---|
| I (don't) like it. | (No) me gusta |
| I'm not sure. | No estoy seguro |
| I don't know. | No sé |
| I think so. | Creo que sí |
| I'm hungry/thirsty. | Tengo hambre/sed |
| I'm tired. | Estoy cansado |
| Leave me alone. | Por favor déjeme |
| Just one minute. | Un momento |
| Come in. | Adelante |
| It's cold/hot (weather). | Hace frío/calor |
| It's cheap/expensive. | Es barato/caro |
| It's too much. | Es demasiado |
| That's all. | Es todo |
| You are right. | Tiene razón |
| You are wrong. | Está equivocado |
| Thank you for your help. | Muchas gracias por su ayuda |

## DINING OUT

| | |
|---|---|
| I've reserved a table. | Tengo mesa reservada |
| Have you a table free? | Hay una mesa libre? |
| May I have the menu? | El menu por favor? |
| May I have the wine list? | La lista de vinos? |
| I'd like. | Quiero |
| a little more. | poquito más |
| a glass of water. | un vaso de agua |
| the bill please. | la cuenta por favor |
| one beer please. | una cerveza por favor |
| the same again please. | lo mismo por favor |
| This is bad. | Eso es malo |
| Breakfast. | Desayuno |
| Lunch. | Almuerzo |
| Dinner. | Comida |
| Supper. | Cena |
| Menu. | Menú |
| Waiter. | Mesero |
| Waitress. | Mesera |
| Bill/check. | Cuenta |
| Knife. | Cuchillo |
| Fork. | Tenedor |
| Spoon. | Cuchara |
| Glass. | Vaso |
| Napkin. | Servilleta |
| Bottle. | Botella |
| Cheers!. | Salud! |
| What will you drink? | Qué quiere beber/tomar? |
| Red wine. | Vino tinto |
| White wine. | Vino blanco |
| Beer. | Cerveza |
| Lemonade. | Limonada |
| Ice. | Hielo |
| Water. | Agua |
| Milk. | Leche |
| Coffee. | Café |
| Coffee with milk. | Café con leche |
| Tea. | Té |
| Salt. | Sal |
| Pepper. | Pimienta |
| Sugar. | Azucar |

(continued on next page)