# ALFOMBRA, ASPIRAR Y QUITAR LAS MANCHAS

## Diariamente

Version 4.0

(C) 3M, 1997, 2000, 2002
All rights reserved.

Objetivo: Mantener la apariencia de la alfombra para prevenir el daño causado por las manchas.




### Materiales Necesarios

1. Aspiradora
2. 3M™ Liquid Carpet Stain Remover or 3M™ Carpet Spot Remover and Upholstery Cleaner or 3M™ Heavy Duty Carpet Stain Remover3M Carpet Spot Remover and Upholstery Cleaner
3. Paños limpios absorbentes




### Preparación

1. Examine el área y recoja residuos que sean muy grandes para ser aspiradora o que pueden dañar su máquina.
2. Mueba los muebles como sea necesario.

### Procedimiento

**1. Pase la aspiradora**

A. Enchufe la aspiradora en un tomacorriente de pared. Comience a aspirar cerca del tomacorriente.

B. Aspire con pasadas largas y rectas. Traslape las pasadas.

C. Vuelva a poner los muebles en su lugar original.



**2. Aplique el quitamanchas para alfombras**

A. Aplique el quitamanchas para cubrir completamente la mancha visible.



**3. Frote con el quitamanchas de alfombras**

A. Seque la mancha con el lado limpio del paño absorbente.

B. Repita como sea necesario.

**4. Limpieza final**

A. Guarde la aspiradora y revise todas las mangueras.

B. Quítese los guantes y lávese las manos.




## Seguridad

1. Añada y use siempre los productos químicos de acuerdo a las instrucciones del fabricante.

# ALFOMBRA, ELIMINAR LAS MANCHAS
## Diariamente, al pasar la aspiradora
Version 4.0

(C) 3M, 1997, 2000, 2002
All rights reserved.

Objetivo: Mantener la apariencia de la alfombra para prevenir el daño causado por las manchas.

Materiales Necesarios

### Materiales Necesarios
1. 3M™ Liquid Carpet Stain Remover or 3M™ Carpet Spot Remover and Upholstery Cleaner or 3M™ Heavy Duty Carpet Stain Remover3M Carpet Spot Remover and Upholstery Cleaner
2. Cepillo para manchas o espátula de plástico
3. Limpie con paños absorbentes

Preparación

### Preparación
1. Use el equipo personal protector apropiado.

Procedimiento

### Procedimiento

TARGET - CARPET SPOT REMOVAL



**1. Aplique el quitamanchas para alfombras**

A. Aplique el quitamanchas para cubrir la mancha completamente.

B. Aplique el quitamanchas en un área de alfombra limpia de una pulgada alrededor de la mancha.

C. Deje que el quitamanchas penetre las manchas por sesenta segundos.



**2. Frote con el quitamanchas de alfombras**

A. Frote el quitamanchas de alfombras con un paño absorbente, desde el borde al centro de la mancha.

B. Repita el procedimiento si fuera necesario.

C. Seque la mancha con un lado limpio del paño absorbente.





**3. Limpieza final**

A. Quítese los guantes y lávese las manos.

## Seguridad




1. Añada y use siempre los productos químicos de acuerdo a las instrucciones del fabricante.

# ALFOMBRA, ELIMINAR LAS MANCHAS

## Si es necesario

Version 4.0

(C) 3M, 1997, 2000, 2002
All rights reserved.

Objetivo: Mantener la apariencia de la alfombra para prevenir el daño causado por las manchas.

---

Materiales Necesarios

### Materiales Necesarios

1. 3M™ Liquid Carpet Stain Remover or 3M™ Carpet Spot Remover and Upholstery Cleaner or 3M™ Heavy Duty Carpet Stain Remover3M Heavy Duty Carpet Stain Remover
2. Botella rociadora con agua
3. Cepillo para manchas o espátula de plástico
4. Limpie con paños absorbentes

---

Preparación

### Preparación

1. Use el equipo personal protector apropiado.
2. Haga una prueba de quitar una mancha en una zona pequeña, que no está a la vista, para determinar si destiñe la alfombra. Examine el área y quite la suciedad pesada.

