Plaintiffs' Appendix of Summary Judgment Evidence

# Exhibit 9

# Building Services Service Agreement

## Housekeeping (Floor) Maintenance - Data Sheet

Target Corporation

| | | | |
|---|---|---|---|
| T-19 | T-711 | T1397 | T1840 |
| T-43 | T-714 | T1398 | T1842 |
| T-44 | T-905 | T1436 | T1852 |
| T-46 | T-906 | T1455 | T1860 |
| T-80 | T946 | T1470 | T1891 |
| T-83 | T948 | T1487 | T1943 |
| T-92 | T952 | T1506 | T1944 |
| T-95 | T954 | T1523 | T1945 |
| T-96 | T994 | T1531 | T1977 |
| T-162 | T1031 | T1538 | |
| T-174 | T1034 | T1542 | |
| T-176 | T1061 | T1543 | |
| T-177 | T1066 | T1756 | |
| T-219 | T1067 | T1757 | |
| T-221 | T1114 | T1758 | |
| T-254 | T1117 | T1759 | |
| T-270 | T1177 | T1782 | |
| T-355 | T1201 | T1785 | |
| T-356 | T1203 | T1797 | |
| T-357 | T1204 | T1812 | |
| T-531 | T1354 | T1817 | |
| T-625 | T1388 | T1821 | |
| T-683 | T1392 | | |
| T-710 | | | |

*out T-91*

### 1. Parties to this Agreement:
"Target"    Target Corporation, a Minnesota Corporation
"Contractor"    JIM'S MAINTENANCE AND SONS, INC., Corporation

### 2. Store Locations:
See Schedule 1, attached

### 3. Rates:
See Schedule 1, attached

### 4. Terms of this Agreement:
Commences on:    8/1/2001
Expires on:    8/1/2004

### 5. Contractor Address Information:

**Payment**
JIM'S MAINTENANCE AND SONS, INC.
18611 N.E. 23rd Street
Harrah, OK 73045

**Notice**
JIM'S MAINTENANCE AND SONS, INC.
18611 N.E. 23rd Street
Harrah, OK 73045
Phone: 405-454-1121
FAX:    800-606-7492
EMail:  trent@jimsmaintenance.com

### 6. Target Corporation Address Information:

**Billing Address**
Target Building Services/Contract Administration
Mail Stop TPN-0731
1000 Nicollet Mall
Minneapolis, MN  55403

**Insurance Certificate**
Target Building Services/Contract Admi
Mail Stop TPN-0731
1000 Nicollet Mall
Minneapolis, MN  55403

### 7. Discount for Early Payment:
No discount for early payment

### 8. Contract Documents:
The Terms of this Agreement consists of this Data Sheet and the following documents, which are attached hereto:

Schedule 1:    Location and Service Listing
Terms & Conditions:  General Terms & Conditions (Specific version for each location is identified on Schedule 1)

TARGET/ITZEP
Confidential
437

| TARGET | CONTRACTOR |
|---|---|
| TARGET CORPORATION | JIM'S MAINTENANCE AND SONS, INC. |
| By: | By: |
| Name | Name |
| Title: | Title: |
| Date: | Date: |

**EXHIBIT**
D/F 9
18/2/07  N. Gisch

**PRICE INCLUDES ALL TAXES**
**JIM'S MAINTENANCE AND SONS, INC.**

**Building Services Service Agreement**

**Housekeeping (Floor) Maintenance - Data Sheet**                    Target Corporation

1. **Parties to this Agreement:**

   "Target"  Target Corporation, a Minnesota Corporation                    *March '05 Openers*

   "Contractor"  JIM'S MAINTENANCE AND SONS, INC., Corporation

2. **Store Locations:**

   See Schedule 1, attached

3. **Rates:**

   See Schedule 1, attached

4. **Terms of this Agreement:**

   Commences on:  8/1/2001

   Expires on:       8/1/2004

5. **Contractor Address Information:**

   | Payment | Notice |
   |---|---|
   | JIM'S MAINTENANCE AND SONS, INC. | JIM'S MAINTENANCE AND SONS, INC. |
   | 18611 N.E. 23rd Street | 18611 N.E. 23rd Street |
   | Harrah, OK  73045 | Harrah, OK  73045 |
   | | Phone: 405-454-1121 |
   | | FAX:    800-606-7492 |
   | | EMail:  trent@jimsmaintenance.com |

6. **Target Corporation Address Information:**

   | Billing Address | Insurance Certificate |
   |---|---|
   | Target Building Services/Contract Administration | Target Building Services/Contract Administration |
   | Mail Stop TPN-0731 | Mail Stop TPN-0731 |
   | 1000 Nicollet Mall | 1000 Nicollet Mall |
   | Minneapolis, MN  55403 | Minneapolis, MN  55403 |

7. **Discount for Early Payment:**

   No discount for early payment

8. **Contract Documents:**

   The Terms of this Agreement consists of this Data Sheet and the following documents, which are attached hereto:

   Schedule 1:            Location and Service Listing

   Terms & Conditions:  General Terms & Conditions (Specific version for each location is identified on Schedule 1)

   TARGET/ITZEP
   Confidential
   438

| TARGET | CONTRACTOR |
|---|---|
| TARGET CORPORATION | JIM'S MAINTENANCE AND SONS, INC. |
| By: _____ | By: _____ |
| Name _____ | Name _____ |
| Title: _____ | Title: _____ |
| Date: _____ | Date: _____ |

PRICE INCLUDES ALL TAXES
JIM'S MAINTENANCE AND SONS, INC.

