UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JUAN ISIDRO ITZEP, et al. | § |
| | § |
| Plaintiffs, | § |
| v. | § CIVIL ACTION NO. SA-06-CA-0568-XR |
| | § |
| TARGET CORPORATION, et al. | § |
| | § |
| Defendants. | § |

## JOINT MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(2), plaintiffs and defendant Target Corporation hereby jointly move that all claims by plaintiffs against Target Corporation be dismissed with prejudice. As grounds for the motion plaintiffs and defendant Target Corporation represent to the court they have entered into a settlement agreement resolving all claims asserted by plaintiffs against defendant Target Corporation.

Respectfully submitted,

_____
William H. Beardall, Jr.
Texas Bar No. 01980600
EQUAL JUSTICE CENTER and
TRANSNATIONAL WORKER RIGHTS CLINIC
510 S. Congress Ave., Suite 206
Austin, TX 78704
Tel: (512) 474-0007
Fax: (512) 474-0008

B. Craig Deats
DEATS, DURST, OWEN & LEVY, PLLC
Texas Bar No. 05703700
1204 San Antonio Street, Suite 203
Austin, Texas 78701
Tel: (512) 474-6200
Fax: (512) 474-7896

_____
Thomas A. Davis
davist@jacksonlewis.com
David T. Wiley
wileyd@jacksonlewis.com
Shannon L. Miller
millers@jacksonlewis.com

JACKSON LEWIS LLP
First Commercial Bank Building
800 Shades Creek Parkway, Suite 870
Birmingham, AL 35209
Tel: (205) 332-3101/3102/3104
Fax: (205) 332-3131

**Counsel for Target Corporation**

Joseph P. Berra
LAW OFFICE OF JOSEPH P. BERRA
Texas Bar No. 24027144
209 Avant Ave.
San Antonio, Texas 78210
(210) 842-2567
FAX (210) 533-7768

**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

This is to certify that on this 30th day of June, 2008, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants below:

Thomas A. Davis
David T. Wiley
Shannon Miller
Jackson, Lewis, L.L.P.
First Commercial Bank Bldg
800 Shade Creek Parkway, Suite 870
Birmingham, Alabama 35209

Rick Pizzo
Pizzo Law Firm
1515 S. Denver Ave.
Tulsa, Oklahoma 74119-3899

/s/
William H. Beardall, Jr.
Attorneys for Plaintiffs