IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Juan Isidro Itzep *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TARGET CORPORATION; JIM'S ) <br> MAINTENANCE & SONS, INC. ) <br> d/b/a JIM'S MAINTENANCE and ) <br> JIM'S COMMERCIAL CLEANING ) <br> SERVICES; and JAMES ) <br> FUNDERBURGH, ) <br> ) <br> Defendants. ) | Civil Action No. <br> SA-06-CA-0568-XR |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), cross-claimant Target Corporation and cross-defendants Jim's Maintenance & Sons, Inc. d/b/a Jim's Maintenance and Jim's Commercial Cleaning Services ("Jim's Maintenance") and James Funderburgh hereby dismiss all claims, with prejudice, with each party to bear his or its own costs.

Respectfully submitted,

*/s/ Richard A. Pizzo*
Richard A. Pizzo, OBA # 11964
1515 South Denver Avenue
Tulsa, Oklahoma 74119-3828
Ph: (918) 599-8118
pizzo@pizzolaw.com

Attorney for Jim's Maintenance
and James Funderburgh

*/s/ David T. Wiley*
David T. Wiley
Jackson Lewis LLP
First Commercial Bank Bldg.
800 Shades Creek Parkway, Ste. 870
Birmingham, AL 35209
Ph:   (205) 332-3104
wileyd@jacksonlewis.com

One of the Attorneys for Target Corporation