---

Procedimiento

### Procedimiento

TARGET - CARPET STAIN REMOVAL






**1. Aplique el quitamanchas para alfombras**

A. Aplique el quitamanchas para cubrir completamente la mancha.

B. Aplique el quitamanchas en un área de alfombra limpia de una pulgada alrededor de la mancha.

C. Deje que el quitamanchas penetre las manchas por sesenta segundos.



**2. Frote con el quitamanchas de alfombras**

A. Frote el quitamanchas de alfombras con un paño absorbente, desde el borde al centro de la mancha.

B. Repita el procedimiento si fuera necesario.

**3. Enjuague con agua.**

A. Enjuague el área con agua limpia.

B. Seque la mancha con un lado limpio del paño absorbente o

C. Para tener mejores resultados, use el extractor para quitar el exceso de agua y las sustancias que producen las manchas.

Limpieza Final

**4. Limpieza final**

A. Quítese los guantes y lávese las manos.

Seguridad

## Seguridad

1. Añada y use siempre los productos químicos de acuerdo a las instrucciones del fabricante.

# ALFOMBRA, LIMPIEZA CON BONNET

## Semanalmente

Version 4.0

(C) 3M, 1997, 2000, 2002
Derecchos reservados.

Objetivo: Quitar las manchas, derrames y suciedad de las áreas de tráfico y limpiar toda la superficie de la alfombra cuando el mantenimiento preventivo no puede devolver la apariencia deseada.

---

Materiales Necesarios

### Materiales Necesarios

1. 3M™ #11 Bonnet Cleaner
2. Almohadilla 3M para alfombras
3. Máquina rotatoria para pisos (175 RPM)
4. 3M™ Insta-Lok™ II Blue Driving Assembly or 3M™ Insta-Lok™ Driving Assembly
5. Bomba rociadora
6. Letreros para Piso mojado

---

Preparación

### Preparación

1. Use el equipo personal protector adecuado.
2. Mueva los muebles del área.
3. Pase la aspiradora en toda el área.
4. Instale los letreros de Piso mojado.
5. Añada correctamente la solución de limpieza 3M #11 Bonnet Cleaner en el rociador.
6. Instale las almohadillas 3M para alfombras en la máquina para pisos.
7. Rocíe las almohadillas 3M para alfombras antes de que hagan contacto con la alfombra.

## Procedimiento

Procedimiento



1. **Limpie la alfombra con el bonnet**
   A. Rocíe el área a limpiar con limpiador 3M #11 Bonnet Cleaner
   B. Pase la máquina rotatoria sobre el área a limpiar.
   C. Al mismo tiempo que mueve la máquina rotatoria de derecha a izquierda, asegúrese de traslapar y combinar las pasadas.
   D. Rocíe la nueva zona a limpiar con limpiador 3M #11 Bonnet Cleaner
   E. Voltee las almohadillas 3M para alfombras como sea necesario.
   F. A medida que las almohadillas 3M para alfombras, se ensucian, reemplácelas con otras limpias.






2. **Retire los letreros de Piso mojado**
   A. Retire los letreros de Piso mojado.

TARGET - BONNET CLEANING



**3. Vuelva a colocar los muebles en su lugar**

A. Vuelva a poner los muebles que movió en el lugar original.

Limpieza Final

**4. Limpieza final**

A. Enjuague las almohadillas 3M para alfombras

B. Enjuague el rociador.




## Seguridad

1. Examine siempre el equipo eléctrico antes de usarlo. (Consulte el procedimiento de cuidado de equipos eléctricos.)
2. Evite pasar por sobre el cordón eléctrico con la máquina.
3. Instale correctamente los letreros de advertencia.
4. Desenchufe siempre la máquina antes de revisarla o trabajar en ella.

# ALFOMBRA, LIMPIEZA CON EXTRACCION

## Anualmente

Version: 4.0

(C) 3M, 1997, 2000, 2002
Derechos reservados.