**Building Services Service Agreement**

**Target Corporation**

Housekeeping (Floor) Maintenance - Schedule 1 (Location and Service Listing)

Target T0019 (Tulsa)
1701 S Yale Ave
Tulsa, OK 74112
918-744-1701

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $10,228.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

Target T0043 (Oklahoma City North)
5400 N May Ave
Oklahoma City, OK 73112
405-947-6761

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $7,883.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

Target T0044 (Oklahoma City South)
800 SW 44th St
Oklahoma City, OK 73109
405-631-4411

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,242.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

Target T0045 (Midwest City)
7601 E Reno Ave
Midwest City, OK 73110
405-737-8911

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $7,315.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

Target T0046 (Norman)
2417 W Main St
Norman, OK 73069
405-329-7400

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,136.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

Target T0080 (Wichita Falls)
4317 Kemp Blvd
Wichita Falls, TX 76308
940-691-3310

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $6,943.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

Target T0083 (Lubbock)
7302 University Ave
Lubbock, TX 79423
806-745-7579

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $9,418.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

TARGET/ITZEP
Confidential
439

PRICE INCLUDES ALL TAXES
JIM'S MAINTENANCE AND SONS, INC.

# Building Services Service Agreement

**Target Corporation**

## Target T0092 (Wichita East)
301 S Armour St
Wichita, KS 67207
316-688-1556

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $7,822.00 per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

## Target T0095 (Austin North)
8601 Research Blvd
Austin, TX 78758
512-837-5163

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $7,712.00 per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

## Target T0096 (Austin South)
2300 W Ben White Blvd
Austin, TX 78704
512-445-2266

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $7,360.00 per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

## Target T0162 (Little Rock North)
4000 McCain Blvd
North Little Rock, AR 72116
501-771-4220

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $7,665.00 per Month | 7 Day(s) per Week | 6/21/2004 | HKEEPING-v2.0 |

## Target T0174 (Marbach)
8215 Marbach Rd
San Antonio, TX 78227
210-675-3990

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $6,595.00 per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

## Target T0176 (Bitters)
13700 San Pedro Ave
San Antonio, TX 78232
210-496-6800

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $6,418.00 per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

## Target T0177 (Walzem)
5330 Walzem Rd
San Antonio, TX 78218
210-655-2022

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $6,271.00 per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

## Target T0219 (Abilene)
3710 Ridgemont Dr
Abilene, TX 79606
325-695-4470

TARGET/ITZEP
Confidential
440

| ervice Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|

**PRICE INCLUDES ALL TAXES**

**JIM'S MAINTENANCE AND SONS, INC.**

# Building Services Service Agreement

**Target Corporation**

### Target T0219 (Abilene)
3710 Ridgemont Dr
Abilene, TX 79606
325-695-4470

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $7,014.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T0221 (Amarillo)
8201 I-40 W
Amarillo, TX 79121
806-358-4030

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $7,441.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T0254 (San Angelo)
4235 Sunset Dr
San Angelo, TX 76904
915-949-5555

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $5,580.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T0270 (Eastland)
14009 E 21st St
Tulsa, OK 74134
918-438-8400

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $5,911.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T0355 (Topeka)
2120 SW Wanamaker Rd
Topeka, KS 66614
785-273-9841

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,171.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T0356 (Albuquerque Wyoming)
8510 Montgomery Blvd NE
Albuquerque, NM 87111
505-293-9223

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $9,078.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T0357 (Albuquerque Lomas)
11120 Lomas Blvd NE
Albuquerque, NM 87112
505-292-9110

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $9,195.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T0531 (Lawrence)
3201 S Iowa St
Lawrence, KS 66046
785-832-0660

**TARGET/ITZEP Confidential 441**

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|

**PRICE INCLUDES ALL TAXES**
**JIM'S MAINTENANCE AND SONS, INC.**

**Building Services Service Agreement**

**Target Corporation**

**Target T0531 (Lawrence)**
3201 S Iowa St
Lawrence, KS 66046
785-832-0660

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $15,285.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

**Target T0625 (Albuquerque NW)**
9371 Coors Blvd NW
Albuquerque, NM 87114
505-897-7923

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,801.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

**Target T0683 (Austin SE)**
6405 S Interstate Highway 35
Austin, TX 78744
512-326-1191

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $7,962.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

**Target T0770 (Midland)**
4001 N Midland Dr
Midland, TX 79707
915-699-7500

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $7,986.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

**Target T0771 (SW Military Drive)**
2810 SW Military Dr
San Antonio, TX 78224
210-977-8552

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,512.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

**Target T0774 (Joplin)**
3151 E 7th St
Joplin, MO 64801
417-659-8755

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $6,384.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

**Target T0905 (Salina)**
2939 Market Pl
Salina, KS 67401
785-825-1354

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $6,386.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

**Target T0906 (Garden City)**
2401 E Kansas Ave
Garden City, KS 67846
620-275-1101

**TARGET/ITZEP Confidential 442**

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|

PRICE INCLUDES ALL TAXES

JIM'S MAINTENANCE AND SONS, INC.

## Building Services Service Agreement

**Target Corporation**

---

**Target T0906  (Garden City)**
2401 E Kansas Ave
Garden City, KS  67846
620-275-1101

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $6,220.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

**Target T0946  (Hutchinson)**
1529 E 17th Ave
Hutchinson, KS  67501
620-662-1800

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $6,525.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

**Target T0948  (NW San Antonio)**
12621 W IH 10
San Antonio, TX  78230
210-690-2222

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $6,415.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

**Target T0952  (Farmington)**
4900 E Main St
Farmington, NM  87402
505-327-7400

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $6,405.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

**Target T0954  (Killeen)**
2500 E Central Texas Pkwy
Killeen, TX  76543
254-526-8010

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $6,475.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

**Target T0994  (New Braunfels)**
642 S Walnut Ave
New Braunfels, TX  78130
830-620-7308

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $5,903.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

**Target T1031  (Springfield)**
1825 E Primrose St
Springfield, MO  65804
417-889-1511

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $9,221.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

**Target T1034  (Santa Fe)**
3550 Zafarano Dr
Santa Fe, NM  87507
505-471-9600

TARGET/ITZEP
Confidential
443

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|

**PRICE INCLUDES ALL TAXES**
**JIM'S MAINTENANCE AND SONS, INC.**

## Building Services Service Agreement

**Target Corporation**

**Target T1034  (Santa Fe)**
3550 Zafarano Dr
Santa Fe, NM  87507
505-471-9600

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,867.00  per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

**Target T1061  (Austin SW)**
5300 S Mo Pac Expy
Austin, TX  78749
512-892-5535

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $9,783.00  per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