Objetivo: Limpiar la alfombra completamente para obtener una apariencia de alto nivel, cuando el rociado o la limpieza con bonnet no logra devolver la apariencia deseada, para quitar suciedad pesada, o para proteger la alfombra.

---

### Materiales Necesarios

1. 3M™ #9 Extraction Cleaner
2. Extractor integrado para alfombras <u>o</u>
3. Equipo de extracción montado en camión.
4. Rociador 3M AP-1 o Bomba rociadora, o equivalente
5. Letreros de Piso mojado
6. Ventilador grande

---



### Preparación




1. Use el equipo personal protector apropiado.
2. Retire los muebles del área.
3. Pase la aspiradora en toda el área.
4. Instale los letreros de piso mojado.
5. Inspeccione el área por manchas u otro material extraño. Quítelas antes de proseguir.
6. Añada correctamente el limpiador para extracción en el rociador.
7. Añada agua al extractor para alfombras.

## Procedimiento






**1. Pretratamiento en la alfombra**

A. Rocíe la alfombra con limpiador 3M #9 para extracción usando un rociador. Permita que el limpiador permanezca en la alfombra antes de usar el extractor.



**2. Limpie la alfombra**

A. Use el extractor para alfombras en pasadas rectas y traslapadas. Use agua en la alfombra excepto en las últimas doce pulgadas de cada hilera.

B. Después de limpiar una hilera, prosiga con la siguiente. Repita este procedimiento hasta limpiar toda el área.

C. En zonas muy sucias, necesitará hacer pasadas adicionales.

D. Haga la pasada final en la alfombra. No use agua en la última pasada; use sólamente la aspiradora.



**3. Retire los letreros de Piso mojado**

A. Retire los letreros de Piso mojado.





**4. Vuelva a poner los muebles en su lugar**

A. Vuelva a poner los muebles que movió en su lugar original.




**5. Limpieza final**

A. Enjuague el extractor con agua limpia.
B. Enjuague el rociador con agua limpia.
C. Después de enjuagar el rociador, llene el recipiente del limpiador con agua limpia. Cebe el rociador y rocíe agua limpia con la boquilla por un minuto. Vacíe el resto del agua del rociador.

---




## Seguridad

1. Examine siempre el equipo eléctrico antes de usarlo. (Consulte el procedimiento para cuidado del equipo eléctrico.)
2. Evite pasar por encima del cordón eléctrico con la máquina.
3. Instale siempre los letreros de advertencia debidamente.
4. Siempre desenchufe la máquina antes de revisarla o trabajar en ella.

# ALFOMBRA, APLICAR EL PROTECTOR PARA ALFOMBRAS

## Después de usar el extractor montado en camión

Version 4.0

(C) 3M, 1997, 2000, 2002
Derechos reservados.

Objetivo: Aplicar solamente en alfombras nuevas o lavadas a fondo para reducir que se ensucien; facilita quitar la suciedad.

---

Materiales Necesarios

### Materiales Necesarios

1. Protector de alfombras 3M™
2. Rociador 3M™ AP-1
3. Ventilador grande
4. Letreros de Piso mojado

---

Preparación

### Preparación

1. Use el equipo personal protector apropiado.
2. Retire los muebles de la zona.
3. Añada debidamente el protector para alfombras al rociador.
4. Cebe el rociador.
5. Coloque los letreros de Piso mojado.
6. Si la alfombra no es nueva, asegúrese que ha sido lavada a fondo.

---

Procedimiento

### Procedimiento

TARGET - APPLY CARPET PROTECTOR





**1. Aplique el protector de alfombras**

A. Mantenga la boquilla a doce pulgadas de la alfombra y traslape los pases con un movimiento lento e uniforme.

B. Use el ventilador para reducir el tiempo de secado. Deje que la alfombra se seque de dos a cuatro horas.




**2. Quite los letreros de Piso mojado**

A. Quite los letreros de Piso mojado.



**3. Vuelva a poner los muebles en su lugar**

A. Vuelva a poner los muebles que movió en su lugar original.

B. Si debe colocar los muebles antes de que se seque la alfombra, ponga plástico debajo de las patas.




**4. Limpieza final**

A. Enjuague el rociador con agua limpia.

B. Después de enjuagar el rociador, llene el recipiente con agua limpia. Cebe el rociador y rocíe agua limpia por un minuto por la boquilla. Vacíe el agua restante del rociador.