**Target T1066  (Round Rock)**
121 Louis Henna Blvd
Round Rock, TX  78664
512-246-7677

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $9,241.00  per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

**Target T1067  (North Central San Antonio)**
8421 US Highway 281 N
San Antonio, TX  78216
210-375-0332

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $7,930.00  per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

**Target T1114  (Little Rock West)**
12700 Chenal Pkwy
Little Rock, AR  72211
501-217-0200

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $10,453.00  per Month | 7 Day(s) per Week | 6/21/2004 | HKEEPING-v2.0 |

**Target T1117  (Rio Rancho)**
4225 Hwy 528 SE
Rio Rancho, NM  87124
505-994-2820

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,226.00  per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

**Target T1177  (Kansas City North)**
8420 N Madison Ave
Kansas City, MO  64155
816-436-8711

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $9,102.00  per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

**Target T1201  (Independence)**
17810 E 39th St S
Independence, MO  64055
816-373-1800

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|

TARGET/ITZEP
Confidential
444

PRICE INCLUDES ALL TAXES
**JIM'S MAINTENANCE AND SONS, INC.**

# Building Services Service Agreement

**Target Corporation**

### Target T1201 (Independence)
17810 E 39th St S
Independence, MO 64055
816-373-1800

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,976.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T1203 (San Marcos)
1180 Thorpe Ln
San Marcos, TX 78666
512-805-7000

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $6,784.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T1204 (San Antonio NE)
8234 Agora Pkwy
Selma, TX 78154
210-945-9102

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $9,273.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T1354 (San Antonio North)
18288 Blanco Rd
San Antonio, TX 78258
210-7647876

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $16,002.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T1388 (Kansas City Chouteau)
4375 N Chouteau Trfy
Kansas City, MO 64117
816-4522164

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,644.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T1392 (Lees Summit)
1850 NW Chipman Rd
Lees Summit, MO 64081
816-5241405

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $16,215.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T1397 (Quail Springs)
13924 N Pennsylvania Ave
Oklahoma City, OK 73134
405-7520183

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $18,668.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T1398 (Edmond)
1200 E 2nd St
Edmond, OK 73034
405-8445072

**TARGET/ITZEP**
**Confidential**
**445**

| rvice Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|

**PRICE INCLUDES ALL TAXES**
**JIM'S MAINTENANCE AND SONS, INC.**

# Building Services Service Agreement

**Target Corporation**

**Target T1398  (Edmond)**
1200 E 2nd St
Edmond, OK  73034
405-8445072

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $16,629.00  per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

**Target T1436  (Ward Parkway)**
8509 State Line Rd
Kansas City, MO  64114
816-4446012

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $9,730.00  per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

**Target T1455  (Liberty)**
9220 NE Barry Rd
Kansas City, MO  64157
816-7814238

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $15,358.00  per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

**Target T1470  (Fayetteville)**
3545 N Shiloh Dr
Fayetteville, AR  72703
479-4435517

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $9,289.00  per Month | 7 Day(s) per Week | 6/21/2004 | HKEEPING-v2.0 |

**Target T1487  (Mission)**
6100 Broadmoor St
Mission, KS  66202
913-2622434

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $9,733.00  per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

**Target T1506  (Odessa)**
3909 E 42nd St
Odessa, TX  79762
915-3660398

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,329.00  per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

**Target T1523  (Balcones Heights Crossroa)**
4522 Fredricksburg Rd
Balcones Heights, TX  78201
210-280-0000

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $17,759.00  per Month | 7 Day(s) per Week | 3/9/2003 | HKEEPING-v2.0 |

**Target T1531  (Waco)**
5401 Bosque Blvd
Waco, TX  76710
254-3990067

**TARGET/ITZEP**
**Confidential**
**446**

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| | | | | |

**PRICE INCLUDES ALL TAXES**
**JIM'S MAINTENANCE AND SONS, INC.**

# Building Services Service Agreement

Target Corporation

**Target T1531 (Waco)**
5401 Bosque Blvd
Waco, TX 76710
254-3990067

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $10,214.00 | per Month | 7 Day(s) per Week | 3/9/2003 | HKEEPING-v2.0 |

**Target T1538 (Belton)**
1106 E North Ave
Belton, MO 64012
816-3313516

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,541.00 | per Month | 7 Day(s) per Week | 3/9/2003 | HKEEPING-v2.0 |

**Target T1542 (Austin East)**
5621 N I H 35
Austin, TX 78723
512-6510202

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,474.00 | per Month | 7 Day(s) per Week | 7/27/2003 | HKEEPING-v2.0 |

**Target T1543 (Olathe South)**
20255 W 154th St
Olathe, KS 66062
913-7825975

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,712.00 | per Month | 7 Day(s) per Week | 3/9/2003 | HKEEPING-v2.0 |

**Target T1756 (Olathe)**
15345 W 119th St
Olathe, KS 66062
913-393-4400

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $18,635.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

**Target T1757 (Overland Park)**
12200 Blue Valley Pkwy
Overland Park, KS 66213
913-327-7770

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $18,975.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

**Target T1759 (Shawnee)**
15700 Shawnee Mission Pkwy
Shawnee, KS 66217
913-962-8222

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $17,407.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

**Target T1782 (Tulsa SE)**
10711 E 71st St
Tulsa, OK 74133
018-3078161

TARGET/ITZEP
Confidential
447

| /ice Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|

Printed: 2/21/2005

PRICE INCLUDES ALL TAXES
JIM'S MAINTENANCE AND SONS, INC.