Seguridad

## Seguridad

1. Coloque siempre los letreros correctamente.


TARGET Super
Bonnet Cleaning
Weekly
Monthly


TARGET
Greatlands
Bonnet Cleaning
Weekly
Monthly
GUEST SERVICE
FOOD SERVICE
INFANTS/TODDLERS
INTIMATE APPAREL
ACCESSORIES
HEALTH & BEAUTY


TARGET
Proto Type
MENS
SHOES
INTIMATE APPAREL
SPORTING GOODS
HSHLD COMMODITIES
HOME DECOR 2
LUGGAGE
PETS
SEASONAL
DOMESTICS
HOME DECOR 1
INFANTS/TODDLER
BOYS
HOSIERY
GIRLS
JEWELRY
STATIONARY
ENTERTAINMENT
COSMETICS
HEALTH & BEAUTY
STOCK
Bonnet Cleaning
Weekly
Monthly

# Recommended 3M Floor Pads

| Operation | Floor Pad Choice | Estimated Life |
| --- | --- | --- |
| **Stripping** | 7300 High Productivity | 40,000 sq ft (80 hrs) |
| | 7200 Black Stripper | 50,000 sq ft (100 hrs) |
| **Scrubbing** | 5300 Blue Cleaner | 200,000 sq ft (133 hrs) |
| **Daily Cleaning** | 5100 Red Buffer<br>5000 TopLine Pre-Burnish | 200,000 sq ft (20 hrs) |
| **Burnishing** | 3100 Aqua Burnish<br>3200 TopLine Speed Burnish<br>3300 Natural Blend White | 200,000 sq ft (10 hrs) |

# TARGET STORES
# 3M Restroom Products

## DAILY CLEANERS




### 3M™ Non-Acid Bathroom Cleaner Concentrate No.19L

- Used for sinks, toilet bowls, urinals, and other hard surfaces, including ceramic tile, plastic, stainless steel and marble
  * Use1x per week to clean restroom floors




### 3M™ Bathroom & Shower Cleaner Concentrate No.51L

- Removes soap scum & hard water deposits
- Used for sinks, toilet bowls and urinals
  * 0.5% Hydrochloric acid - must rinse after each use




### 3M™ HB Quat Disinfectant Cleaner Concentrate No.25

- Used daily as a disinfectant for hard surfaces such as: walls, floors, sinks, metal and porcelain
- Can be used to clean up blood and body fluids




### 3M™ Power Sponge No.3000

- Used to clean sinks, walls and stainless steel

## PROJECT CLEANERS





### 3M™ Tile, Grout & Bowl Cleaner Concentrate No.52

- Removes hard water and mineral deposits
- For periodic cleaning of toilets, urinals & fixtures
- Use to restore restroom ceramic tile floors
  * 6.5% Hydrochloric acid - must rinse after each use




### 3M™ General Purpose Floor Brush No.53

- Used with No.19 or No.51 periodically on restroom ceramic floors to remove dirt build-up
- Use with No.52 as a project cleaner (maximum frequency use = every 6 months)




### 3M™ TroubleShooter™ Cleaner (Aerosol)

- A heavy-duty cleaner to be used with 3M™ Doodlebug™ brush to remove soil, grease, and floor finish build-up
- Use on baseboards, floor edges and corners




### 3M™ Doodlebug™ General Purpose Floor Brush

- Use with TroubleShooter to scrub ceramic tiles, walls, under toilets and other hard to reach areas