# Building Services Service Agreement

**Target Corporation**

## Target T1782 (Tulsa SE)
10711 E 71st St
Tulsa, OK 74133
918-3078161

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $19,098.00 per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

## Target T1785 (San Antonio West)
11311 Bandera Rd
San Antonio, TX 78250
210-6822253

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $17,567.00 per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

## Target T1797 (Austin NW)
10900 Lakeline Mall Blvd
Austin, TX 78717
512-6513376

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $17,020.00 per Month | 7 Day(s) per Week | 7/27/2003 | HKEEPING-v2.0 |

## Target T1812 (Bee Cave)
3702 Ranch Rd 620 S
Bee Cave, TX 78738
512-6510094

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,487.00 per Month | 7 Day(s) per Week | 10/12/2003 | HKEEPING-v2.0 |

## Target T1817 (Austin NE)
12901 N I H 35 Ste 3-300
Austin, TX 78753
512-6510608

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $16,867.00 per Month | 7 Day(s) per Week | 10/12/2003 | HKEEPING-v2.0 |

## Target T1821 (Manhattan)
800 Commons Pl
Manhattan, KS 66503
785-7703643

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,883.00 per Month | 7 Day(s) per Week | 7/27/2003 | HKEEPING-v2.0 |

## Target T1840 (Stateline)
1201 W 136th St
Kansas City, MO 64145
816-4120108

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $16,726.00 per Month | 7 Day(s) per Week | 10/12/2003 | HKEEPING-v2.0 |

## Target T1842 (Overland Park South)
8101 W 151st
Overland Park, KS 66223
?13-9050419

**TARGET/ITZEP**
**Confidential**
**448**

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|

PRICE INCLUDES ALL TAXES

JIM'S MAINTENANCE AND SONS, INC.

Printed: 2/21/2005

## Building Services Service Agreement

**Target Corporation**

**Target T1842  (Overland Park South)**
8101 W 151st
Overland Park, KS  66223
913-9050419

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $9,366.00 | per Month | 7 Day(s) per Week | 10/12/2003 | HKEEPING-v2.0 |

**Target T1852  (San Antonio SE)**
3227 Southeast Military Dr
San Antonio, TX  78223
210-247-0082

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,872.00 | per Month | 7 Day(s) per Week | 3/7/2004 | HKEEPING-v2.0 |

**Target T1860  (Oklahoma City NW)**
8315 N Rockwell Ave
Oklahoma City, OK  73132
405-5066086

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $10,664.00 | per Month | 7 Day(s) per Week | 10/12/2003 | HKEEPING-V2.0 |

**Target T1891  (Conway)**
501 Eisinger Blvd
Conway, AR  72032
501-328-5739

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $9,023.00 | per Month | 7 Day(s) per Week | 7/25/2004 | HKEEPING-v2.0 |

**Target T1943  (Wichita Far West)**
7575 Maple St
Wichita, KS  67209
316-729-5348

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,907.00 | per Month | 7 Day(s) per Week | 10/10/2004 | HKEEPING-v2.0 |

**Target T1944  (Wichita NE)**
10800 E 21st St N
Wichita, KS  67226
316-636-4206

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $13,279.00 | per Month | 7 Day(s) per Week | 11/1/2004 | HKEEPING-v2.0 |

**Target T1945  (Wichita NW)**
2727 Maize Road
Wichita, KS  67205
316-721-4289

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $13,279.00 | per Month | 7 Day(s) per Week | 11/1/2004 | HKEEPING-v2.0 |

**Target T1977  (St. Joseph)**
5201 N Belt Hwy Ste H
St. Joseph, MO  64506

TARGET/ITZEP
Confidential
449

| vice Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| | | | | |

**PRICE INCLUDES ALL TAXES**

JIM'S MAINTENANCE AND SONS, INC.

# Building Services Service Agreement

Target T1977 (St. Joseph)                                                    Target Corporation
5201 N Belt Hwy Ste H
St. Joseph, MO  64506

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,450.00 | per Month | 7 Day(s) per Week | 3/6/2005 | HKEEPING-v2.0 |

TARGET/ITZEP
Confidential
450

PRICE INCLUDES ALL TAXES
JIM'S MAINTENANCE AND SONS, INC.

Plaintiffs' Appendix of Summary Judgment Evidence

# Exhibit 10

# Building Services Service Agreement

## Housekeeping (Floor) Maintenance - Data Sheet

Target Corporation

**1. Parties to this Agreement:**

"Target"   Target Corporation, a Minnesota Corporation

"Contractor"   JIM'S MAINTENANCE AND SONS, INC., Corporation

**2. Store Locations:**

See Schedule 1, attached

**3. Rates:**

See Schedule 1, attached

**4. Terms of this Agreement:**

Commences on:   8/1/2001

Expires on:   8/1/2004

**5. Contractor Address Information:**

| Payment | Notice |
|---|---|
| JIM'S MAINTENANCE AND SONS, INC. | JIM'S MAINTENANCE AN[D] |
| 18611 N.E. 23rd Street | 18611 N.E. 23rd Street |
| Harrah, OK 73045 | Harrah, OK 73045 |
| | Phone: 405-454-1121 |
| | FAX:   800-606-7492 |
| | EMail:   trent@jimsmainte[...] |

**6. Target Corporation Address Information:**

| Billing Address | Insurance Certificate |
|---|---|
| Target Building Services/Contract Administration | Target Building Services/C[...] |
| Mail Stop TPN-0731 | Mail Stop TPN-0731 |
| 1000 Nicollet Mall | 1000 Nicollet Mall |
| Minneapolis, MN  55403 | Minneapolis, MN  55403 |

**7. Discount for Early Payment:**

No discount for early payment

**8. Contract Documents:**

The Terms of this Agreement consists of this Data Sheet and the following documents, which are attached hereto:

Schedule 1:   Location and Service Listing

Terms & Conditions:   General Terms & Conditions (Specific version for each location is identified on Schedule 1)

*Handwritten list:*

T-19  T-625  T-1392  T-1840
T-43  T-683  T-1397  T-1842
T-44  T-770  T-1398  T-1852  STORES
T-45  T-771  T-1436  T-1860
T-46  T-774  T-1455  T-1860
T-80  T-905  T-1470  T-1891
T-83  T-906  T-1487  TMMX
T-91  T-946  T-1506  T-1943
T-92  T-948  T-1523  T-1944
T-95  T-952  T-1531  T-1945
T-96  T-954  T-1538
T-162  T-994  T-1542
T-174  T-1031  T-1543
T-176  T-1034  T-1756
T-177  T-1061  T-1757
T-219  T-1066  TMSU
T-221  T-1067  T-1759
T-254  T-1114  T-1782
T-270  T-1117  T-1785
T-355  T-1177  T-1797
T-356  T-1201  T-1812
T-357  T-1203  T-1817
T-531  T-1204  T-1821
      T-1354
      T-1388

TARGET/ITZEP
Confidential
421

EXHIBIT
PHF 10
10/2/07  N. Gisch

| TARGET | CONTRACTOR |
|---|---|
| TARGET CORPORATION | JIM'S MAINTENANCE AND SONS, INC. |
| By: _____ | By: _____ |
| Name _____ | Name _____ |
| Title: _____ | Title: _____ |
| Date: _____ | Date: _____ |

Printed: 9/2/2004

PRICE INCLUDES ALL TAXES
JIM'S MAINTENANCE AND SONS, INC.