3M
Copyright ©2002
3M Commercial Care

# 3M Target Restroom Care Start – Up Order Form

## Target-On-Line (TOL) 877-637-2669

Store Number: ______________________________

| Quantity | | XpedX # | Case Size |
|---|---|---|---|
| | ***Please Choose either #19 or #51*** | | |
| _2_ ea | Twist'n Fill #19 NABC<br>Non-Acid Bathroom Cleaner<br>(2-liter bottle makes 104 trigger sprayers) | 538766 | 2 liter |
| **OR** | | | |
| _2_ ea | Twist'n Fill #51<br>Bathroom and Shower Cleaner<br>(2-liter bottle makes 48 trigger sprayers) | 568376 | 2 liter |
| _3_ ea | Twist'n Fill #25<br>Quat-Disinfectant Cleaner<br>(2-liter bottle makes 180 rtu gallons) | 601208 | 2 liter |
| _3_ ea | Twist'n Fill #52<br>Tile Grout and Bowl Cleaner<br>(2-liter bottle makes 2.6 rtu gallons) | 568377 | 2 liter |
| _1__ cs. | TroubleShooter | 514780 | (12 / 21 oz.) |
| _1__ cs. | Stainless Steel Cleaner | 120025 | (12 / 21 oz.) |
| _1__ ea. | Doodlebug General Purpose Brush | 601203 | 3 ¾" x 9 ¼" |
| _1___cs. | High Pro-Doodlebug (black) | 507059 | 40 / case |
| _1___cs. | 3000 Power Sponge Scrubber | 601209 | 20 / case |

# TARGET - RESTROOM, DAILY MAINTENANCE

Version 4.0

(C) 3M, 2002
All rights reserved.

Purpose: To maintain a clean, orderly and attractive restroom environment for visitors and employees.

---

Materials Required

## Materials Required

1. Personal protective equipment as needed
2. HB Quat Disinfectant Cleaner Concentrate
3. Glass cleaner
4. Hand pail
5. Lint-free cleaning cloths
6. Scotch-Brite™ 3000 Power Sponge
7. Long handled duster
8. Clear plastic liners for waste containers
9. Red plastic liners for waste containers
10. Paper towels
11. Hand Soap concentrate or cartridge soap
12. 3M™ #19 Non-Acid Bathroom Cleaner
13. Bowl mop or bowl brush
14. Dust mop
15. Mop bucket and wringer
16. Dust pan and small brush
17. Putty knife
18. 3M™ #51 Bathroom & Shower Cleaner

---

Preparation

## Preparation

1. Put on personal protective equipment.
2. Load your cart with restroom cleaning supplies.
3. Properly dispense the disinfectant cleaner into the hand pail and mop bucket.
4. Take equipment to assigned area leaving the cart just outside the door.
5. Place restroom closed sign at the restroom entrance.
6. Knock and announce yourself to make sure the restroom is unoccupied.

# Procedure

Procedures



**1. Begin cleaning the toilets/urinals**

A. Flush the toilet/urinal and reduce the water level by pumping with the bowl mop. Apply #19 Non-Acid Bathroom Cleaner or #51 Bathroom and Shower Cleaner to the bowl mop. Clean the inside of the toilet with the bowl mop paying particular attention to the underside of the flush rim where bacteria can accumulate and cause unpleasant odors. Let the toilet/urinal cleaner remain in the toilet/urinal.

**2. High-dust horizontal surfaces using the long handled duster**

A. High-dust horizontal surfaces using the long handled duster. Be sure to get tops of mirrors and stall partitions.



**3. Clean and refill the soap dispensers**

A. Inspect the soap dispenser to ensure that there is an adequate supply of soap. If soap dispenser is a disposable unit and the soap level is low, replace the unit. If soap dispenser is a reusable unit, follow your facility procedure for opening, cleaning, and filling the dispenser. Clean the exterior of the soap dispenser with a damp cloth and cleaning solution. Report any broken or malfunctioning dispensers to maintenance or other appropriate person for repairs.