**Building Services Service Agreement**                                    **Target Corporation**

## Housekeeping (Floor) Maintenance - Data Sheet

**1. Parties to this Agreement:**                                    *AT 04 NEW STORES*

    "Target"    Target Corporation, a Minnesota Corporation

    "Contractor"  JIM'S MAINTENANCE AND SONS, INC., Corporation

**2. Store Locations:**

    See Schedule 1, attached

**3. Rates:**

    See Schedule 1, attached

**4. Terms of this Agreement:**

    Commences on:  8/1/2001

    Expires on:      8/1/2004

**5. Contractor Address Information:**

| Payment | Notice |
|---|---|
| JIM'S MAINTENANCE AND SONS, INC. | JIM'S MAINTENANCE AND SONS, INC. |
| 18611 N.E. 23rd Street | 18611 N.E. 23rd Street |
| Harrah, OK  73045 | Harrah, OK  73045 |
| | Phone: 405-454-1121 |
| | FAX:    800-606-7492 |
| | EMail:  trent@jimsmaintenance.com |

**6. Target Corporation Address Information:**

| Billing Address | Insurance Certificate |
|---|---|
| Target Building Services/Contract Administration | Target Building Services/Contract Administration |
| Mail Stop TPN-0731 | Mail Stop TPN-0731 |
| 1000 Nicollet Mall | 1000 Nicollet Mall |
| Minneapolis, MN  55403 | Minneapolis, MN  55403 |

**7. Discount for Early Payment:**

    No discount for early payment

**8. Contract Documents:**

    The Terms of this Agreement consists of this Data Sheet and the following documents, which are attached hereto:

    Schedule 1:        Location and Service Listing

    Terms & Conditions:  General Terms & Conditions (Specific version for each location is identified on Schedule 1)

TARGET/ITZEP
Confidential
422

| TARGET | CONTRACTOR |
|---|---|
| TARGET CORPORATION | JIM'S MAINTENANCE AND SONS, INC. |
| By: _____ | By: _____ |
| Name _____ | Name _____ |
| Title: _____ | Title: _____ |
| Date: _____ | Date: _____ |

**PRICE INCLUDES ALL TAXES**

**JIM'S MAINTENANCE AND SONS, INC.**

**Building Services Service Agreement**                                      **Target Corporation**

## Housekeeping (Floor) Maintenance - Schedule 1 (Location and Service Listing)

**Mervyns M0091  (Amarillo)**
7701 W Interstate 40
Amarillo, TX  79121
806-358-2443

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Mervyn's) | $4,171.00 | per Month | 7 Day(s) per Week | 2/1/2002 | HKEEPING-v2.0 |

**Mervyns M0115  (Brodie Oaks)**
4040 S Lamar Blvd
Austin, TX  78704
512-443-8555

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Mervyn's) | $4,373.00 | per Month | 7 Day(s) per Week | 2/1/2002 | HKEEPING-v2.0 |

**Mervyns M0116  (Anderson Square)**
8000 Research Blvd
Austin, TX  78758
512-467-8855

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Mervyn's) | $4,373.00 | per Month | 7 Day(s) per Week | 2/1/2002 | HKEEPING-v2.0 |

**Mervyns M0140  (Ingram Park)**
6157 NW Loop 410
San Antonio, TX  78238
210-647-8500

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Mervyn's) | $4,328.00 | per Month | 7 Day(s) per Week | 2/1/2002 | HKEEPING-v2.0 |

**Mervyns M0141  (Windsor Park)**
7900 N IH 35
San Antonio, TX  78218
210-653-8800

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Mervyn's) | $4,061.00 | per Month | 7 Day(s) per Week | 2/1/2002 | HKEEPING-v2.0 |

**Mervyns M0142  (South Park Mall)**
2310 SW Military Dr
San Antonio, TX  78224
210-921-1800

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Mervyn's) | $4,193.00 | per Month | 7 Day(s) per Week | 2/1/2002 | HKEEPING-v2.0 |

**Mervyns M0150  (Lubbock)**
6002 Slide Rd
Lubbock, TX  79414
806-793-1800

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Mervyn's) | $4,333.00 | per Month | 7 Day(s) per Week | 2/1/2002 | HKEEPING-v2.0 |

TARGET/ITZEP
Confidential
423

PRICE INCLUDES ALL TAXES
JIM'S MAINTENANCE AND SONS, INC.

# Building Services Service Agreement

**Target Corporation**

## Mervyns M0161 (Woodland Hills)

6612 S Memorial Dr
Tulsa, OK 74133
918-254-8800

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Mervyn's) | $3,621.00 | per Month | 7 Day(s) per Week | 2/1/2002 | HKEEPING-v2.0 |

## Mervyns M0162 (Promenade Center)

4103 S Yale Ave
Tulsa, OK 74135
918-627-1800

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Mervyn's) | $3,507.00 | per Month | 7 Day(s) per Week | 2/1/2002 | HKEEPING-v2.0 |

## Mervyns M0163 (Eastland Mall)

14002 E 21st St
Tulsa, OK 74134
918-438-8800

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Mervyn's) | $3,507.00 | per Month | 7 Day(s) per Week | 2/1/2002 | HKEEPING-v2.0 |