**4. Clean and refill the paper towel dispenser**

A. Unlock and open the paper towel dispenser. Be careful not to let it fall open as it can scratch the wall or hurt you. To remove loose paper dust, remove any paper towels and clean the inside of the dispenser using a damp cloth and cleaning solution. Replace paper towels. For folded paper towels, be sure to place them folded side down and interleave the bottom of the new sheet with the top of the existing sheets. Add as necessary in order to fill the unit. Do not overfill, as this will make it difficult to pull the towels out. Check to be sure the towels release easily. Close and lock the paper towel dispenser making sure it is secure and will not fall open and hurt someone. Clean the outside of the paper towel dispenser with a damp cloth and cleaning solution. Report any broken or malfunctioning dispensers to maintenance or other appropriate person for repairs.



**5. Clean and refill the toilet tissue dispenser**

A. Unlock the toilet tissue dispenser. Remove the tissue rollers. Clean the inside of the dispenser to remove paper dust using a damp cloth and disinfectant cleaner. Install the new roll of tissue. Be sure the tissue unwinds over the top of the roll (and not from underneath) since this allows it to be pulled out more easily and avoids unrolling and wasted product. Be sure to "start" the tissue by pulling the first sheet loose for the convenience of the first user. Report any broken or malfunctioning dispensers to maintenance or other appropriate person for repairs.

TARGET - RESTROOM, DAILY MAINTENANCE





**6. Clean the sink**

A. Apply #19 Non-Acid Bathroom Cleaner or #51 Bathroom and Shower Cleaner to the interior surfaces of the sink. Clean the inside of the sink, the exterior surface of the sink, and all metal handles and faucets using a clean cloth dampened with the #3000 Power Spnge with the cleaner. On stubborn soil, use an abrasive hand pad with the disinfectant cleaner. Always follow the fixture manufacturer's recommendations for stain removal, especially on specialty surfaces.



**7. Clean any surfaces around the sink such as vanities or countertops**

A. Clean any surfaces around the sink such as vanities or countertops.



**8. Clean the plumbing underneath the sink**

A. Clean the plumbing underneath the sink at the frequency required by your facility. Dry with a clean cloth all metal fixtures to avoid spotting. Rinse the sink and dry with a clean cloth.



**9. Clean the mirror**

A. For small or relatively clean mirrors spray a small amount of glass cleaner on a cloth. Wipe clean the mirror with the dampened cloth. Turn the cloth to a dry section and wipe the mirror dry. The mirror must be wiped dry to prevent streaks. For large or dirty mirrors, spray glass cleaner directly on the glass. Use glass cleaner sparingly. Wipe the mirror clean and streak free. Use a clean cloth to dry the mirror.



**10. Dust mop the floor**

A. Dust mop under and behind furniture.



B. Use the brush and dustpan to take up the soil.
C. Dispose of the soil into an appropriate container.
D. Damp mop.
E. Allow the floor to air dry.
F. Remove the Restroom Closed sign.

Clean Up

**11. Clean up**

A. Clean all equipment. Return all equipment and supplies to the appropriate area.
B. Bag all soiled mop heads and cleaning cloths for daily laundry.
C. Remove your personal protective equipment and wash your hands.

---




**Safety**

1. Always post caution signs appropriately.
2. Always use the cleaning chemical exactly as directed by the label following all recommended safety precautions.

# TARGET - RESTROOM, PERIODIC / PROJECT MAINTENANCE (REMOVAL OF MINERAL DEPOSITS, SOAP SCUM AND COMMON SOIL)

Version 4.0
(C) 3M, 2002
All rights reserved.
Purpose: To remove hard water deposits, soap scum and soil from bathroom and shower surfaces such as ceramic tile walls, floors and fixtures.