## Mervyns M0186 (Waco)

5050 W Waco Dr
Waco, TX 76710
254-751-0533

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Mervyn's) | $4,172.00 | per Month | 7 Day(s) per Week | 2/1/2002 | HKEEPING-v2.0 |

## Mervyns M0196 (Sunrise Mall)

5858 S Padre Island Dr
Corpus Christi, TX 78412
361-993-8880

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Mervyn's) | $4,328.00 | per Month | 7 Day(s) per Week | 2/1/2002 | HKEEPING-v2.0 |

## Mervyns M0270 (McAllen)

700 E Expressway 83
McAllen, TX 78503
956-687-8811

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Mervyn's) | $4,214.00 | per Month | 7 Day(s) per Week | 2/1/2002 | HKEEPING-v2.0 |

## Mervyns M0271 (Harlingen)

2020 S Expressway 83
Harlingen, TX 78552
956-412-8844

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Mervyn's) | $4,102.00 | per Month | 7 Day(s) per Week | 2/1/2002 | HKEEPING-v2.0 |

## Mervyns M0272 (North Star Mall)

500 Northster Dr
San Antonio, TX 78216
210-979-8800

**TARGET/ITZEP
Confidential
424**

| ice Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|

**PRICE INCLUDES ALL TAXES**

**JIM'S MAINTENANCE AND SONS, INC.**

## Building Services Service Agreement

**Target Corporation**

### Mervyns M0272 (North Star Mall)
500 Northstar Dr
San Antonio, TX 78216
210-979-8800

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Mervyn's) | $4,213.00 | per Month | 7 Day(s) per Week | 2/1/2002 | HKEEPING-v2.0 |

### Mervyns M0296 (Laredo)
5300 San Dario Ave Ste 240C
Laredo, TX 78041
956-7128855

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Mervyn's) | $4,896.00 | per Month | 7 Day(s) per Week | 2/1/2002 | HKEEPING-v2.0 |

### Mervyns M0300 (Lakeline Mall)
11200 Lakeline Mall Dr
Cedar Park, TX 78613
512-219-0086

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Mervyn's) | $5,242.00 | per Month | 7 Day(s) per Week | 2/1/2002 | HKEEPING-v2.0 |

### Target T0019 (Tulsa)
1701 S Yale Ave
Tulsa, OK 74112
918-744-1701

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $10,228.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T0043 (Oklahoma City North)
5400 N May Ave
Oklahoma City, OK 73112
405-947-6761

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $7,883.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T0044 (Oklahoma City South)
800 SW 44th St
Oklahoma City, OK 73109
405-631-4411

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,242.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T0045 (Midwest City)
7601 E Reno Ave
Midwest City, OK 73110
405-737-8911

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $7,315.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T0046 (Norman)
2417 W Main St
Norman, OK 73069
405-329-7400

**TARGET/ITZEP**
**Confidential**
**425**

| ...ice Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|

**PRICE INCLUDES ALL TAXES**
**JIM'S MAINTENANCE AND SONS, INC.**

**Building Services Service Agreement**

**Target Corporation**

---

**Target T0046  (Norman)**
2417 W Main St
Norman, OK  73069
405-329-7400

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,136.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

---

**Target T0080  (Wichita Falls)**
4317 Kemp Blvd
Wichita Falls, TX  76308
940-691-3310

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $6,943.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

---

**Target T0083  (Lubbock)**
7302 University Ave
Lubbock, TX  79423
806-745-7579

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $9,418.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

---

**Target T0091  (Wichita West)**
404 S Tracy St
Wichita, KS  67209
316-945-5021

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $7,788.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

---

**Target T0092  (Wichita East)**
301 S Armour St
Wichita, KS  67207
316-688-1556

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $7,822.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

---

**Target T0095  (Austin North)**
8601 Research Blvd
Austin, TX  78758
512-837-5163

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $7,712.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

---

**Target T0096  (Austin South)**
2300 W Ben White Blvd
Austin, TX  78704
512-445-2266

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $7,360.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

---

**Target T0162  (Little Rock North)**
4000 McCain Blvd
North Little Rock, AR  72116
501-771-4220

TARGET/ITZEP
Confidential
426

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|

PRICE INCLUDES ALL TAXES
JIM'S MAINTENANCE AND SONS, INC.

**Building Services Service Agreement** — **Target Corporation**

---

### Target T0162 (Little Rock North)
4000 McCain Blvd
North Little Rock, AR 72116
501-771-4220

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $7,665.00 | per Month | 7 Day(s) per Week | 6/21/2004 | HKEEPING-v2.0 |

### Target T0174 (Marbach)
8215 Marbach Rd
San Antonio, TX 78227
210-675-3990

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $6,595.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T0176 (Bitters)
13700 San Pedro Ave
San Antonio, TX 78232
210-496-6800

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $6,418.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T0177 (Walzem)
5330 Walzem Rd
San Antonio, TX 78218
210-655-2022

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $6,271.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T0219 (Abilene)
3710 Ridgemont Dr
Abilene, TX 79606
325-695-4470

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $7,014.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T0221 (Amarillo)
8201 I-40 W
Amarillo, TX 79121
806-358-4030

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $7,441.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T0254 (San Angelo)
4235 Sunset Dr
San Angelo, TX 76904
915-949-5555

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $5,580.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T0270 (Eastland)
14009 E 21st St
Tulsa, OK 74134
918-438-8400

| ice Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|

TARGET/ITZEP
Confidential
427

PRICE INCLUDES ALL TAXES
JIM'S MAINTENANCE AND SONS, INC.