---

Materials Required

## Materials Required

1. Personal protective equipment as needed
2. HB Quat Disintectant Cleaner Concentrate
3. 3M #51 Bathroom & Shower Cleaner
4. Glass cleaner
5. Hand pail
6. Lint-free cleaning cloths
7. Scotch-Brite™ 3000 Power SpongeScotch-Brite™ 3000 Power SpongeScotch-Brite™ No. 96 General Purpose Commercial Scouring Pad or Scotch-Brite™ 2000 Power Pad
8. Long handled duster
9. Clear plastic liners for waste containers
10. Paper towels
11. Hand Soap concentrate or cartridge soap
12. 3M™ #19 Non-Acid Bathroom Cleaner or 3M™ #51 Bathroom & Shower Cleaner
13. 3M™ #52 Tile, Grout & Bowl Cleaner
14. Floor stripper
15. Bowl mop or bowl brush
16. Dust mop
17. General purpose brush
18. Squeegee
19. Rotary Floor Machine
20. 3M™ 53 General Purpose Floor Brush
21. Wet-or-Dry vacuum
22. Scotch-Brite™ 3000 Power Sponge
23. Mop bucket and wringer
24. Dust pan and small brush
25. Putty knife
26. "Wet Floor" caution signs
27. Restroom Closed signs
28. Foam applicator or pump-up sprayer
29. Fan or blower

Preparation

## Preparation

1. Determine floor drain is available and functioning properly.
2. Put on personal protective equipment.
3. Load your cart with restroom cleaning supplies.
4. Properly dispense the foam cleaner into the hand pail, mop bucket, pump-up sprayer or foam applicator.
5. If required, properly dispense grout cleaner in mop bucket.
6. If required, properly dispense floor stripper in mop bucket.
7. If foam applicator is used attach garden hose to cold water source.
8. Take equipment to assigned area leaving the cart just outside the door.
9. Place restroom closed sign at the restroom entrance.
10. Knock and announce yourself to make sure the restroom is unoccupied.
11. Set up fan or blower to enhance ventilation.

Procedures

## Procedure



**1. Begin cleaning the toilets/urinals**

A. Flush the toilet/urinal and reduce the water level by pumping with the bowl mop. Apply #19 Non-Acid Bathroom Cleaner or #51 Bathroom and Shower Cleaner or #52 Tile, Grout & Bowl Cleaner (project cleaning only) to the bowl mop. Clean the inside of the toilet with the bowl mop paying particular attention to the underside of the flush rim where bacteria can accumulate and cause unpleasant odors. Let the toilet/urinal cleaner remain in the toilet/urinal.

TARGET - RESTROOM, PERIODIC MAINTENANCE





**2. High-dust horizontal surfaces using the long handled duster**

A. High-dust horizontal surfaces using the long handled duster. Be sure to get tops of mirrors and stall partitions.

B. Remove any gum or sticky residue from the floor by gently prying it loose with the putty knife.



**3. Dust mop the floor**

A. Dust mop under and behind furniture.



**4. Use the brush and dustpan to take up the soil**

A. Use the brush and dustpan to take up the soil. Never leave a pile of debris in a corner for later pick-up.

B. Dispose of the soil into an appropriate container.



**5. Remove hard water deposits and soap scum (walls, floors and fixtures using pump-up sprayer)**



**6. Apply #51 Bathroom and Shower Cleaner with pump-up sprayer to walls and fixtures starting at the floor and working up toward the ceiling**

A. Avoid applying cleaner to ceiling.
B. Avoid applying cleaner to paper towel and toilet paper holders.
C. Avoid applying cleaner to light fixtures.
D. Allow chemicals to work for a few minutes before scrubbing.



**7. Use Doodlebug general purpose brush and agitate surfaces**

A. Rinse all surfaces.



**8. Squeegee or mop to a floor drain or pick up with a wet-vac**

A. Rinse floor working towards floor drain.
B. Squeegee excess liquid to floor drain.

**9. Remove hard water deposits, soap scum and common soil from restroom floors (periodic floor cleaning)**

A. Apply # 25 HB Quat Disinfectant liberally and evenly to the floor.



B. Allow chemicals to work 10 to 15 minutes before scrubbing. Keep the floor wet, do not allow area to sry before scrubbing.



C. Use # 53 General Purpose Floor Brush and Doodlebug Brush to scrub detail areas and heavily soiled areas.
D. Squeegee or mop to a floor drain or pick up with a wet-vac.
E. Rinse the floor.
F. Allow to dry.