# Building Services Service Agreement

**Target Corporation**

---

### Target T0270 (Eastland)
14009 E 21st St
Tulsa, OK  74134
918-438-8400

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $5,911.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

---

### Target T0355 (Topeka)
2120 SW Wanamaker Rd
Topeka, KS  66614
785-273-9841

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,171.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

---

### Target T0356 (Albuquerque Wyoming)
8510 Montgomery Blvd NE
Albuquerque, NM  87111
505-293-9223

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $9,078.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

---

### Target T0357 (Albuquerque Lomas)
11120 Lomas Blvd NE
Albuquerque, NM  87112
505-292-9110

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $9,195.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

---

### Target T0531 (Lawrence)
3201 S Iowa St
Lawrence, KS  66046
785-832-0660

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $15,285.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

---

### Target T0625 (Albuquerque NW)
9371 Coors Blvd NW
Albuquerque, NM  87114
505-897-7923

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,801.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

---

### Target T0683 (Austin SE)
6405 S Interstate Highway 35
Austin, TX  78744
512-326-1191

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $7,962.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

---

### Target T0770 (Midland)
4001 N Midland Dr
Midland, TX  79707
9^^-699-7500

TARGET/ITZEP
Confidential
428

| ...ice Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|

**PRICE INCLUDES ALL TAXES**

**JIM'S MAINTENANCE AND SONS, INC.**

## Building Services Service Agreement

**Target Corporation**

### Target T0770  (Midland)
4001 N Midland Dr
Midland, TX  79707
915-699-7500

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $7,986.00   per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T0771  (SW Military Drive)
2810 SW Military Dr
San Antonio, TX  78224
210-977-8552

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,512.00   per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T0774  (Joplin)
3151 E 7th St
Joplin, MO  64801
417-659-8755

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $6,384.00   per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T0905  (Salina)
2939 Market Pl
Salina, KS  67401
785-825-1354

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $6,386.00   per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T0906  (Garden City)
2401 E Kansas Ave
Garden City, KS  67846
620-275-1101

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $6,220.00   per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T0946  (Hutchinson)
1529 E 17th Ave
Hutchinson, KS  67501
620-662-1800

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $6,525.00   per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T0948  (NW San Antonio)
12621 W IH 10
San Antonio, TX  78230
210-690-2222

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $6,415.00   per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T0952  (Farmington)
4900 E Main St
Farmington, NM  87402
327-7400

| Service Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|

**TARGET/ITZEP Confidential 429**

PRICE INCLUDES ALL TAXES

**JIM'S MAINTENANCE AND SONS, INC.**

## Building Services Service Agreement

**Target Corporation**

### Target T0952 (Farmington)
4900 E Main St
Farmington, NM  87402
505-327-7400

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $6,405.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T0954 (Killeen)
2500 E Central Texas Pkwy
Killeen, TX  76543
254-526-8010

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $6,475.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T0994 (New Braunfels)
642 S Walnut Ave
New Braunfels, TX  78130
830-620-7308

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $5,903.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T1031 (Springfield)
1825 E Primrose St
Springfield, MO  65804
417-889-1511

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $9,221.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T1034 (Santa Fe)
3550 Zafarano Dr
Santa Fe, NM  87507
505-471-9600

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,867.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T1061 (Austin SW)
5300 S Mo Pac Expy
Austin, TX  78749
512-892-5535

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $9,783.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T1066 (Round Rock)
121 Louis Henna Blvd
Round Rock, TX  78664
512-246-7677

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $9,241.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T1067 (North Central San Antonio)
8421 US Highway 281 N
San Antonio, TX  78216
210-375-0332

TARGET/ITZEP
Confidential
430

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|

PRICE INCLUDES ALL TAXES

**JIM'S MAINTENANCE AND SONS, INC.**

## Building Services Service Agreement

**Target Corporation**

---

**Target T1067  (North Central San Antonio)**
8421 US Highway 281 N
San Antonio, TX  78216
210-375-0332

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $7,930.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

---

**Target T1114  (Little Rock West)**
12700 Chenal Pkwy
Little Rock, AR  72211
501-217-0200

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $10,453.00 | per Month | 7 Day(s) per Week | 6/21/2004 | HKEEPING-v2.0 |

---

**Target T1117  (Rio Rancho)**
4225 Hwy 528 SE
Rio Rancho, NM  87124
505-994-2820

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,226.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

---

**Target T1177  (Kansas City North)**
8420 N Madison Ave
Kansas City, MO  64155
816-436-8711

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $9,102.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

---

**Target T1201  (Independence)**
17810 E 39th St S
Independence, MO  64055
816-373-1800

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,976.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

---

**Target T1203  (San Marcos)**
1160 Thorpe Ln
San Marcos, TX  78666
512-805-7000

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $6,784.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

---

**Target T1204  (San Antonio NE)**
8234 Agora Pkwy
Selma, TX  78154
210-945-9102

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $9,273.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

---

**Target T1354  (San Antonio North)**
18288 Blanco Rd
San Antonio, TX  78258
210-7647876

TARGET/ITZEP
Confidential
431

| ...ice Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|

**PRICE INCLUDES ALL TAXES**
**JIM'S MAINTENANCE AND SONS, INC.**

## Building Services Service Agreement

**Target Corporation**

### Target T1354 (San Antonio North)
18288 Blanco Rd
San Antonio, TX 78258
210-7647876

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $16,002.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T1388 (Kansas City Chouteau)
4375 N Chouteau Trfy
Kansas City, MO 64117
816-4522164

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,644.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T1392 (Lees Summit)
1850 NW Chipman Rd
Lees Summit, MO 64081
816-5241405

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $16,215.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T1397 (Quail Springs)
13924 N Pennsylvania Ave
Oklahoma City, OK 73134
405-7520183

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $18,668.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T1398 (Edmond)
1200 E 2nd St
Edmond, OK 73034
405-8445072

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $16,629.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T1436 (Ward Parkway)
8509 State Line Rd
Kansas City, MO 64114
816-4446012

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $9,730.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T1455 (Liberty)
9220 NE Barry Rd
Kansas City, MO 64157
816-7814238

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $15,358.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T1470 (Fayetteville)
3545 N Shiloh Dr
Fayetteville, AR 72703
479-4435517

| ...ie Description | Fee for Service | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|

TARGET/ITZEP
Confidential
432

PRICE INCLUDES ALL TAXES

JIM'S MAINTENANCE AND SONS, INC.