**10. Remove hard water deposits, soap scum and common soil from restroom floors (project floor cleaning)**

A. Apply # 52 Tile, Grout and Bowl Cleaner liberally and evenly to the floor.
B. Allow chemicals to work 10 to 15 minutes before scrubbing. Keep the floor wet, do not allow any area to dry before scrubbing.





C. Use General Purpose Floor Brush and Doodlebug brush to scrub detail areas and heavliy soiled areas.
D. Squeegee or mop to a floor drain or pick up with a wet-vac.
E. Rinse the floor.
F. Allow to air dry.



**11. Clean and refill the soap dispenser**

A. Inspect the soap dispenser to ensure that there is an adequate supply of soap. If soap dispenser is a disposable unit and the soap level is low, replace the unit. If soap dispenser is a reusable unit, follow your facility procedure for opening, cleaning, and filling the dispenser. Clean the exterior of the soap dispenser with a damp cloth and cleaning solution. Report any broken or malfunctioning dispensers to maintenance or other appropriate person for repairs.





**12. Clean and refill the paper towel dispenser**

A. Open or unlock the paper towel dispenser. Be careful not to let it fall open as it can scratch the wall or hurt you. To remove loose paper dust, remove any paper towels and clean the inside of the dispenser using a damp cloth and cleaning solution. Replace paper towels. For folded paper towels, be sure to place them folded side down and interleave the bottom of the new sheet with the top of the existing sheets. Add as necessary in order to fill the unit. Do not overfill, as this will make it difficult to pull the towels out. Check to be sure the towels release easily. Close and lock the paper towel dispenser making sure it is secure and will not fall open and hurt someone. Clean the outside of the paper towel dispenser with a damp cloth and cleaning solution. Report any broken or malfunctioning dispensers to maintenance or other appropriate person for repairs.



**13. Clean and refill the toilet tissue dispenser**

A. Unlock the toilet tissue dispenser. Remove the tissue rollers. Clean the inside of the dispenser to remove paper dust using a damp cloth and disinfectant cleaner. Install the new roll of tissue. Be sure the tissue unwinds over the top of the roll (and not from underneath) since this allows it to be pulled out more easily and avoids unrolling and wasted product. Be sure to "start" the tissue by pulling the first sheet loose for the convenience of the first user. Report any broken or malfunctioning dispensers to maintenance or other appropriate person for repairs.



**14. Clean the mirror**

A. For small or relatively clean mirrors spray a small amount of glass cleaner on a cloth. Wipe clean the mirror with the dampened cloth. Turn the cloth to a dry section and wipe the mirror dry. The mirror must be wiped dry to prevent streaks. For large or dirty mirrors, spray glass cleaner directly on the glass. Use glass cleaner sparingly. Wipe the mirror clean and streak free. Use a clean cloth to dry the mirror.



**15. Clean the sink**

A. Apply # 19 Non-Acid Cleaner or # 51 Bathroom and Shower Cleaner to the interior surfaces of the sink.

B. Clean the inside of the sink, the exterior surface of the sink, and all metal handles and faucets using a clean cloth dampened with the disinfectant cleaner. On stubborn soil, use the #3000 Power Sponge with the disinfectant cleaner. Always follow the fixture manufacturer's recommendations for stain removal, especially on specialty surfaces.



**16. Clean any surfaces around the sink such as vanities or countertops**



**17. Clean the plumbing underneath the sink**

A. Clean the plumbing underneath the sink at the frequency required by your facility. Dry with a clean cloth all metal fixtures to avoid spotting.

B. Rinse the sink and dry with a clean cloth.




**18. Damp mop**

A. Allow the floor to air dry.

B. Remove the Restroom Closed sign.




**19. Clean up**

A. Clean all equipment. Return all equipment and supplies to the appropriate area.

B. Bag all soiled mop heads and cleaning cloths for daily laundry.

C. Remove your personal protective equipment and wash your hands.

---




**Safety**

1. Always post caution signs appropriately.
2. Always use the cleaning chemical exactly as directed by the label following all recommended safety precautions.