# Building Services Service Agreement

**Target Corporation**

---

### Target T1470 (Fayetteville)
3545 N Shiloh Dr
Fayetteville, AR 72703
479-4435517

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $9,289.00 | per Month | 7 Day(s) per Week | 6/21/2004 | HKEEPING-v2.0 |

---

### Target T1487 (Mission)
6100 Broadmoor St
Mission, KS 66202
913-2622434

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $9,733.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

---

### Target T1506 (Odessa)
3909 E 42nd St
Odessa, TX 79762
915-3660398

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,329.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

---

### Target T1523 (Balcones Heights Crossroa)
4522 Fredricksburg Rd
Balcones Heights, TX 78201
210-280-0000

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $17,759.00 | per Month | 7 Day(s) per Week | 3/9/2003 | HKEEPING-v2.0 |

---

### Target T1531 (Waco)
5401 Bosque Blvd
Waco, TX 76710
254-3990067

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $10,214.00 | per Month | 7 Day(s) per Week | 3/9/2003 | HKEEPING-v2.0 |

---

### Target T1538 (Belton)
1106 E North Ave
Belton, MO 64012
816-3313516

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,541.00 | per Month | 7 Day(s) per Week | 3/9/2003 | HKEEPING-v2.0 |

---

### Target T1542 (Austin East)
5621 N I H 35
Austin, TX 78723
512-6510202

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,474.00 | per Month | 7 Day(s) per Week | 7/27/2003 | HKEEPING-v2.0 |

---

### Target T1543 (Olathe South)
20255 W 154th St
Olathe, KS 66062
7825975

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|

TARGET/ITZEP
Confidential
433

PRICE INCLUDES ALL TAXES
**JIM'S MAINTENANCE AND SONS, INC.**

## Building Services Service Agreement

**Target Corporation**

### Target T1543  (Olathe South)
20255 W 154th St
Olathe, KS  66062
913-7825975

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,712.00 | per Month | 7 Day(s) per Week | 3/9/2003 | HKEEPING-v2.0 |

### Target T1756  (Olathe)
15345 W 119th St
Olathe, KS  66062
913-393-4400

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $18,635.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T1757  (Overland Park)
12200 Blue Valley Pkwy
Overland Park, KS  66213
913-327-7770

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $18,975.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T1759  (Shawnee)
15700 Shawnee Mission Pkwy
Shawnee, KS  66217
913-962-8222

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $17,407.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T1782  (Tulsa SE)
10711 E 71st St
Tulsa, OK  74133
918-3078161

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $19,098.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T1785  (San Antonio West)
11311 Bandera Rd
San Antonio, TX  78250
210-6822253

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $17,567.00 | per Month | 7 Day(s) per Week | 3/1/2003 | HKEEPING-v2.0 |

### Target T1797  (Austin NW)
10900 Lakeline Mall Blvd
Austin, TX  78717
512-6513376

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $17,020.00 | per Month | 7 Day(s) per Week | 7/27/2003 | HKEEPING-v2.0 |

### Target T1812  (Bee Cave)
3702 Ranch Rd 620 S
Bee Cave, TX  78738
6510094

**TARGET/ITZEP Confidential**

**434**

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|

**PRICE INCLUDES ALL TAXES**
**JIM'S MAINTENANCE AND SONS, INC.**

## Building Services Service Agreement

**Target Corporation**

### Target T1812 (Bee Cave)
3702 Ranch Rd 620 S
Bee Cave, TX 78738
512-6510094

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,487.00 | per Month | 7 Day(s) per Week | 10/12/2003 | HKEEPING-v2.0 |

### Target T1817 (Austin NE)
12901 N I H 35 Ste 3-300
Austin, TX 78753
512-6510608

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $16,867.00 | per Month | 7 Day(s) per Week | 10/12/2003 | HKEEPING-v2.0 |

### Target T1821 (Manhattan)
800 Commons Pl
Manhattan, KS 66503
785-7703643

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,683.00 | per Month | 7 Day(s) per Week | 7/27/2003 | HKEEPING-v2.0 |

### Target T1840 (Stateline)
1201 W 136th St
Kansas City, MO 64145
816-4120108

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $16,726.00 | per Month | 7 Day(s) per Week | 10/12/2003 | HKEEPING-v2.0 |

### Target T1842 (Overland Park South)
8101 W 151st
Overland Park, KS 66223
913-9050419

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $9,366.00 | per Month | 7 Day(s) per Week | 10/12/2003 | HKEEPING-v2.0 |

### Target T1852 (San Antonio SE)
3227 Southeast Military Dr
San Antonio, TX 78223
210-247-0082

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,872.00 | per Month | 7 Day(s) per Week | 3/7/2004 | HKEEPING-v2.0 |

### Target T1860 (Oklahoma City NW)
8315 N Rockwell Ave
Oklahoma City, OK 73132
405-5066086

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $10,664.00 | per Month | 7 Day(s) per Week | 10/12/2003 | HKEEPING-v2.0 |

### Target T1891 (Conway)
501 Elsinger Blvd
Conway, AR 72032
1-328-5739

TARGET/ITZEP
Confidential
435

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|

PRICE INCLUDES ALL TAXES
**JIM'S MAINTENANCE AND SONS, INC.**

## Building Services Service Agreement

**Target Corporation**

Target T1891 (Conway)

501 Eisinger Blvd
Conway, AR  72032
501-328-5739

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $9,023.00 | per Month | 7 Day(s) per Month | 7/25/2004 | HKEEPING-v2.0 |

Target T1943  (Wichita Far West)

Wichita, KS

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,907.00 | per Month | 7 Day(s) per Week | 10/10/2004 | HKEEPING-v2.0 |

Target T1944  (Wichita NE)

Wichita, KS

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,907.00 | per Month | 7 Day(s) per Week | 10/10/2004 | HKEEPING-v2.0 |

Target T1945  (Wichita NW)

Wichita, KS

| Service Description | Fee for Service | | Frequency of Service | Beginning Date of Service | Service Agreement Version |
|---|---|---|---|---|---|
| Full Housekeeping + Complete Carpet (Target) | $8,907.00 | per Month | 7 Day(s) per Week | 10/10/2004 | HKEEPING-v2.0 |

TARGET/ITZEP
Confidential
436

PRICE INCLUDES ALL TAXES
JIM'S MAINTENANCE AND SONS, INC.